UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK    *Index No.*   24-CV-01646

| | |
|---|---|
| | Calendar No. |

SKILLZ PLATFORM INC.

                               *against*           *Plaintiff(s) Petitioner(s)*

PAPAYA GAMING, INC., and PAPAYA GAMING, LTD.          *Defendants) Respondent(s)*

*~ AFFIDAVIT OF SERVICE*

STATE OF DELAWARE, COUNTY OF: NEW CASTLE      **Ss.:**

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at  Wilmington, DE

On  03/06/2024         at   1:15 P  .M., at  C/O A REGISTERED AGENT, INC., 8 THE GREEN, SUITE R, DOVER, DE 19901
deponent served the within

- ☐ summons and complaint
- ☐ subpoena duces tecum      SUMMONS IN A CIVIL ACTION; COMPLAINT WITH EXHIBITS; INDIVIDUAL
- ☐ citation        ☒ PRACTICES IN CIVIL CASES FOR DENISE COTE, US DISTRICT JUDGE

on  .PAPAYA GAMING, INC.            ☒ defendant   ☐ witness    hereinafter called   therein
                                 ☐ respondent        the recipient     lamed

**INDIVIDUAL 1.** ☐   by delivering a true copy *of each* to said recipient personally; deponent knew the person so served to be the person described as
        said recipient therein.

**CORPORATION 2.** ☒   a   DELAWARE        corporation, by delivering thereat a true *copy of each* to   CINDY BROWN
        personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said
        individual to be  MANAGING AGENT EMPLOYED AT REGISTERED AGENT    thereof

**SUITABLE AGE PERSON 3.** ☐   by delivering thereat a true copy *of each* to                        a person of suitable age and
        discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐   by affixing a true copy *of each* to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place
        ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age
        and discretion, thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐   Deponent talked to                 at said premises who stated that recipient ☐ lived ☐ worked there.
        Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient
        at recipient's last known residence, at                           and deposited
        said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly
        addressed to recipient at recipient's actual place of business, at
                             in an official depository under the exclusive care and custody of the U.S. Postal Service
        within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof,
        by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** ☒

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☒ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☒ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | [- I Over 6' | ☐ Over 200 Lbs. |

☐   Other identifying features:

**WITNESS FEES** ☐   $                the authorizing traveling expenses      ☐ was paid (tendered) to the recipient _____
        and one days' witness fee:            ☐ was paid to the witness with subpoena copy.

**MILITARY SERVICE** ☐   I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity
whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military* uniform. The source of my information
and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not
in military service of New York State or of the United States as that term is defined in either the State or in the ~~Federal~~ statutes.

Sworn to before me on  03/06/2024                                   License No.

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

FRANK PRITCHETT
89742