UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SKILLZ PLATFORM INC.,                                          :
a Delaware corporation,                                        :
                                                               :
                    Plaintiff,                                 :
                                                               :
        -against-                                              :    1:24-cv-01646-DLC
                                                               :
PAPAYA GAMING, LTD., a foreign                                 :
corporation; and PAPAYA GAMING, INC., a                        :
Delaware corporation,                                          :
                                                               :
                    Defendants.                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF DEFENDANTS PAPAYA GAMING, LTD.'S AND
<u>PAPAYA GAMING, INC.'S MOTION TO DISMISS THE COMPLAINT</u>**

   PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support, Defendants Papaya Gaming, Ltd. and Papaya Gaming, Inc., by and through their undersigned counsel, will move this Court, before the Honorable Denise L. Cote, United States District Judge, at 500 Pearl Street, New York, New York 10007, on a date and time designated by the Court for an Order dismissing the Complaint in its entirety with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

   Papaya Gaming, Ltd. and Papaya Gaming, Inc. respectfully request oral argument on the foregoing motion.

| | |
|---|---|
| Dated: May 6, 2024<br>         New York, New York | /s/ *Anthony J. Dreyer*<br>Anthony J. Dreyer<br>SKADDEN, ARPS, SLATE,<br>     MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, New York 10001<br>Tel: (212) 735-3000<br>Anthony.Dreyer@skadden.com<br><br>David B. Leland (*pro hac vice*)<br>Margaret E. Krawiec (*pro hac vice*)<br>SKADDEN, ARPS, SLATE,<br>     MEAGHER & FLOM LLP<br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 371-7000<br>David.Leland@skadden.com<br>Margaret.Krawiec@skadden.com<br><br>*Attorneys for Defendants Papaya Gaming, Ltd. and Papaya Gaming, Inc.* |