```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
SKILLZ PLATFORM INC,                     :
                                         :
                      Plaintiff,         :     24cv1646 (DLC)
        -v-                              :
                                         :           ORDER
PAPAYA GAMING, LTD. et al.,              :
                                         :
                      Defendants.        :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On May 6, 2024, defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  It is hereby

ORDERED that plaintiff shall file any amended complaint by May 28.  It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion by May 28, 2024. Defendants' reply, if any, shall be filed by June 11, 2024. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          May 8, 2024

                                          _____
                                          DENISE COTE
                                          United States District Judge