UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
SKILLZ PLATFORM INC.,                 :
                                      :      24cv1646(DLC)
                       Plaintiff,     :
            -v-                       :         ORDER
                                      :
PAPAYA GAMING, LTD. et al.,           :
                                      :
                       Defendants.    :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on May 10, 2024, it is hereby

    ORDERED that the parties shall make their informal disclosures by **June 30, 2024**.

    IT IS FURTHER ORDERED that the parties shall engage in private mediation in **July 2024**.

    IT IS FURTHER ORDERED that the parties shall submit a status letter by **July 23, 2024**. The status letter shall include a proposed schedule for further conduct in this litigation.

Dated:    New York, New York
            May 13, 2024

                                        _____
                                           DENISE COTE
                                United States District Judge