# Exhibit 1










4





5

## Frequently asked questions

**How do I know if I've been scammed?**

If you notice suspicious players and experience repeated abnormal losses that suggest the "person" on the other side of the screen is really a bot, there's a good chance you are being scammed. If you are a strong player and keep losing, that should raise some concern. Similarly, if you play poorly and you seem to be winning in the first game or two, that can also be part of the scam to hook you in. When the game consists of real players only, there are not always going to be opponents available for certain game brackets or hours of the day. In that case you should get a 'waiting for opponent' message. But if you are always matched with a "player" instantaneously, that could mean you are playing against a bot.

**What if I want to report a game that is not listed here?**

**Are all mobile real-money games a scam?**

**What happens next?**

## Frequently asked questions

**How do I know if I've been scammed?**

**What if I want to report a game that is not listed here?**

If you believe you have been scammed by other games from Papaya Gaming, Avia Games or Acerena Inc. that are not listed in this form, we encourage you to reach out directly to us at hello@4fairplay.org.

**Are all mobile real-money games a scam?**

**What happens next?**

6

## Frequently asked questions

How do I know if I've been scammed? ⌃

What if I want to report a game that is not listed here? ⌃

**Are all mobile real-money games a scam?** ⌄

Not at all! In fact, mobile gaming has witnessed tremendous growth over the last few years and people all over the country are spending their time playing games with their friends and against competitors. But sadly, a handful of companies have popped up who are taking advantage of players by withholding money and creating unfair playing environments, like deploying bots to ensure an unwinnable game (and more money lining their pockets).

What happens next? ⌃

## Frequently asked questions

How do I know if I've been scammed? ⌃

What if I want to report a game that is not listed here? ⌃

Are all mobile real-money games a scam? ⌃

**What happens next?** ⌄

Your complaint will be officially submitted to the Attorney General office in your state. If AGs receive enough complaints of fraudulent and anti-consumer practices, they are often compelled to investigate – which could mean the company is forced to pay damages to the players they scammed.



Privacy Policy

7

## Why do we collect this info?

If you use the tools on this page, your address determines which state official(s) or office receives your message. Your name, zip, and email tell the recipient who sent it.

## Information Collected

We collect the information you provide for the purpose of matching to your state officials, to deliver your message to them, and to keep a record of the messages delivered. This may include but is not limited to, your name, email, phone number, and zip code.

## Information Shared

We will share information that you provide with the people with whom you choose to communicate, and with our vendors only as needed to deliver your message. We may follow up with you to request more information on your experience. 4 Fair Play's name and contact information can be found on each page of this site.

Paid for by 4 Fair Play | Privacy Policy