# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

> Granted. The September 4, 2024 conference is rescheduled to September 6, 2024 at 10:30 A.M.
>
> /s/ Denise Cote
>
> August 12, 2024

August 12, 2024

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
500 Pearl Street, Room 1910
New York, NY 10007

Re:   *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.,*
No. 1:24-cv-01646 (S.D.N.Y.)

Dear Judge Cote:

     We write on behalf of Plaintiff with consent of Defendants in the above-referenced matter. I am unavailable on September 4, 2024 to attend the conference scheduled by the Court (see ECF No. 45), due to a previously scheduled hearing in another matter. Lead counsel for both parties are available for a conference on September 6, 2024. After that date, lead counsel for the parties are not jointly available again until September 19, 2024. Both parties consent to an adjournment of the conference until September 19 or later if necessary.

Respectfully submitted,

/s/ Craig Carpenito
Craig Carpenito

Cc: All counsel of record (by ECF)