# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

August 16, 2024

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
500 Pearl Street, Room 1910
New York, NY 10007

      Re:    *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
              No. 1:24-cv-01646 (S.D.N.Y.)

Dear Judge Cote:

      We write on behalf of Plaintiff with consent of Defendants in the above-referenced matter. Unfortunately, lead counsel for Plaintiff is now unavailable to attend the conference set for September 6, 2024 (ECF No. 60). Lead counsel for the parties anticipate being jointly available on September 16, 2024, or September 23-25, 2024, although lead counsel for Defendant has been summoned for jury duty commencing on September 10, 2024. Both parties consent to an adjournment of the conference.

*Denied.*
*Denise Cote*
*8/16/24*

Respectfully submitted,

/s/ Craig Carpenito
Craig Carpenito

Cc: All counsel of record (by ECF)