```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :    24cv1646(DLC)
SKILLZ PLATFORM INC.,                     :
                                          :        ORDER
                          Plaintiff,      :
                -v-                       :
                                          :
PAPAYA GAMING, LTD. et al.,               :
                                          :
                          Defendants.     :
                                          :
----------------------------------------  X
```

DENISE COTE, District Judge:

An Order of August 12, 2024 rescheduled a pretrial conference in this case to September 6 at 10:30 A.M. The August 21 endorsement erred in referring to a September 4 conference. It is hereby

ORDERED that the pretrial conference is set for September 6, 2024 at 10:30 A.M. in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated:   New York, New York
         August 23, 2024

                                   _____
                                        DENISE COTE
                                   United States District Judge