```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    24cv1646(DLC)
SKILLZ PLATFORM INC.,                    :
                                         :         Order
                        Plaintiff,       :
               -v-                       :
                                         :
PAPAYA GAMING, LTD. et al.,              :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
                                         :
PAPAYA GAMING, LTD. et al.,              :
                                         :
          Counterclaim Plaintiffs,       :
                                         :
               -v-                       :
                                         :
SKILLZ PLATFORM INC.,                    :
                                         :
          Counterclaim Defendant         :
                                         :
                and                      :
                                         :
TETHER STUDIOS, LLC, GOLDEN WOOD         :
COMPANY LTD., LUCKYO LIMITED, GAMENEXA   :
STUDIOS PRIVATE LIMITED, and DNR GAME    :
STUDIO,                                  :
                                         :
  Additional Counterclaim Defendants.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of September 6, 2024 scheduled a discovery conference for September 24 and directed the parties to submit letters regarding the plaintiff's discovery demands. The parties submitted their letters on September 20. It is hereby

ORDERED that the conference scheduled for September 24 is adjourned to **September 26, 2024** at **3:00 p.m.**

IT IS FURTHER ORDERED that plaintiff Skillz Platform Inc. and defendants Papaya Gaming, Ltd. and Papaya Gaming, Inc. shall meet and confer, in person, on **September 24, 2024**.  The parties shall confer regarding each of the five issues enumerated in the plaintiff's letter of September 20.  The parties' September 24 discussion of these issues shall proceed under the following assumptions:

that the Hague Convention procedures do not apply;

that there is no agreement on reciprocity between the parties' regarding discovery demands; and in the alternative,

that there is an agreement on reciprocity.

IT IS FURTHER ORDERED that the parties seek to reach agreement on e-search terms, and on a schedule for production of documents located through such a search.

Dated:   New York, New York
         September 23, 2024

_____
         DENISE COTE
         United States District Judge