```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :       24cv1646(DLC)
SKILLZ PLATFORM INC.,                    :
                                         :          Order
                      Plaintiff,         :
           -v-                           :
                                         :
PAPAYA GAMING, LTD. et al.,              :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
                                         :
PAPAYA GAMING, LTD. et al.,              :
                                         :
           Counterclaim Plaintiffs,      :
                                         :
           -v-                           :
                                         :
SKILLZ PLATFORM INC.,                    :
                                         :
           Counterclaim Defendant        :
                                         :
             and                         :
                                         :
TETHER STUDIOS LLC, et al.,              :
                                         :
  Additional Counterclaim Defendants.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 4, 2024, the plaintiff filed a motion to sever and dismiss the original counterclaims in this action pursuant to Rules 21 and 12(b)(6), Fed. R. Civ. P.  An Order of September 6 directed the defendants to file any amended counterclaims by September 25 and alerted the defendants that they would likely not have another opportunity to amend.  The defendants filed

amended counterclaims on September 23.  Accordingly, it is hereby

ORDERED that the plaintiff's September 4, 2024 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss the counterclaims will be served on the dates indicated below:

- Motion served by **October 11, 2024**
- Opposition served by **November 1, 2024**
- Reply served by **November 15, 2024**

At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         September 24, 2024

_____
          DENISE COTE
United States District Judge