```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :   24cv1646(DLC)
SKILLZ PLATFORM INC.,                    :
                                         :       Order
                         Plaintiff,      :
              -v-                        :
                                         :
PAPAYA GAMING, LTD. et al.,              :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
                                         :
PAPAYA GAMING, LTD. et al.,              :
                                         :
          Counterclaim Plaintiffs,       :
                                         :
              -v-                        :
                                         :
SKILLZ PLATFORM INC.,                    :
                                         :
          Counterclaim Defendant         :
                                         :
                and                      :
                                         :
TETHER STUDIOS LLC, et al.,              :
                                         :
 Additional Counterclaim Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    Having received the parties' letters of September 23 and September 24, it is hereby

ORDERED that the September 26, 2024 conference is adjourned to **October 1, 2024** at **2:30 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
        September 24, 2024

_____
DENISE COTE
United States District Judge