```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    24cv1646(DLC)
SKILLZ PLATFORM INC.,                 :
                                      :         Order
                        Plaintiff,    :
            -v-                       :
                                      :
PAPAYA GAMING, LTD. et al.,           :
                                      :
                        Defendants.   :
                                      :
------------------------------------- X
                                      :
PAPAYA GAMING, LTD. et al.,           :
                                      :
            Counterclaim Plaintiffs,  :
                                      :
            -v-                       :
                                      :
SKILLZ PLATFORM INC.,                 :
                                      :
            Counterclaim Defendant    :
                                      :
            and                       :
                                      :
TETHER STUDIOS LLC, et al.,           :
                                      :
  Additional Counterclaim Defendants. :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

    As set forth at the pretrial conference on October 1, 2024, it is hereby

    ORDERED that the defendants shall, by **October 8, 2024**, submit a letter detailing any facts not included in their prior submissions and relevant to their position that Israeli data protection law prevents them from searching or producing the

business emails of their employees, including how such searches would be conducted and where such emails are stored.

Dated:    New York, New York
          October 1, 2024

                                    _____
                                         DENISE COTE
                                    United States District Judge