# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

October 11, 2024

**VIA ECF**

Hon. Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re: *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*, No. 1:24-cv-01546 (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of the Court's Individual Practices in Civil Cases, we write on behalf of Plaintiff and Counterclaim-Defendant Skillz Platform Inc. ("Skillz") concerning potential redactions and filing under seal of Skillz's Memorandum of Law in Support of its Motion to Sever and Dismiss Defendant Papaya Gaming, Ltd.'s ("Papaya") Counterclaims.

Certain information related to matchmaking practices on Skillz's mobile gaming platform constitutes confidential trade secrets and must be filed under seal. Skillz has communicated these concerns to Papaya, and on September 23, 2024, Papaya wrote to the Court to request to file its First Amended Counterclaims under seal for the same reason. The Court granted Papaya's request on September 24, 2024.

Accordingly, Skillz hereby requests that it be permitted to submit its Memorandum of Law in Support of its Motion to Sever and Dismiss under seal and file a public version redacting the specific portions of the Memorandum pertaining to the confidential information. Skillz respectfully reserves all rights.

Sincerely,

/s/ Craig Carpenito

Craig Carpenito

*Granted.*

*[signature]*
*10/15/24*

October 11, 2024
Page 2


cc: All counsel of record (via ECF)