```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   24cv1646(DLC)
SKILLZ PLATFORM INC.,                     :
                                          :   Order
                              Plaintiff,  :
                                          :
              -v-                         :
                                          :
PAPAYA GAMING, LTD. et al.,               :
                                          :
                              Defendants. :
                                          :
----------------------------------------- X
                                          :
PAPAYA GAMING, LTD. et al.,               :
                                          :
              Counterclaim Plaintiffs,    :
                                          :
              -v-                         :
                                          :
SKILLZ PLATFORM INC.,                     :
                                          :
              Counterclaim Defendant      :
                                          :
              and                         :
                                          :
TETHER STUDIOS LLC, et al.,               :
                                          :
  Additional Counterclaim Defendants.     :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Having received the defendants' October 25, 2024 motion for reconsideration and the plaintiff's October 25 request for a discovery conference, it is hereby

ORDERED that any response to the motion for reconsideration is due **November 1, 2024**. Any reply is due **November 5**. At the time the motion papers are filed, the filing party shall supply

Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that decision is reserved on the plaintiff's October 25 request for a discovery conference until after the motion for reconsideration is resolved.

Dated:   New York, New York
         October 28, 2024

_____
DENISE COTE
United States District Judge