UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SKILLZ PLATFORM INC.,
a Delaware corporation,

        Plaintiff,

  - against -

PAPAYA GAMING, LTD., a foreign corporation;
and PAPAYA GAMING, INC., a Delaware
corporation,

        Defendants.

------------------------------------------------------------x

PAPAYA GAMING, LTD.,

        Counterclaim-Plaintiff,

  - against -

SKILLZ PLATFORM INC.,

        Counterclaim-Defendant,

        and

TETHER STUDIOS LLC and GOLDEN WOOD
COMPANY, LTD.,

        Additional
        Counterclaim-Defendants.

------------------------------------------------------------x

Case No. 1:24-cv-01646-DLC

**STIPULATION AND [PROPOSED]**
**PROTECTIVE ORDER**

WHEREAS, Plaintiff/Counterclaim-Defendant Skillz Platform Inc. ("Skillz") and Defendant/Counterclaim-Plaintiffs Papaya Gaming, Ltd. and Papaya Gaming, Inc. ("Papaya") stipulated to a proposed protective order on June 27, 2024 (Dkt. 38) and the Court entered the protective order on June 28, 2024 (Dkt. 39);

WHEREAS, "Party" in that protective order is defined to mean only "Plaintiff Skillz Platform, Inc. and Defendants Papaya Gaming, Ltd. and Papaya Gaming, Inc., including all of their officers, directors and employees;"

WHEREAS, Tether Studies LLC ("Tether") was named as an Additional Counterclaim Defendant in Papaya's August 5, 2024 Counterclaim (Dkt. 23) and September 23, 2024 Amended Counterclaim (Dkt. 46);

WHEREAS, the parties anticipate that discovery in this matter will involve confidential, proprietary, and/or commercially or competitively sensitive information.

WHEREAS, Tether's position is that Tether currently lacks access to sealed pleadings in this matter, as well as discovery exchanged between the principal parties, and that lack of access will prejudice Tether if continued.

WHEREAS, Tether's position is that materials relevant to Papaya's counterclaims may be subject to confidentiality restrictions, and it would be unduly burdensome to Tether to produce such materials without the benefit of a protective order.

**IT IS HEREBY STIPULATED THAT** subject to the Court's approval, Tether shall be made a party to the protective order (Dkt. 39) and shall proceed with discovery subject to the rights and obligations imposed by that order and the Federal Rules of Civil Procedure.

*So ordered.*

*/s/ Denise Cote*
*10/31/24*

Dated: October 30, 2024

Respectfully submitted,

/s/ Ethan M. Thomas
Ethan M. Thomas (NY Bar No. 5575683)
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
EThomas@fenwick.com

Eric Ball (*pro hac vice*)
Kimberly Culp (*pro hac vice*)
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
eball@fenwick.com
kculp@fenwick.com

*Attorneys for Additional Counterclaim-Defendant Tether Studios LLC*

[*additional parties' signatures on following page*]

| | |
|---|---|
| /s/ Amy Nemetz | /s/ Jordan A. Feirman |
| Craig Carpenito | Anthony J. Dreyer |
| ccarpenito@kslaw.com | Jordan A. Feirman |
| Jessica Benvenisty | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| jbenvenisty@kslaw.com | One Manhattan West |
| Amy Nemetz | New York, New York 10001 |
| anemetz@kslaw.com | Tel: (212) 735-3000 |
| **KING & SPALDING LLP** | Anthony.Dreyer@skadden.com |
| 1185 Avenue of the Americas, 34th Floor | Jordan.Feirman@skadden.com |
| New York, NY 10036-2601 | |
| Tel: (212) 556-2100 | David B. Leland (*pro hac vice*) |
| Fax: (212) 556-2222 | Margaret E. Krawiec (*pro hac vice*) |
| | Michael A. McIntosh (*pro hac vice*) |
| Lazar P. Raynal (*pro hac vice*) | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| lraynal@kslaw.com | 1440 New York Avenue, N.W. |
| Michael A. Lombardo (*pro hac vice*) | Washington, D.C. 20005 |
| mlombardo@kslaw.com | Tel: (202) 371-7000 |
| **KING & SPALDING LLP** | David.Leland@skadden.com |
| 110 N. Wacker Drive, Suite 3800 | Margaret.Krawiec@skadden.com |
| Chicago, IL 60606 | Michael.McIntosh@skadden.com |
| Tel: (312) 995-6333 | |
| Fax: (312) 995-6330 | |
| *Attorneys for Plaintiff and Counterclaim-Defendant Skillz Platform Inc.* | *Attorneys for Defendant and Counterclaim-Plaintiff Papaya Gaming, Ltd. and Defendant Papaya Gaming, Inc.* |

**SO ORDERED.**

Dated: _____, 2024

_____
HON. DENISE L. COTE
UNITED STATES DISSTRICT JUDGE

4