# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-3067
DIRECT FAX
917-777-3067
EMAIL
JORDAN.FEIRMAN@SKADDEN.COM

*Granted.*
*/s/ Denise Cote*
*11/4/24*

November 1, 2024

**BY ECF**

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

RE:   *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*, No. 1:24-cv-01646 (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of the Court's Individual Practices, we write on behalf of Papaya Gaming, Ltd. ("**Papaya**") concerning Papaya's Opposition to Skillz Platform, Inc.'s ("**Skillz**") Motion to Sever and Dismiss the First Amended Counterclaims.

Skillz has taken the position that "[c]ertain information related to matchmaking practices on Skillz's mobile gaming platform constitutes confidential trade secrets and must be filed under seal" in connection with its Motion to Sever and Dismiss. (ECF No. 108.) The Court thus authorized Skillz to file that motion under seal, and file a public version redacting the asserted "trade secrets." (ECF No. 111.) In addition, Skillz has blanket designated its Rule 26(a) Initial Disclosures in this case as "Confidential."

To comply with the Protective Order and the sealing Order, and while reserving all rights, Papaya seeks leave to file its Opposition brief and supporting declaration under seal, and file public versions redacting language that (i) Skillz filed under seal in its motion, and (ii) quotes Skillz's Initial Disclosures.

Respectfully Submitted,

*/s Jordan A. Feirman*
Jordan A. Feirman

cc: All counsel of record (via ECF)