SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-3097
DIRECT FAX
917-777-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

November 21, 2024

**VIA ECF**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

RE: *Skillz Platform Inc. v. Papaya Gaming, Ltd., et al.*, No. 1:24-CV-01646-DLC

Dear Judge Cote:

Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Papaya Gaming, Ltd. and Papaya Gaming, Inc. (collectively, "Papaya") concerning Papaya's letter motion responding to the November 21, 2024 letter filed by Skillz Platform, Inc. ("Skillz"). Papaya's letter motion contains information that Papaya has designated as Confidential Material under the Protective Order entered in this case. Accordingly, Papaya seeks leave to file its letter motion under seal.

Respectfully submitted,

/s/ Anthony J. Dreyer

Anthony J. Dreyer

cc: Counsel of record (by ECF)

Granted.
/s/ Denise Cote
11/21/24