```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :   24cv1646(DLC)
SKILLZ PLATFORM INC.,                 :
                                      :         Order
                          Plaintiff,  :
          -v-                         :
                                      :
PAPAYA GAMING, LTD., et al.,          :
                                      :
                          Defendants. :
                                      :
------------------------------------- X
                                      :
PAPAYA GAMING, LTD., et al.,          :
                                      :
              Counterclaim Plaintiffs,:
                                      :
          -v-                         :
                                      :
SKILLZ PLATFORM INC.,                 :
                                      :
              Counterclaim Defendant  :
                                      :
               and                    :
                                      :
TETHER STUDIOS LLC, et al.,           :
                                      :
   Additional Counterclaim Defendants.:
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Having received the parties' letters of November 27 and November 29, 2024, regarding discovery disputes, it is hereby

ORDERED that a conference is scheduled for **December 5, 2024**, at **4:00 p.m.** in Courtroom 18B, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the parties shall meet and confer regarding their outstanding discovery disputes prior to the December 5 conference.

Dated:   New York, New York
         December 2, 2024

                                           DENISE COTE
                                  United States District Judge