# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

December 2, 2024

**BY ECF**

The Honorable Denise L. Cote
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1910
New York, NY 10007

      Re:    *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
              No. 1:24-cv-01646-DLC (S.D.N.Y.)

Dear Judge Cote:

    We write on behalf of Plaintiff Skillz Platform Inc. ("Skillz") to call the Court's attention to a scheduling conflict with the upcoming in-person discovery conference scheduled for Thursday, December 5th at 4:00 p.m. ECF No. 161. During the November 19, 2024 discovery conference, the Court ordered a third-party deposition of a former Skillz employee to go forward on December 5th. Nov. 19, 2024 Tr. at 17. That deposition is scheduled to take place in San Francisco, California, with counsel for both parties attending in person.

    Skillz respectfully requests that the Court adjourn the deposition to a later date in order to accommodate the discovery conference or, in the alternative, adjourn the in-person discovery conference to Friday December 6th or Monday December 9th.

                                        Respectfully submitted,

                                        */s/ Craig Carpenito*
                                        Craig Carpenito
                                        *Attorney for Skillz Platform Inc.*

cc:    All Counsel of Record (via ECF)

*[Handwritten note:] The parties shall consult and make a joint proposal. The Court is available on Friday at 10:30 am and all day next Tuesday, December 10.*

*Denise Cote*
*12/2/24*