# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

December 9, 2024

**BY ECF**

Granted.

*[signature]*

December 9, 2024

The Honorable Denise L. Cote
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1910
New York, NY 10007

> **Re:**    ***Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.***,
> **No. 1:24-cv-01646-DLC (S.D.N.Y.)**

Dear Judge Cote:

Pursuant to Rule 8.B. of Your Honor's Individual Practices, we write on behalf of Plaintiff Skillz Platform Inc. ("Skillz") concerning the letter filed earlier today at ECF No. 170. That letter contains information designated by Papaya as Confidential Material under the Protective Order entered in this case, and was filed on the public docket in error. Accordingly, Skillz respectfully requests that the Court place ECF No. 170 under seal.

Respectfully submitted,

*/s/ Craig Carpenito*
Craig Carpenito
*Attorney for Skillz Platform Inc.*

cc:    All Counsel of Record (via ECF)