### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
───
TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

DIRECT DIAL
(212) 735-3097
DIRECT FAX
(917) 777-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
───
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
───
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

December 16, 2024

**BY ECF AND BY HAND**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Granted.

/s/ Denise Cote

December 16, 2024

RE:   *Skillz Platform Inc. v. Papaya Gaming, Ltd., et al.*, No. 1:24-cv-01646-DLC (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Counterclaim-Plaintiff Papaya Gaming, Ltd. ("**Papaya**") concerning Papaya's letter Motion for Leave to File a Supplemental Memorandum of Law in Opposition to Counterclaim-Defendant Skillz Platform Inc.'s ("**Skillz**") Motion to Sever and Dismiss the First Amended Counterclaims. Papaya's letter and supporting exhibits contain and refer to December 5 deposition testimony from a former Skillz employee that must be treated as Highly Confidential-Outside Counsel's Eyes Only Material for thirty (30) days, during which period Skillz may determine more specific designations (*see* ECF No. 39, § IV.B(b).). Accordingly, Papaya seeks leave to file its letter motion and supporting exhibits, including the proposed supplemental memorandum of law and exhibit reflecting pertinent excerpts of the deposition testimony, under seal.

Respectfully submitted,

/s/ Anthony J. Dreyer
Anthony J. Dreyer

Cc: Counsel of record (by ECF)