# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

December 17, 2024

**BY ECF**

The Honorable Denise L. Cote
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1910
New York, NY 10007

*Granted.*
*Denise Cote*
*12/18/24*

Re:     *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
        No. 1:24-cv-01646-DLC (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B. of Your Honor's Individual Practices, we write on behalf of Plaintiff Skillz Platform, Inc. ("Skillz") concerning Skillz's Letter Opposition to Papaya's Letter Motion for Leave to file Supplemental Brief in Opposition to Motion to Dismiss re: New Deposition Testimony of Former Skillz Employee Meidad Glory. That Letter Opposition and supporting exhibits contain and refer to December 5 deposition testimony from a former Skillz employee that must be treated as Highly Confidential-Outside Counsel's Eyes Only. Accordingly, Skillz seeks leave to file its letter response and supporting exhibits under seal.

Respectfully submitted,

*/s/ Craig Carpenito*
Craig Carpenito
*Attorney for Skillz Platform Inc.*

cc:     All Counsel of Record (via ECF)