# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
————
TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-3097
DIRECT FAX
(917) 777-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

December 20, 2024

Granted.

*/s/ Denise Cote*

December 23, 2024

**BY ECF AND BY HAND**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

RE:   *Skillz Platform Inc. v. Papaya Gaming, Ltd., et al.*, No. 1:24-cv-01646-DLC (S.D.N.Y.)

Dear Judge Cote:

 Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Defendant and Counterclaim-Plaintiff Papaya Gaming, Ltd. ("Papaya") concerning Papaya's December 20, 2024 Letter Motion requesting a discovery conference to address the refusal of Skillz Platform Inc. ("Skillz") to produce relevant discovery.

 Skillz has taken the position that "[c]ertain information related to matchmaking practices on Skillz's mobile gaming platform constitutes confidential trade secrets and must be filed under seal." ECF No. 108. The Court has authorized Skillz to file such information under seal. *See* ECF No. 111. Papaya's Letter Motion and its Exhibits contain references to these "trade secrets." Moreover, Papaya's Letter Motion and Exhibits consist of, and/or refer to, December 5 deposition testimony from a former Skillz employee that must be treated as Highly Confidential-Outside Counsel's Eyes Only Material for thirty (30) days under the Protective Order (*see* ECF No. 39, § IV.B(b)).

 Accordingly, Papaya seeks leave to file its Letter Motion under seal in redacted form, and to file the Exhibits to that Letter Motion under seal in their entirety.

Honorable Denise L. Cote
December 20, 2024
Page 2

                                                      Respectfully submitted,

                                                     */s/ Anthony J. Dreyer*
                                                     Anthony J. Dreyer

Cc: Counsel of record (by ECF)