# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

December 21, 2024

**BY ECF**

Granted.

/s/ Denise Cote

December 23, 2024

The Honorable Denise L. Cote
United States District Judge
500 Pearl Street, Room 1910
New York, NY 10007

      Re:    *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
                **No. 1:24-cv-01646 (S.D.N.Y.)**

Dear Judge Cote:

      Pursuant to Rule 8.B of the Court's Individual Practices in Civil Cases, we write on behalf of Plaintiff and Counterclaim-Defendant Skillz Platform Inc. ("Skillz") concerning filing under seal Skillz's December 21, 2024 Letter Motion Regarding Papaya Custodians.

      Specifically, Papaya has designated Exhibit A as Highly Confidential and a portion of Exhibit F as Confidential. Accordingly, Skillz hereby requests that it be permitted to submit a full version of its December 21, 2024 Letter Motion under seal and file a public version removing Exhibit A and redacting Exhibit F. Skillz respectfully reserves all rights.

      Thank you for Your Honor's consideration of this matter.

                                            Respectfully submitted,

                                            */s/* Craig Carpenito
                                            Craig Carpenito

Cc:      All counsel of record (by ECF)