```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :        24cv1646(DLC)
SKILLZ PLATFORM INC.,                    :
                                         :            Order
                             Plaintiff,  :
              -v-                        :
                                         :
PAPAYA GAMING, LTD., et al.,             :
                                         :
                            Defendants.  :
                                         :
---------------------------------------- X
                                         :
PAPAYA GAMING, LTD., et al.,             :
                                         :
              Counterclaim Plaintiffs,   :
                                         :
              -v-                        :
                                         :
SKILLZ PLATFORM INC.,                    :
                                         :
              Counterclaim Defendant     :
                                         :
              and                        :
                                         :
TETHER STUDIOS LLC, et al.,              :
                                         :
   Additional Counterclaim Defendants.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the parties' letters of December 20 and 21, 2024, regarding discovery disputes, it is hereby

ORDERED that a telephone conference is scheduled for **January 15, 2025** at **3:00 P.M.**  The parties shall use the following dial-in credentials for the telephone conference:

```
          Dial-in:       1-855-244-8681
          Access Code:   2312 042 2648
```

The parties shall use a landline if one is available.

Dated:   New York, New York
         December 23, 2024

```
                        _____
                                   DENISE COTE
                             United States District Judge
```