```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :         24cv1646(DLC)
SKILLZ PLATFORM INC.,                    :
                                         :              Order
                              Plaintiff, :
                -v-                      :
                                         :
PAPAYA GAMING, LTD., et al.,             :
                                         :
                             Defendants. :
                                         :
---------------------------------------- X
                                         :
PAPAYA GAMING, LTD., et al.,             :
                                         :
           Counterclaim Plaintiffs,      :
                                         :
                -v-                      :
                                         :
SKILLZ PLATFORM INC.,                    :
                                         :
           Counterclaim Defendant        :
                                         :
                and                      :
                                         :
TETHER STUDIOS LLC, et al.,              :
                                         :
   Additional Counterclaim Defendants.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the parties' letters of January 9 and 10, 2025, regarding the telephone conference scheduled for January 15, it is hereby

ORDERED that the conference will proceed as scheduled on January 15, 2025, at 3:00 p.m.

IT IS FURTHER ORDERED that Mr. Dreyer's presence at the

January 15 conference is excused.

Dated:   New York, New York
         January 13, 2025

```
                          _____
                                  DENISE COTE
                          United States District Judge
```