```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    24cv1646(DLC)
SKILLZ PLATFORM INC.,                 :
                                      :         Order
                         Plaintiff,   :
           -v-                        :
                                      :
PAPAYA GAMING, LTD., et al.,          :
                                      :
                         Defendants.  :
                                      :
------------------------------------- X
                                      :
PAPAYA GAMING, LTD., et al.,          :
                                      :
           Counterclaim Plaintiffs,   :
                                      :
           -v-                        :
                                      :
SKILLZ PLATFORM INC.,                 :
                                      :
           Counterclaim Defendant     :
                                      :
             and                      :
                                      :
TETHER STUDIOS LLC, et al.,           :
                                      :
  Additional Counterclaim Defendants. :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Having received the parties' letters of January 13 and 14, 2025, it is hereby

ORDERED that the discovery conference scheduled for January 15 is adjourned to **January 17, 2025** at **10:30 a.m.** The conference shall take place in Courtroom 18B, 500 Pearl Street, New York, New York. If any attorney essential to the conference is not available to proceed in person, the parties shall advise

the Court no later than **January 15, 2025,** so that the conference may be held telephonically.

IT IS FURTHER ORDERED that the parties shall on **January 15, 2025** meet and confer regarding all outstanding discovery disputes, including those referenced in the letters of December 20 and 21, 2024, and January 9, 13, and 14, 2025.

IT IS FURTHER ORDERED that written submissions no longer than two pages regarding discovery disputes that the parties wish to address at the January 17 conference shall be filed no later than **January 16, 2025** at **2:00 p.m.**

Dated:   New York, New York
         January 14, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge