```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    24cv1646(DLC)
SKILLZ PLATFORM INC.,                    :
                                         :         Order
                          Plaintiff,     :
             -v-                         :
                                         :
PAPAYA GAMING, LTD., et al.,             :
                                         :
                          Defendants.    :
                                         :
---------------------------------------- X
                                         :
PAPAYA GAMING, LTD., et al.,             :
                                         :
             Counterclaim Plaintiffs,    :
                                         :
             -v-                         :
                                         :
SKILLZ PLATFORM INC.,                    :
                                         :
             Counterclaim Defendant      :
                                         :
                 and                     :
                                         :
TETHER STUDIOS LLC, et al.,              :
                                         :
  Additional Counterclaim Defendants.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of January 14, 2025 scheduled a discovery conference for January 17 and set a schedule for a conference between the parties and for written submissions. Having received the parties' letters of January 14 and 15, it is hereby

ORDERED that the discovery conference scheduled for January 17 shall instead take place on **January 16, 2025** at **4:00 p.m.** in Courtroom 18B, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the January 14 Order, including its deadline for written submissions, otherwise remains in effect.

Dated:  New York, New York
        January 15, 2025

                                               _____
                                                          DENISE COTE
                                       United States District Judge