```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :    24cv1646(DLC)
SKILLZ PLATFORM INC.,                      :
                                           :         Order
                              Plaintiff,   :
              -v-                          :
                                           :
PAPAYA GAMING, LTD., et al.,               :
                                           :
                              Defendants.  :
                                           :
------------------------------------------ X
                                           :
PAPAYA GAMING, LTD., et al.,               :
                                           :
              Counterclaim Plaintiffs,     :
                                           :
              -v-                          :
                                           :
SKILLZ PLATFORM INC.,                      :
                                           :
              Counterclaim Defendant       :
                                           :
              and                          :
                                           :
TETHER STUDIOS LLC, et al.,                :
                                           :
   Additional Counterclaim Defendants.     :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

Having received the plaintiff's letter of January 15, 2025, it is hereby

ORDERED that the conference scheduled for **January 16, 2025** at **4:00 p.m.** shall be held telephonically.  The parties shall use the following dial-in credentials for the telephone conference:

```
Dial-in:        1-855-244-8681
Access Code:    2312 042 2648
```

The parties shall use a landline if one is available.

Dated:   New York, New York
         January 15, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge