```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   24cv1646(DLC)
SKILLZ PLATFORM INC.,                     :
                                          :        Order
                             Plaintiff,   :
              -v-                         :
                                          :
PAPAYA GAMING, LTD., et al.,              :
                                          :
                             Defendants.  :
                                          :
----------------------------------------- X
                                          :
PAPAYA GAMING, LTD., et al.,              :
                                          :
              Counterclaim Plaintiffs,    :
                                          :
              -v-                         :
                                          :
SKILLZ PLATFORM INC.,                     :
                                          :
              Counterclaim Defendant      :
                                          :
                 and                      :
                                          :
TETHER STUDIOS LLC, et al.,               :
                                          :
   Additional Counterclaim Defendants.    :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Having received the defendants' letter of January 28, 2025, regarding discovery disputes, it is hereby

ORDERED that a telephone conference is scheduled for **January 30, 2025** at **4:00 P.M.** The parties shall use the following dial-in credentials for the telephone conference:

```
          Dial-in:        1-855-244-8681
          Access Code:    2312 042 2648
```

The parties shall use a landline if one is available.

Dated:   New York, New York
         January 29, 2025

                                                DENISE COTE
                                     United States District Judge