# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

January 29, 2025

**BY ECF**

The Honorable Denise L. Cote
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1910
New York, NY 10007

      Re:    *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
             No. 1:24-cv-01646-DLC (S.D.N.Y.)

Dear Judge Cote:

    Pursuant to Rule 8.B. of Your Honor's Individual Practices, we write on behalf of Plaintiff Skillz Platform Inc. ("Skillz") concerning Skillz's forthcoming Letter. That Letter and supporting exhibits contain and refer to subject matter that has been designated as Highly Confidential-Outside Counsel's Eyes Only under the parties' Joint and Stipulated Protective Order (ECF 039). Accordingly, Skillz seeks leave to file its forthcoming Letter and supporting exhibits under seal.

                                Respectfully submitted,

                                /s/ *Craig Carpenito*
                              Craig Carpenito
                              *Attorney for Skillz Platform Inc.*

cc:    All Counsel of Record (via ECF)

Granted.
/s/ Denise Cote
1/30/25