SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-3097
DIRECT FAX
(917) 777-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

January 31, 2025

**BY ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

*Granted.*
*[signature]*
*1/31/25*

RE:   *Skillz Platform Inc. v. Papaya Gaming, Ltd., et al.*, No. 1:24-cv-01646-DLC (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Defendant and Counterclaim-Plaintiff Papaya Gaming, Ltd. and Defendant Papaya Gaming, Inc. (together, "Papaya") to respectfully request that the transcript of the discovery conference held telephonically on January 30, 2025 before the Court be marked as Highly Confidential and maintained under seal. Plaintiff Skillz Platform Inc. consents to this request.

During the January 30 conference, the parties discussed material that the parties have designated Highly Confidential–Outside Counsel's Eyes Only under the Protective Order in this action, including the documents and information provided to the Court in the parties' January 28 and January 29 letter-motions which the Court permitted to be filed under seal (ECF Nos. 227, 230). Further, transcripts of the parties' several recent discovery conferences before the Court, during which similar material was discussed, have been designated Highly Confidential and maintained under seal at the parties' request. Accordingly, Papaya requests that the January 30 conference transcript be marked Highly Confidential in its entirety and maintained under seal.

We thank the Court for its time and attention to this matter.

Honorable Denise L. Cote
January 31, 2025
Page 2

                                      Respectfully submitted,

                                      */s/ Anthony J. Dreyer*
                                      Anthony J. Dreyer

cc: Counsel of record (by ECF)