```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
                                          :     24cv1646(DLC)
SKILLZ PLATFORM INC.,                     :
                                          :        Order
                              Plaintiff,  :
              -v-                         :
                                          :
PAPAYA GAMING, LTD., et al.,              :
                                          :
                              Defendants. :
                                          :
----------------------------------------- X
                                          :
PAPAYA GAMING, LTD., et al.,              :
                                          :
            Counterclaim Plaintiffs,      :
                                          :
              -v-                         :
                                          :
SKILLZ PLATFORM INC.,                     :
                                          :
            Counterclaim Defendant        :
                                          :
            and                           :
                                          :
TETHER STUDIOS LLC, et al.,               :
                                          :
  Additional Counterclaim Defendants.     :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion of February 7, 2025 granted in part Skillz Platform Inc.'s ("Skillz") motion to dismiss the defendants' counterclaims against it. The Opinion also severed the defendants' trademark and copyright claims to be tried separately. Accordingly, it is hereby

ORDERED that a conference regarding the conduct of further proceedings with respect to the severed counterclaims shall be

held on **March 20, 2025** at **3:00 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York. All parties to the counterclaims shall attend.

IT IS FURTHER ORDERED that the parties shall by **March 18, 2025** confer and submit proposed schedules for pretrial proceedings with respect to the counterclaims. The proposed schedules shall address the issue of how many trials are to take place in this case.

IT IS FURTHER ORDERED that, as to counterclaim-defendant Golden Wood Company, Ltd. ("Golden Wood"), which has not appeared in this action, the defendants shall file any motion for default judgment by **February 21, 2025**. Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions.

Dated:   New York, New York
         February 7, 2025

_____
DENISE COTE
United States District Judge