```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :      24cv1646(DLC)
SKILLZ PLATFORM INC.,                    :
                                         :         Order
                              Plaintiff, :
               -v-                       :
                                         :
PAPAYA GAMING, LTD., et al.,             :
                                         :
                             Defendants. :
                                         :
---------------------------------------- X
                                         :
PAPAYA GAMING, LTD., et al.,             :
                                         :
         Counterclaim Plaintiffs,        :
                                         :
               -v-                       :
                                         :
SKILLZ PLATFORM INC.,                    :
                                         :
          Counterclaim Defendant         :
                                         :
              and                        :
                                         :
TETHER STUDIOS LLC, et al.,              :
                                         :
    Additional Counterclaim Defendants.  :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the defendants' letter of February 7, 2025 regarding a discovery dispute, it is hereby

ORDERED that the parties shall meet and confer regarding the dispute no later than **February 11, 2025**.  If any dispute remains, the parties shall by **February 12** submit letters no

longer than two pages detailing the remaining areas of disagreement.

Dated:    New York, New York
          February 10, 2025

_____
DENISE COTE
United States District Judge

...

longer than two pages detailing the remaining areas of disagreement.

Dated:    New York, New York
          February 10, 2025

_____
DENISE COTE
United States District Judge