SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-3097
DIRECT FAX
(917) 777-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

February 7, 2025

**BY ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Granted.

*[signature]*

February 10, 2025

RE:   *Skillz Platform Inc. v. Papaya Gaming, Ltd., et al.*, No. 1:24-cv-01646-DLC (S.D.N.Y.)

Dear Judge Cote:

  Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Defendant and Counterclaim-Plaintiff Papaya Gaming, Ltd. ("Papaya") concerning Papaya's forthcoming Letter Motion.

  Papaya's Letter Motion and exhibits contain information that Papaya has designated as Confidential Material under the Protective Order entered in this case. Further, the exhibits also contain documents that Skillz has designated as Confidential Material under the operative Protective Order.

  Accordingly, Papaya seeks leave to file its Letter Motion and exhibits under seal in their entirety.

                    Respectfully submitted,

                    /s/ Anthony J. Dreyer
                    Anthony J. Dreyer

Cc: Counsel of record (by ECF)