# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

February 17, 2025

**BY ECF**

*Granted.*
*Denise Cote*
*2/18/25*

The Honorable Denise L. Cote
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1910
New York, NY 10007

Re:   *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.,*
**No. 1:24-cv-01646-DLC (S.D.N.Y.)**

Dear Judge Cote:

Pursuant to Rule 8.B. of Your Honor's Individual Practices, we write on behalf of Plaintiff Skillz Platform, Inc. ("Skillz") concerning Skillz's Letter seeking a discovery conference with the Court to address outstanding discovery disputes with Papaya. That Letter and supporting exhibits contain and refer to information designated as Highly Confidential-Outside Counsel's Eyes Only. Accordingly, Skillz seeks leave to file its Letter and supporting exhibits under seal.

Respectfully submitted,

*/s/ Craig Carpenito*
Craig Carpenito
*Attorney for Skillz Platform Inc.*

cc:   All Counsel of Record (via ECF)