# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-3097
DIRECT FAX
(917) 777-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

February 18, 2025

*Granted.*
*Denise Cote*
*2/20/25*

**BY ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

RE:   *Skillz Platform Inc. v. Papaya Gaming, Ltd., et al.*, No. 1:24-cv-01646-DLC (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Defendant and Counterclaim-Plaintiff Papaya Gaming, Ltd. and Defendant Papaya Gaming, Inc. (together, "Papaya") concerning Papaya's February 18, 2025 Letter setting forth outstanding discovery disputes.

Papaya's Letter and Exhibits thereto consist of, and/or refer to, documents that Papaya has produced in this litigation and has designated Confidential and/or Highly Confidential–Outside Counsel's Eyes Only under the Protective Order entered in this action (ECF No. 39).

Accordingly, Papaya seeks leave to file its Letter and Exhibits thereto under seal in their entirety.

Respectfully submitted,

*/s/ Anthony J. Dreyer*
Anthony J. Dreyer

CC: Counsel of record (by ECF)