```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    24cv1646(DLC)
SKILLZ PLATFORM INC.,                   :
                                        :        Order
                        Plaintiff,      :
                                        :
            -v-                         :
                                        :
PAPAYA GAMING, LTD., et al.,            :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
                                        :
PAPAYA GAMING, LTD., et al.,            :
                                        :
            Counterclaim Plaintiffs,    :
                                        :
            -v-                         :
                                        :
SKILLZ PLATFORM INC.,                   :
                                        :
            Counterclaim Defendant      :
                                        :
                and                     :
                                        :
TETHER STUDIOS LLC, et al.,             :
                                        :
   Additional Counterclaim Defendants.  :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On February 19, 2025, the Clerk of Court issued a Certificate of Default as to counterclaim-defendant Golden Wood Company, Ltd. ("Golden Wood"). On February 21, the counterclaim-plaintiffs filed a motion for default judgment as to Golden Wood. Accordingly, it is hereby

ORDERED that a default judgment hearing will be held on **March 20, 2025** at **3:00 p.m.** in Courtroom 18B, United States

Courthouse, 500 Pearl Street, New York, New York.  Failure of Golden Wood to appear will result in entry of a default.

IT IS FURTHER ORDERED that the counterclaim-plaintiffs shall promptly serve this Order and their default judgment motion papers on Golden Wood and file proof of such service on ECF no later than **March 3, 2025**.

Dated:   New York, New York
         February 24, 2025

                                              _____
                                                  DENISE COTE
                                      United States District Judge