# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
—
TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
—
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-3097
DIRECT FAX
(917) 777-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

[handwritten: Granted. / Denise Cote / 3/4/25]

March 3, 2025

**BY ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

RE:   *Skillz Platform Inc. v. Papaya Gaming, Ltd., et al.*, No. 1:24-cv-01646-DLC (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Defendant and Counterclaim-Plaintiff Papaya Gaming, Ltd. ("Papaya") concerning Papaya's March 3, 2025 Motion for Leave to File Second Amended Counterclaims ("Motion") as well as the accompanying Memorandum of Law in Support ("Memorandum"), Declaration of Michael A. McIntosh ("Declaration"), and exhibits thereto.

Papaya's Memorandum and certain exhibits attached to the Declaration (which include exhibits to the proposed Second Amended Counterclaims) consist of, and/or refer to, documents that Skillz Platform Inc. ("Skillz") and third parties have produced in this litigation and designated Confidential, Highly Confidential, and/or Highly Confidential—Outside Counsel's Eyes Only under the Protective Order entered in this action, ECF No. 39. Certain exhibits also contain categories of information that Skillz has contended "constitute[] confidential trade secrets and must be filed under seal." ECF No. 108. The Court has authorized Skillz to file such information under seal. *See* ECF No. 111.

Accordingly, Papaya seeks leave to file unredacted versions of the Memorandum and certain exhibits to the Declaration under seal. Papaya will file redacted versions of the Memorandum and certain exhibits on the public docket.

Honorable Denise L. Cote
March 3, 2025
Page 2

Respectfully submitted,

*/s/ Anthony J. Dreyer*
Anthony J. Dreyer

cc: Counsel of record (by ECF)