```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   24cv1646(DLC)
SKILLZ PLATFORM INC.,                     :
                                          :        Order
                           Plaintiff,     :
            -v-                           :
                                          :
PAPAYA GAMING, LTD., et al.,              :
                                          :
                           Defendants.    :
                                          :
----------------------------------------- X
                                          :
PAPAYA GAMING, LTD., et al.,              :
                                          :
                  Counterclaim Plaintiffs,:
                                          :
            -v-                           :
                                          :
SKILLZ PLATFORM INC.,                     :
                                          :
              Counterclaim Defendant      :
                                          :
            and                           :
                                          :
TETHER STUDIOS LLC, et al.,               :
                                          :
    Additional Counterclaim Defendants.   :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion of February 7, 2025 granted in part the plaintiff's motion to dismiss the defendants' First Amended Counterclaims. On March 3, the defendants moved for leave to file Second Amended Counterclaims. Accordingly, it is hereby

ORDERED that any opposition to the defendants' March 3, 2025 motion is due **March 17**. Any reply is due **March 19**. At the time of each filing, the filer shall supply Chambers with two

(2) courtesy copies by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:     New York, New York
          March 4, 2025

                                   _____
                                         DENISE COTE
                                United States District Judge