# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NEW YORK 10001

———

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3097
DIRECT FAX
(917) 777-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

March 4, 2025

**VIA ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

RE: *Skillz Platform Inc. v. Papaya Gaming, Ltd. et al.*, No. 1:24-cv-01646

Dear Judge Cote:

We write jointly on behalf of Counterclaim-Plaintiff Papaya Gaming, Ltd. ("Papaya") and additional Counterclaim-Defendant Tether Studios LLC ("Tether") to inform the Court that the parties have reached a resolution, pursuant to which—and subject to the Court's approval pursuant to Fed. R. Civ. P. 41(a)(2)—the counterclaims against Tether can be dismissed. Attached for the Court's review is a Stipulation and Proposed Order of Dismissal With Prejudice.

In addition, on account of its counsel's unavailability, Papaya respectfully requests a two-week adjournment of the March 20 Conference concerning the remaining severed counterclaims and the pending motion for default judgment against Golden Wood Company, Ltd. ("Golden Wood"). Plaintiff and Counterclaim-Defendant Skillz Platform Inc. consents to this request, and if the extension is granted, Papaya will serve the Court's Order rescheduling the conference on Golden Wood.

We thank the Court for its time and attention to this matter.

*[Handwritten: The conference is adjourned to April 4 at 10:30 am. /s/ Denise Cote 3/5/25]*

Respectfully submitted,

/s/ *Anthony J. Dreyer*
Anthony J. Dreyer

cc: Counsel of record (via ECF)