```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   24cv1646(DLC)
SKILLZ PLATFORM INC.,                     :
                                          :        Order
                    Plaintiff,            :
         -v-                              :
                                          :
PAPAYA GAMING, LTD., et al.,              :
                                          :
                    Defendants.           :
                                          :
----------------------------------------- X
                                          :
PAPAYA GAMING, LTD., et al.,              :
                                          :
         Counterclaim Plaintiffs,         :
                                          :
         -v-                              :
                                          :
SKILLZ PLATFORM INC.,                     :
                                          :
         Counterclaim Defendant           :
                                          :
            and                           :
                                          :
TETHER STUDIOS LLC, et al.,               :
                                          :
   Additional Counterclaim Defendants.    :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Having received the defendants' letter of March 6, 2025, regarding a discovery dispute, it is hereby

ORDERED that a telephone conference is scheduled for **March 7, 2025** at **3:30 p.m.** The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:     1-855-244-8681
        Access Code: 2312 042 2648

The parties shall use a landline if one is available.

Dated:    New York, New York
          March 7, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge