# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-3097
DIRECT FAX
(917) 777-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

March 6, 2025

**BY ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

*Granted.
Denise Cote
3/7/25*

RE: *Skillz Platform Inc. v. Papaya Gaming, Ltd., et al.*, No. 1:24-cv-01646-DLC (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Papaya Gaming, Ltd. and Papaya Gaming, Inc. (collectively, "Papaya") concerning Papaya's March 6, 2025 letter motion requesting a telephonic discovery conference for March 7, 2025 and expedited briefing and ruling on Papaya's March 6, 2025 Motion to Continue Deposition Discovery.

Papaya's letter motion contains information that Papaya has designated Confidential Material under the Protective Order. Accordingly, Papaya seeks leave to file the letter motion under seal.

Respectfully submitted,

*/s/ Anthony J. Dreyer*
Anthony J. Dreyer

cc: Counsel of record (by ECF)