# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

March 17, 2025

Granted. *[signature]*
3/18/25

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
500 Pearl Street, Room 1910
New York, NY 10007

Re: *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
No. 1:24-cv-01646 (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of Your Honor's Individual Practices in Civil Cases, we write on behalf of Plaintiff and Counterclaim-Defendant Skillz Platform Inc. ("Skillz") concerning filing under seal Skillz's March 17, 2025 Opposition to Papaya Gaming, Ltd.'s ("Papaya") Motion for Leave to File Second Amended Counterclaims ("Opposition"), as well as the Declaration of Craig Carpenito ("Declaration") and exhibits thereto.

Specifically, Skillz's Opposition and certain exhibits attached to the Declaration contain information that has been designated by Papaya, Skillz, or third parties as Confidential, Highly Confidential, and/or Highly Confidential—Outside Counsel's Eyes Only, under the Protective Order entered in this action, ECF No. 39. This Court has already ordered certain exhibits attached to the Declaration to be filed under seal. *See* Declaration Exs. B and E. Accordingly, Skillz hereby seeks leave to file unredacted versions of Skillz's Opposition and exhibits B, D, E, H, I, and J of the Declaration under seal. Skillz will file a redacted version of the Opposition on the public docket.

Thank you for Your Honor's consideration of this matter.