# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
—
TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
—
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-3097
DIRECT FAX
(917) 777-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

March 19, 2025

*Granted.*
*Denise Cote*
*3/20/25*

**BY ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

RE:   *Skillz Platform Inc. v. Papaya Gaming, Ltd., et al.*, No. 1:24-cv-01646-DLC (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Defendant and Counterclaim-Plaintiff Papaya Gaming, Ltd. ("Papaya") concerning Papaya's March 19, 2025 Reply Memorandum of Law in Support of Motion for Leave to File Second Amended Counterclaims ("Reply").

Papaya's Reply refers to documents and information that Papaya, Skillz Platform Inc. ("Skillz"), and third parties have designated Confidential, Highly Confidential, and/or Highly Confidential—Outside Counsel's Eyes Only under the Protective Order entered in this action, ECF No. 39. The Court has authorized Papaya and Skillz to file such information under seal. *See* ECF Nos. 273 and 292.

Accordingly, Papaya seeks leave to file unredacted versions of the Reply under seal. Papaya will file a redacted version of the Reply on the public docket.

Honorable Denise L. Cote
March 19, 2025
Page 2

        Respectfully submitted,

        */s/ Anthony J. Dreyer*
        Anthony J. Dreyer

cc: Counsel of record (by ECF)

Case 1:24-cv-01646-DLC   Document 303   Filed 03/20/25   Page 2 of 2