# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

March 19, 2025

**BY ECF**

Granted.

*Denise Cote*
3/20/25

The Honorable Denise L. Cote
United States District Judge
500 Pearl Street, Room 1910
New York, NY 10007

Re:   *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
No. 1:24-cv-01646 (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B. of Your Honor's Individual Practices, we write on behalf of Plaintiff Skillz Platform Inc. ("Skillz") concerning Skillz's forthcoming Letter concerning outstanding discovery disputes with Papaya. That Letter and supporting exhibits contain and refer to information designated as Highly Confidential-Outside Counsel's Eyes Only by the Protective Order governing this case (ECF No. 39). Accordingly, Skillz seeks leave to file its Letter and supporting exhibits under seal. Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

/s/ Craig Carpenito
Craig Carpenito

Cc:   All counsel of record (by ECF)