# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

March 20, 2025

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
500 Pearl Street, Room 1910
New York, NY 10007

> Re:    *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.,*
> **No. 1:24-cv-01646 (S.D.N.Y.)**

Dear Judge Cote:

Pursuant to Rule 8.B of the Court's Individual Practices in Civil Cases, we write on behalf of Plaintiff and Counterclaim-Defendant Skillz Platform Inc. ("Skillz") concerning filing under seal Skillz's March 20, 2025 Letter Motion to Unseal Judicial Documents.

Specifically, Papaya has designated Exhibit C as Highly Confidential, and Skillz's Letter Motion refers to information Papaya has filed and submitted under seal. Without conceding whether this information was properly sealed by Papaya, Skillz hereby requests that it be permitted to submit a full version of its March 20, 2025 Letter Motion under seal pending the Court's ruling on the Letter Motion, and file a public version removing Exhibit C and redacting the information Skillz seeks to unseal. Skillz respectfully reserves all rights.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

*/s/* Craig Carpenito
Craig Carpenito

Cc:    All counsel of record (by ECF)