# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

WWW.SKADDEN.COM

DIRECT DIAL
(212) 735-3097
DIRECT FAX
(917) 777-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

March 18, 2025

**BY ECF**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

RE:     *Skillz Platform Inc. v. Papaya Gaming, Ltd., et al.*, No. 1:24-cv-01646-DLC

Dear Judge Cote:

Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Defendant and Counterclaim-Plaintiff Papaya Gaming, Ltd. and Defendant Papaya Gaming, Inc. (together, "Papaya") concerning Papaya's March 18, 2025 Letter Motion raising outstanding discovery disputes.

Papaya's Letter Motion and Exhibits thereto consist of, and/or refer to, documents and deposition testimony that Skillz Platform Inc. ("Skillz") has designated Confidential and/or Highly Confidential–Outside Counsel's Eyes Only under the Protective Order entered in this action (ECF No. 39). Papaya's Letter Motion and Exhibits also contain categories of information that Skillz has contended "constitute[] confidential trade secrets and must be filed under seal." ECF No. 108. The Court has authorized Skillz to file such information under seal. *See* ECF No. 111.

Accordingly, Papaya seeks leave to file its Letter Motion and Exhibits thereto under seal in their entirety.

Granted.

*[signature]*

3/19/25

Honorable Denise L. Cote
March 18, 2025
Page 2

Respectfully submitted,

*/s/ Anthony J. Dreyer*
Anthony J. Dreyer

Cc:  Counsel of record (by ECF)