```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :    24cv1646(DLC)
SKILLZ PLATFORM INC.,                    :
                                         :         Order
                            Plaintiff,   :
           -v-                           :
                                         :
PAPAYA GAMING, LTD., et al.,             :
                                         :
                            Defendants.  :
                                         :
---------------------------------------- X
                                         :
PAPAYA GAMING, LTD., et al.,             :
                                         :
           Counterclaim Plaintiffs,      :
                                         :
           -v-                           :
                                         :
SKILLZ PLATFORM INC.,                    :
                                         :
           Counterclaim Defendant,       :
                                         :
              and                        :
                                         :
GOLDEN WOOD COMPANY, LTD.,               :
                                         :
     Additional Counterclaim Defendant.  :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 18, 2025, the defendants filed a letter describing discovery disputes between the parties and requesting an order to compel production. The plaintiff responded on March 20.

On March 20, 2025, the plaintiff filed a letter requesting relief related to documents filed under seal.

Accordingly, it is hereby

ORDERED that the defendants' requests in their March 18, 2025 letter are denied.

IT IS FURTHER ORDERED that any response to the plaintiff's March 20, 2025 letter regarding the unsealing of documents is due by **March 24, 2025** at **10:00 a.m.**

Dated:   New York, New York
         March 21, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge

2