SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-3097
DIRECT FAX
(917) 777-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

March 24, 2025

Granted.

*[signature: Denise Cote]*

March 24, 2025

**BY ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

RE:   *Skillz Platform Inc. v. Papaya Gaming, Ltd., et al.*, No. 1:24-cv-01646-DLC (S.D.N.Y.)

Dear Judge Cote:

    Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Papaya Gaming, Ltd. and Papaya Gaming, Inc. (collectively "Papaya") concerning Papaya's forthcoming Letter Response ("Letter Response") to Skillz Platform Inc.'s ("Skillz")'s March 20 letter motion seeking to unseal information in violation of the Protective Order, ECF No. 39.

    Papaya's Letter Response refers to documents and information that Papaya and Skillz have designated as Confidential, Highly Confidential, and/or Highly Confidential Outside Counsel's Eyes Only under the Protective Order.  Papaya's Letter Response also contains categories of information that Skillz has contended "constitute[] confidential trade secrets and must be filed under seal."  ECF No. 108.  The Court has authorized Skillz to file such information under seal. *See* ECF No. 111.

    Accordingly, Papaya seeks leave to file an unredacted version of the Letter Response under seal.  Papaya will file a redacted version of the Letter Response on the public docket.

Honorable Denise L. Cote
March 24, 2025
Page 2

                                        Respectfully submitted,

                                        */s/ Anthony J. Dreyer*
                                        Anthony J. Dreyer

CC: Counsel of record (by ECF)