```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :        24cv1646(DLC)
SKILLZ PLATFORM INC.,                    :
                                         :           Order
                              Plaintiff, :
              -v-                        :
                                         :
PAPAYA GAMING, LTD., et al.,             :
                                         :
                             Defendants. :
                                         :
---------------------------------------- X
                                         :
PAPAYA GAMING, LTD., et al.,             :
                                         :
              Counterclaim Plaintiffs,   :
                                         :
              -v-                        :
                                         :
SKILLZ PLATFORM INC.,                    :
                                         :
              Counterclaim Defendant,    :
                                         :
              and                        :
                                         :
GOLDEN WOOD COMPANY, LTD.,               :
                                         :
   Additional Counterclaim Defendant.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 3, 2025, the defendants moved for leave to file second amended counterclaims. They attached to their motion Proposed Second Amended Counterclaims ("PSAC") and filed a redacted version of that document on the public docket while filing an unredacted version under seal. An Order of March 4 granted the defendants' request to file the unredacted version under seal.

An Opinion of March 26, 2025 denied the defendants' motion for leave to file the PSAC.  It is hereby

ORDERED that the unredacted version of the PSAC, Exhibit A to the declaration at ECF No. 272, shall be unsealed.  Other exhibits to that filing shall remain under seal.

Dated:    New York, New York
          March 26, 2025

_____
DENISE COTE
United States District Judge