UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
SKILLZ PLATFORM INC., :
a Delaware corporation, :
:
          Plaintiff, :
: Civil Action No. 1:24-cv-01646-DLC
   -against- :
: Hon. Denise L. Cote
PAPAYA GAMING, LTD., a foreign :
corporation; and PAPAYA GAMING, INC., a :
Delaware Corporation, : **DEFAULT JUDGMENT**
:
          Defendants. :
------------------------------x
PAPAYA GAMING, LTD., :
:
          Counterclaim-Plaintiff, :
:
   -against- :
:
SKILLZ PLATFORM INC., :
:
          Counterclaim-Defendant, :
:
   and :
:
TETHER STUDIOS LLC and GOLDEN :
WOOD COMPANY, LTD., :
:
          Additional :
          Counterclaim-Defendants. :
------------------------------x

      This action having commenced against Counterclaim-Defendant Golden Wood Company, Ltd. ("Golden Wood") on August 5, 2024 by the filing of the Answer and Counterclaims, a copy of the Summons and Counterclaims having been served on Counterclaim-Defendant on August 15, 2024 by delivering a copy to its registered agent, First Amended Counterclaims having been filed on September 23, 2024, a copy of the First Amended Counterclaims having been served on

Golden Wood on September 24, 2024 by delivering a copy to its registered agent, and Golden Wood not having answered or otherwise responding to any pleading prior to the time for doing so having expired, it is

**ORDERED, ADJUDGED AND DECREED**: That the Counterclaim-Plaintiff, Papaya Gaming, Ltd., have judgment against Counterclaim-Defendant Golden Wood Company, Ltd. entered in the form of injunctive relief requiring the following changes to the user interface for the game titled BINGO: REAL MONEY GAME (titled "BINGO FOR CASH" at the time of the pleadings): (a) changing the background color from purple to a different color; (b) changing the color of the "daubed" numbers on the Bingo board from blue to a different color; and (c) changing the colors on top of each column of the game board (for "B-I-N-G-O") so they do not include any combination of the colors red, yellow, purple, green, and blue or a subset thereof.

Dated: April 4, 2025

_____
Hon. Denise L. Cote, United States District Judge