```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     24cv1646(DLC)
SKILLZ PLATFORM INC.,                    :
                                         :     PRETRIAL
                          Plaintiff,     :     SCHEDULING ORDER
          -v-                            :
                                         :
PAPAYA GAMING, LTD., et al.,             :
                                         :
                          Defendants.    :
                                         :
---------------------------------------- X
                                         :
PAPAYA GAMING, LTD., et al.,             :
                                         :
          Counterclaim Plaintiffs,       :
                                         :
          -v-                            :
                                         :
SKILLZ PLATFORM INC.,                    :
                                         :
          Counterclaim Defendant,        :
                                         :
          and                            :
                                         :
GOLDEN WOOD COMPANY, LTD.,               :
                                         :
     Additional Counterclaim Defendant.  :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

　　As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on April 4, 2025, the following schedule shall govern the further conduct of pretrial proceedings with respect to the severed counterclaims in this case:

1. All fact discovery must be completed by **June 27, 2025**.

2. Expert reports and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., by the party bearing the burden on an issue must be served by **July 18, 2025**. Identification of rebuttal experts and disclosure of their expert testimony must occur

by **August 8, 2025.**

3. Expert discovery must be completed by **August 29, 2025.**

4. The following motion will be served by the dates indicated below.

   Summary Judgment

   - Motion served by **September 26, 2025**
   - Opposition served by **October 17, 2025**
   - Reply served by **October 31, 2025**

   At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

5. In the event no motion is filed, the Joint Pretrial Order must be filed by **September 26, 2025.**

   As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law is not permitted.

   SO ORDERED:

Dated:  New York, New York
        April 4, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge