# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

April 7, 2025

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
500 Pearl Street, Room 1910
New York, NY 10007

> *[Handwritten note:]* The request to seal the entire transcript is denied. The parties shall consult and submit their requests for redaction by April 11, 2025.
>
> */s/ Denise Cote*
> 4/8/25

Re: *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
    No. 1:24-cv-01646-DLC (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of the Court's Individual Practices in Civil Cases, we write on behalf of Plaintiff and Counterclaim-Defendant Skillz Platform Inc. ("Skillz") to respectfully request that the transcript of the discovery conference held on April 4, 2025 before the Court be marked as Highly Confidential and maintained under seal.

During the April 4 conference, the parties discussed material designated as Highly Confidential under the Protective Order in this action (ECF No. 39). Further, transcripts of the parties' several recent discovery conferences before the Court, during which similar material was discussed, have been designated Highly Confidential and maintained under seal at the parties' request. Accordingly, Skillz requests that the April 4 conference transcript be marked Highly Confidential in its entirety and maintained under seal.

Thank you for Your Honor's timely consideration of this matter.

Respectfully submitted,

*/s/ Craig Carpenito*
Craig Carpenito

Cc: All counsel of record (by ECF)