# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-3097
DIRECT FAX
(917) 777-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

April 10, 2025

**BY ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

*[Handwritten note: Any party requesting redactions must identify the proposed redactions and provide the reasons for the redactions within one week of the document being filed. In the interim,]*

RE: *Skillz Platform Inc. v. Papaya Gaming, Ltd., et al.*, No. 1:24-cv-01646-DLC

*[Handwritten: the 4/9 & 4/10 letters shall be sealed. /s/ Denise Cote 4/10/25]*

Dear Judge Cote:

Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Defendant and Counterclaim-Plaintiff Papaya Gaming, Ltd. and Defendant Papaya Gaming, Inc. (together, "Papaya") concerning Papaya's forthcoming April 10, 2025 Letter in response to the letter-motion filed by Skillz Platform Inc. ("Skillz") on April 9, 2025 (ECF No. 347).

Papaya's Letter contains material that Skillz has designated Confidential and/or Highly Confidential–Outside Counsel's Eyes Only under the Protective Order entered in this action (ECF No. 39). Papaya's Letter also contain categories of information that Skillz has contended "constitute[] confidential trade secrets and must be filed under seal." ECF No. 108.

Accordingly, Papaya seeks leave to file its April 10 Letter and Exhibits thereto under seal.

Respectfully submitted,

*/s/ Anthony J. Dreyer*
Anthony J. Dreyer

CC: Counsel of record (by ECF)