```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   24cv1646(DLC)
SKILLZ PLATFORM INC.,                     :
                                          :        Order
                    Plaintiff,            :
           -v-                            :
                                          :
PAPAYA GAMING, LTD., et al.,              :
                                          :
                    Defendants.           :
                                          :
----------------------------------------- X
                                          :
PAPAYA GAMING, LTD., et al.,              :
                                          :
           Counterclaim Plaintiffs,       :
                                          :
           -v-                            :
                                          :
SKILLZ PLATFORM INC.,                     :
                                          :
           Counterclaim Defendant,        :
                                          :
           and                            :
                                          :
GOLDEN WOOD COMPANY, LTD.,                :
                                          :
    Additional Counterclaim Defendant.    :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Having received the parties' letters of April 9 and 10, 2025, regarding discovery, it is hereby

ORDERED that the plaintiff's April 9 request to take

additional fact discovery is denied.

Dated:    New York, New York
          April 11, 2025

                                          _____
                                                 DENISE COTE
                                          United States District Judge

2