```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
                                          :     24cv1646 (DLC)
SKILLZ PLATFORM INC.,                     :
                                          :         Order
                         Plaintiff,       :
              -v-                         :
                                          :
PAPAYA GAMING, LTD., et al.,              :
                                          :
                         Defendants.      :
                                          :
----------------------------------------- X
                                          :
PAPAYA GAMING, LTD., et al.,              :
                                          :
            Counterclaim Plaintiffs,      :
                                          :
              -v-                         :
                                          :
SKILLZ PLATFORM INC.,                     :
                                          :
            Counterclaim Defendant,       :
                                          :
                 and                      :
                                          :
GOLDEN WOOD COMPANY, LTD.,                :
                                          :
   Additional Counterclaim Defendant.     :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On April 14, 2025, plaintiff Skillz Platform Inc. ("Skillz") submitted a letter requesting a discovery conference. According to its letter, Skillz would at this conference request an order compelling defendants Papaya Gaming, Ltd. and Papaya Gaming, Inc. (collectively, "Papaya") "to provide access to Skillz's expert to the exact same information about its system in the exact same manner that that information was provided to"

FTI Consulting LLP ("FTI"), a consulting company hired by Papaya to assess whether it was using non-human players, or "bots", on its mobile gaming platform. Attached as Exhibit A to Skillz's April 14 request were four letters from FTI stating that it did not find evidence of bot use in certain Papaya games during the following periods: January 1 to April 30, 2024; May 1 to June 19, 2024; May 1, 2024 to February 1, 2025; and May 1, 2024. The FTI letters state that FTI's review "did not comprise a full review" of the games' codebase, gameplay logs, or certain other underlying data. Papaya's counsel has described FTI's review as comprising "screen shares" of "certain screens from the Papaya system". Papaya has produced 36 screenshots to Skillz and represents that "everything that FTI saw on the screen when they did the analysis and gave their reports was provided" to Skillz. Accordingly, it is hereby

ORDERED that Skillz's April 14 request for a conference and order to compel production is denied.

IT IS FURTHER ORDERED that Papaya shall promptly identify to Skillz, with respect to each of the 36 screenshots, the date or dates on which FTI was shown the contents of the screen reflected by the screenshot (as opposed to the date on which FTI issued a letter based on such content).

IT IS FURTHER ORDERED that Papaya's April 15 request for an award of costs incurred in responding to Skillz's April 14 letter is denied.

Dated:  New York, New York
        April 16, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge