# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
—
TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
—
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-3097
DIRECT FAX
917-777-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

April 16, 2025

**VIA ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

RE: *Skillz Platform Inc. v. Papaya Gaming, Ltd., et al.*, No. 1:24-CV-01646-DLC

Dear Judge Cote:

Pursuant to Rule 8.B of Your Honor's Individual Practices and the Court's April 11, 2025 order (ECF 350), we write on behalf of Papaya Gaming, Ltd. and Papaya Gaming, Inc. (collectively, "Papaya") concerning Papaya's forthcoming request for redactions to the April 9, 2025 filing by Skillz Platform, Inc. (ECF 347-3), which contains material designated by Papaya as Highly Confidential – Outside Counsel's Eyes Only under the governing Protective Order (ECF 39).

In accordance with the Court's Individual Practice 4.D, Papaya seeks leave to file an unredacted copy and redacted copy of ECF 347-3 under seal, pending the Court's ruling on the requested redactions.

*[Handwritten: The redaction is approved. The redacted document shall be filed on ECF. /s/ Denise Cote 4/17/25]*

Respectfully submitted,

/s/ Anthony J. Dreyer
Anthony J. Dreyer

cc: Counsel of record (by ECF)