# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

April 11, 2025

**BY ECF**

The Honorable Denise L. Cote
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1910
New York, NY 10007

      Re:   *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
            No. 1:24-cv-01646-DLC (S.D.N.Y.)

Dear Judge Cote:

     Pursuant to the Court's April 8, 2025 order (ECF No. 345), we write on behalf of Plaintiff Skillz Platform Inc. ("Skillz") to submit Skillz's requested redactions to the April 4, 2025 conference transcript. That conference included references to certain of Skillz's confidential and proprietary matchmaking practices. Such practices constitute trade secrets and therefore qualify as Highly Confidential-Outside Counsel's Eyes Only under the governing Protective Order (ECF No. 39).

     Attached as Exhibit A to this letter is a copy of the transcript highlighting Skillz's requested redactions. Attached as Exhibit B to this letter is a copy of the transcript redacting those same portions.

     Thank you for Your Honor's consideration of this matter.

                                          Respectfully submitted,

                                          */s/ Craig Carpenito*
                                          Craig Carpenito
                                          *Attorney for Skillz Platform Inc.*

cc:    All Counsel of Record (via ECF)

Denied.

/s/ Denise Cote
4/17/25