```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SKILLZ PLATFORM INC.,                    :    24cv1646 (DLC)
                                         :
                             Plaintiff,  :        Order
               -v-                       :
                                         :
PAPAYA GAMING, LTD., et al.,             :
                                         :
                            Defendants.  :
                                         :
---------------------------------------- X
                                         :
PAPAYA GAMING, LTD., et al.,             :
                                         :
                   Counterclaim Plaintiffs, :
                                         :
               -v-                       :
                                         :
SKILLZ PLATFORM INC.,                    :
                                         :
                   Counterclaim Defendant, :
                                         :
               and                       :
                                         :
GOLDEN WOOD COMPANY, LTD.,               :
                                         :
          Additional Counterclaim Defendant. :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of March 27, 2025 and an endorsement of April 11 provided the parties with guidance regarding any requests for redactions from public filings in this case. In an effort to reduce the burden on the parties as they request redactions, this Order provide further guidance. It also rules on the plaintiff's April 14 and the defendants' April 15 request for redactions. It is hereby

ORDERED that there will be a presumption that letters filed with the Court will not be redacted.

IT IS FURTHER ORDERED that there will be a presumption that the following attachments to such letters will not be redacted: prior letters to the Court and transcripts of conferences with the Court.

IT IS FURTHER ORDERED that there will be a presumption that the following attachments to letters to the Court may be filed under seal if a party requests that they be sealed: communications among the parties and materials exchanged among the parties in discovery.

IT IS FURTHER ORDERED that the plaintiff's April 14 request to redact portions of its April 14 letter to the Court, as well as Exhibits C and J to that letter is denied; the plaintiff's April 14 request to file Exhibits H, I, and M to its April 14 letter is granted.

IT IS FURTHER ORDERED that the defendants' April 15 request to redact portions of their April 15 letter to the Court is denied; their April 15 request to file Exhibit 2 to their April 15 letter under seal is granted.

Dated:   New York, New York
         April 25, 2025

                                          _____
                                                  DENISE COTE
                                          United States District Judge