```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
SKILLZ PLATFORM INC.,                      :    24cv1646 (DLC)
                                           :
                           Plaintiff,      :    Order
              -v-                          :
                                           :
PAPAYA GAMING, LTD., et al.,               :
                                           :
                           Defendants.     :
                                           :
----------------------------------------- X
                                           :
PAPAYA GAMING, LTD., et al.,               :
                                           :
              Counterclaim Plaintiffs,     :
                                           :
              -v-                          :
                                           :
SKILLZ PLATFORM INC.,                      :
                                           :
              Counterclaim Defendant,      :
                                           :
              and                          :
                                           :
GOLDEN WOOD COMPANY, LTD.,                 :
                                           :
    Additional Counterclaim Defendant.     :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

On May 19, 2025, the plaintiff and defendants both filed letters relating to discovery. Accordingly, it is hereby

ORDERED that any responses are due by **May 21, 2025**.

Dated:   New York, New York
         May 20, 2025

                                    _____
                                             DENISE COTE
                                    United States District Judge