```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
SKILLZ PLATFORM INC.,                 :    24cv1646 (DLC)
                                      :
                        Plaintiff,    :         Order
            -v-                       :
                                      :
PAPAYA GAMING, LTD., et al.,          :
                                      :
                        Defendants.   :
                                      :
------------------------------------- X
                                      :
PAPAYA GAMING, LTD., et al.,          :
                                      :
            Counterclaim Plaintiffs,  :
                                      :
            -v-                       :
                                      :
SKILLZ PLATFORM INC.,                 :
                                      :
            Counterclaim Defendant.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On May 19, 2025, the plaintiff submitted a letter requesting relief relating to financial information sought in discovery. The defendants filed a letter in response on May 20. In conjunction with those letters, the parties each submitted a request that certain exhibits to those letters be sealed. Accordingly, it is hereby

ORDERED that, in these and future filings, financial data that has not been publicly disclosed, along with calculations using that information, may be redacted. Otherwise, there will

be a presumption that expert reports and portions of expert reports may not be redacted or filed under seal.

IT IS FURTHER ORDERED that the parties shall promptly refile their May 19 and 20 letters in compliance with the above guidance.

Dated:  New York, New York
        May 21, 2025

_____
DENISE COTE
United States District Judge