# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

May 21, 2025

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
500 Pearl Street, Room 1910
New York, NY 10007

Re: *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
No. 1:24-cv-01646 (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of the Court's Individual Practices in Civil Cases and in accordance with the Court's Orders providing guidance on sealing (ECF Nos. 369 and 381), we write on behalf of Plaintiff and Counterclaim-Defendant Skillz Platform Inc. ("Skillz") to respectfully request to file Exhibits C and D to Skillz's May 21, 2025 Letter Motion for Discovery Conference under seal. Exhibits C and D are financial documents that have not been disclosed to the public and were produced in discovery by Papaya as Highly Confidential.

We further request to file a redacted version of Exhibit F to Skillz's Letter Motion on the public docket and an unredacted version under seal. Exhibit F, an excerpt of Papaya's expert report, contains financial data that has not been disclosed to the public and has been designated Highly Confidential by Papaya. Skillz seeks to redact only the financial data that has not been disclosed to the public.

Thank you for Your Honor's timely consideration of this matter.

Respectfully submitted,

/s/ Craig Carpenito
Craig Carpenito

Granted.

*[signature]*
5/22/25

Cc: All counsel of record (by ECF)