```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
SKILLZ PLATFORM INC.,                      :    24cv1646 (DLC)
                                           :
                              Plaintiff,   :         Order
              -v-                          :
                                           :
PAPAYA GAMING, LTD., et al.,               :
                                           :
                              Defendants.  :
                                           :
----------------------------------------- X
                                           :
PAPAYA GAMING, LTD., et al.,               :
                                           :
        Counterclaim Plaintiffs,           :
                                           :
              -v-                          :
                                           :
SKILLZ PLATFORM INC.,                      :
                                           :
        Counterclaim Defendant.            :
                                           :
----------------------------------------- X
```
DENISE COTE, District Judge:

An Order of May 22, 2025 directed the parties to meet and confer and submit proposals to remedy the failure of the defendants to timely produce information relevant to the plaintiff's claim for damages. Having received the parties' letters of May 23 and 27, it is hereby

ORDERED that the defendants may choose from the following two options:

    1. The late-produced documents are excluded from trial; or

   2. The enumerated proposals in the plaintiff's May 23 letter are adopted, except that the defendants' fact witness may be deposed remotely and any decision on costs and fees is reserved until after trial.

IT IS FURTHER ORDERED that the parties shall meet and confer, and, on consent, further revise deadlines for expert reports and depositions based on the availability of the experts.

Dated:   New York, New York
         May 27, 2025

                                          _____
                                             DENISE COTE
                                       United States District Judge