# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas 34th Floor
New York, New York 10036

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

Mary 27, 2025

**BY ECF**

The Honorable Denise L. Cote
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1910
New York, NY 10007

Re:    *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
No. 1:24-cv-01646-DLC (S.D.N.Y.)

Dear Judge Cote,

Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Skillz Platform Inc. ("Skillz") concerning Skillz's forthcoming letter response to Papaya Gaming, Inc. and Papaya Gaming, Ltd.'s (collectively, "Papaya") letter to the Court (ECF No. 394).

Skillz's letter response and attached Exhibit A both contain sensitive, non-public medical information. Accordingly, Skillz seals leave to file redacted versions of its letter response and Exhibit A on the public docket and unredacted versions of its letter response and Exhibit A under seal.

Respectfully submitted,

*/s/ Craig Carpenito*
Craig Carpenito
*Attorney for Skillz Platform Inc.*

cc:    All Counsel of Record (via ECF)

Granted.
Denise Cote
5/27/25