UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
:
SKILLZ PLATFORM INC.,                     :    24cv1646 (DLC)
:
                          Plaintiff,      :    Order
            -v-                           :
:
PAPAYA GAMING, LTD., et al.,              :
:
                          Defendants.     :
:
----------------------------------------- X
:
PAPAYA GAMING, LTD., et al.,              :
:
            Counterclaim Plaintiffs,      :
:
            -v-                           :
:
SKILLZ PLATFORM INC.,                     :
:
            Counterclaim Defendant.       :
:
----------------------------------------- X

DENISE COTE, District Judge:

On June 2, 2025, the defendants filed a letter requesting that two supplemental expert reports served by the plaintiff be stricken. The plaintiff responded in opposition on June 4. It is hereby

ORDERED that the defendants' June 2 request to strike the reports is denied.

Dated:   New York, New York
         June 5, 2025

                                           _____
                                           DENISE COTE
                                           United States District Judge