# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-3097
DIRECT FAX
917-777-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

June 26, 2025

**VIA ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Granted.
/s/ Denise Cote
6/26/25

RE: *Skillz Platform Inc. v. Papaya Gaming, Ltd., et al.*, No. 1:24-CV-01646-DLC

Dear Judge Cote:

We write jointly on behalf of Papaya Gaming, Ltd. and Papaya Gaming, Inc. (collectively, "Papaya") and Skillz Platform Inc. ("Skillz") concerning the summary judgment and *Daubert* motions due to be filed tomorrow, June 27.

The parties respectfully request that the Court adopt the following procedures concerning the redaction and sealing of information included in the June 27 filings:

- Pursuant to the Protective Order entered in this case, the parties will redact or file under seal all information that a party has designated as Protected Material and the Court has not unsealed. *See* ECF No. 39, V.L.

- The party that designated the information redacted or filed under seal must file a letter supporting any redactions or sealing by July 7.

- The parties may file any letter responses to requests to redact or seal by July 11.

Respectfully submitted,

/s/ Craig Carpenito
Craig Carpenito
*Counsel for Skillz*

/s/ Anthony J. Dreyer
Anthony J. Dreyer
*Counsel for Papaya*

cc: Counsel of record (by ECF)