UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKILLZ PLATFORM INC., a Delaware corporation,<br><br>                  Plaintiff,<br><br>-against-<br><br>PAPAYA GAMING, LTD., a foreign corporation; and PAPAYA GAMING, INC., a Delaware Corporation,<br><br>                  Defendants. | Civil Action No. 1:24-cv-01646-DLC<br><br>Hon. Denise L. Cote |

**PLAINTIFF'S NOTICE OF OMNIBUS *DAUBERT* MOTION**

    **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated June 27, 2025, and the accompanying declaration of Amy Nemetz, dated June 27, 2025, together with the exhibits attached thereto, as well as all prior pleadings and proceedings had, Plaintiff Skillz Platform Inc. ("Skillz") through its undersigned attorneys, will move this Court, before the Honorable Denise L. Cote, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 18B, New York, New York 10007, on a date and at a time designated by the Court, for an Order excluding the testimony and opinions of Jonathan Orszag, Dr. Bruce Isaacson, Healey Whitsett, Dr. Randal Heeb, and Dr. Cristoffer Holmgård, and granting such other and further relief as the Court deems appropriate.

Date:  June 27, 2025
       New York, New York

Respectfully submitted,

KING & SPALDING LLP

By: */s/ Craig Carpenito*
Craig Carpenito
ccarpenito@kslaw.com
Amy Nemetz
anemetz@kslaw.com
Curtis R. Crooke
curtis.crooke@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036-2601
Tel: (212) 556-2100
Fax: (212) 556-2222

Lazar P. Raynal (*pro hac vice*)
lraynal@kslaw.com
Michael A. Lombardo (*pro hac vice*)
mlombardo@kslaw.com
KING & SPALDING LLP
110 N. Wacker Drive
Suite 3800
Chicago, IL 60606
Tel: (312) 995-6333
Fax: (312) 995-6330

*Attorneys for Skillz Platform Inc.*