# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SKILLZ PLATFORM INC.,
a Delaware corporation,

                            Plaintiff,

        -against-

PAPAYA GAMING, LTD., a foreign
corporation; and PAPAYA GAMING, INC.,
a Delaware Corporation,

                            Defendants.

Civil Action No. 1:24-cv-01646-DLC

Hon. Denise L. Cote

## STATEMENT OF UNDISPUTED MATERIAL FACTS
### IN SUPPORT OF PLAINTIFF SKILLZ PLATFORM INC.'S
### MOTION FOR SUMMARY JUDGMENT ON PAPAYA GAMING, LTD.'S
### COUNTERCLAIMS AND DEFENDANTS' AFFIRMATIVE DEFENSES

Pursuant to Local Civil Rule 56.1, Plaintiff Skillz Platform Inc. ("Skillz") submits the following statement of material facts as to which there is no genuine dispute and that entitles Skillz to judgment as a matter of law.

### UNDISPUTED MATERIAL FACTS ABOUT THE REAL-MONEY
### SKILL-BASED MOBILE GAMING INDUSTRY

1.    The mobile gaming industry has grown in popularity over the past ten years. Complaint (ECF No. 1) ("Compl.") ¶¶ 2, 23; Papaya's Answer, Affirmative Defenses, and Counterclaims (ECF No. 46) ("Answer") ¶¶ 2, 23.

2.    ████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████ Ex. 1 (Bergman Rpt.) ¶ 29.[1]

---

[1] Citations to exhibits to the Declaration of Amy Nemetz are abbreviated herein as "Ex. [#]."

3.    █████████████████████████████████████████

█████████████████████████ Ex. 1 (Bergman Rpt.) ¶ 28.

4.    The term "player liquidity" refers to the ability of players to readily find opponents and complete matches. Compl. ¶ 31; Answer ¶ 31; Ex. 2 (Revah Dep.) at 35:24–37:11; Ex. 3 (PGSKZ-010-00019127) at -129.

5.    █████████████████████████████████████████



Ex. 4 (Chafkin Dep.) at 54:12–19; Ex. 5 (Holmgård Rpt.) at 8; Ex. 6 (Heeb Rpt.) at ¶ 96.

6.    ████████████████████████████████████████

Ex. 2 (Revah Dep.) at 190:1–4.

7.    Skillz and Papaya are two of several competitors in the real-money skill-based gaming industry. Ex. 7 (Skillz's Responses to Papaya RFAs) Nos. 1–4, 6; Papaya's First Amended Counterclaims (ECF No. 89) ¶¶ 281, 283, 358; Ex. 2 (Revah Dep.) at 190:1–4.

## UNDISPUTED MATERIAL FACTS ABOUT SKILLZ

8.    ███████████████████████████ Ex. 4 (Chafkin Dep.) at 11:7–11.

9.    ████████████████████████████████████ Ex. 8 (Paradise Dep.) at 10:15–17; Ex. 4 (Chafkin Dep.) at11:7–9.

10.    ███████████████████████████████████ Ex. 8 (Paradise Dep.) at 10:20–11:2.

11.    ██████████████████████████████████████

███████████████████████████████████████ Ex. 4 (Chafkin Dep.) at 12:4–9.

12.    Skillz developed and operates a mobile gaming platform that matches users interested in competing against other players in various skill-based games developed by third

parties. Compl. ¶ 27; Answer ¶ 27; Ex. 4 (Chafkin Dep.) at 14:12–22; Ex. 8 (Paradise Dep.) at 168:16–18.

13.     The Skillz platform includes games such as "Solitaire Cube," "21 Blitz," "Blackout Bingo," and "Bubble Cube 2." Compl. ¶¶ 2, 30; Answer ¶¶ 2, 30.

14.     The Skillz mobile application is available for free download on the Apple App Store and the Samsung Galaxy Store. Compl. ¶ 26; Answer ¶ 26.

15.     Skillz's gaming platform offers competitions that sometimes involve cash entry fees and cash prizes. Compl. ¶¶ 2, 51; Answer ¶¶ 2, 51.

16.     ██████████████████████████████████████████████████████
████ Ex. 4 (Chafkin Dep.) at 23:9–13.

17.     ████████████████████████████████████████ Ex. 4 (Chafkin Dep.) at 24:17–18.

18.     ██████████████████████████████████████████████████████
████ Ex. 8 (Paradise Dep.) at 173:19–22.

19.     ██████████████████████████████████████████████████████
Ex. 4 (Chafkin Dep.) at 138:21–23.

20.     ██████████████████████████████████████████████████████
████████████████ Ex. 4 (Chafkin Dep.) at 19:15–22.

21.     Games on the Skillz platform have included chat functions and chat rooms for players. Compl. ¶¶ 37–38; Answer ¶¶ 37–38.

22.     Every Skillz player must have a user profile when creating an account on the Skillz platform. Compl. ¶ 39; Answer ¶ 39; Ex. 9 (https://support.skillz.com/hc/en-us/articles/204372885-How-do-I-create-a-Skillz-account).

23. ███████████████████████████████████████

████████████████████████████ Ex. 8 (Paradise Dep.) at 168:16–18.

24. ███████████████████████████████ Ex. 8 (Paradise Dep.) at 178:1–2.

25. ███████████████████████████████████████ Ex. 10 (Paiz Dep.) at 100:15–18.

26. ████████████████████████████████████ Ex. 4 (Chafkin Dep.) at 56:15–19.

27. ███████████████████████████████████████

█████████████████████████ Ex. 8 (Paradise Dep.) at 178:9–13; Ex. 4 (Chafkin Dep.) at 56:15–19.

28. ███████████████████████████████████ Ex. 8 (Paradise Dep.) at 178:9–13; Ex. 4 (Chafkin Dep.) at 56:20–22.

29. ███████████████████████████████████████

████████████████ Ex. 10 (Paiz Dep.) at 102:25–103:3.

30. ███████████████████████████████████████

████████████████████████████████████████ Ex. 4 (Chafkin Dep.) at 57:3–17.

31. ███████████████████████████████████████

███████████████████████████████████████

████████████████████ Compl. ¶¶ 2, 28; Answer ¶¶ 2, 28; Ex. 4 (Chafkin Dep.) at 23:9–13, 71:18-23; Ex. 8 (Paradise Dep.) at 173:19–22, 166:17–167:8.

32. ███████████████████████████████████████ Ex. 8 (Paradise Dep.) at 173:19–22.

33. ███████████████████████████████████ Ex. 4 (Chafkin Dep.) at 32:5–6.

34. ███████████████████████████████████████████ Ex. 8
(Paradise Dep.) at 171:15–18.

35. ███████████████████████████████████████████

███████████████████████████████████████████

██████████████ Ex. 4 (Chafkin Dep.) at 62:11–19.

36. ███████████████████████████████████████████ Ex. 4
(Chafkin Dep.) at 62:23–63:8.

37. ███████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████ Ex. 4 (Chafkin Dep.) at 62:20–63:18.

38. ███████████████████████████████████████████ Ex.
8 (Paradise Dep.) at 171:3–5; Ex. 4 (Chafkin Dep.) at 113:10–16.

39. ██████████████████████████████████████

███████████████████████████████████████████

██████ Ex. 4 (Chafkin Dep.) at 71:18–72:6.

40. ██████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████ Ex. 4 (Chafkin Dep.) at 75:20–76:1, 77:19–21.



41. ████████████████████████████████████

████████████████████████████████████

██████████ Ex. 4 (Chafkin Dep.) at 79:7–17.

42. ████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████ Ex. 4 (Chafkin Dep.) at 80:16–81:24; Ex. 8

(Paradise Dep.) at 188:17–20, 197:13–17.

43. ████████████████████████████████

████████████████████████████████ Ex. 11 (Zagal

Rebuttal Rpt.) at 13.

44. ████████████████████████████████

████████████████ Ex. 4 (Chafkin Dep.) at 80:16–81:24; Ex. 8 (Paradise Dep.)

at 188:17–20, 197:13–17.

45. ████████████████████████████████

████████████████████████████████████

████████████████ Ex. 4 (Chafkin Dep.) at 79:7–17; Ex. 8 (Paradise Dep.) at

188:21–189:10, 332:23–333:3.

46. ████████████████████████████████

████████████████████████████████████

████████████████████ Ex. 10 (Paiz Dep.) at 304:11–22,

330:14–331:8.

47. ██████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████  Ex. 4 (Chafkin Dep.) at 222:6–21; Ex. 8 (Paradise Dep.) at 330:18–25.

48. ██████████████████████████████████████████

████████████████████████████████████████████████████

██████  Ex. 10 (Paiz Dep.) at 296:13–19, Paiz Decl. ¶¶ 6–7 & Ex. A.

49. ██████████████████████████████████████████

████████████████████████████  Ex. 10 (Paiz Dep.) at 301:11–24.

50. ██████████████████████████████████████████

██████  Ex. 11 (Zagal Rebuttal Rpt.) at 7.

51. ██████████████████████████████████████████

████████████████████████████████  Ex. 7 (Skillz's Response to

Papaya RFAs) No. 15; Ex. 8 (Paradise Dep.) 212:7–11, 393:19–394:2.

52. ██████████████████████████████████████████

██████████████████████████  Ex. 8 (Paradise Dep.) 171:14–18,

218:10–14, 256:13–257:11; Ex. 4 (Chafkin Dep.) at 138:15–25.

53. ██████████████████████████████████████████

██████████████████████████  Ex. 8 (Paradise Dep.) at 208:8–11, 257:1–11; Ex. 4

(Chafkin Dep.) at 132:13–133:7.

54. ██████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████

Ex. 46 (SKILLZ_PAPAYA00000790) at -794.

    55.    ██████████████████████████████████ Ex. 4 (Chafkin Dep.) at 127:21–22.

    56.    ██████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████ Ex. 8 (Paradise Dep.) at 218:11–13, 256:13–257:11; Ex. 4 (Chafkin Dep.) at 138:15–25.

    57.    ██████████████████████████████████████

██████████████████ Ex. 4 (Chafkin Dep.) at 132:20–22.

    58.    ██████████████████████████████████████

██████████████████ Ex. 4 (Chafkin Dep.) at 132:23–24.

    59.    ██████████████████████████████████████

██████████████████████ Ex. 4 (Chafkin Dep.) at 158:11–15; Ex. 8 (Paradise Dep.) at 211:8–12.

    60.    ██████████████████████████████████████

████████████████████ Ex. 8 (Paradise Dep.) at 255:2–14; Ex. 12 (SKILLZ_PAPAYA00002548) at -2550–52; Ex. 13 (SKILLZ_PAPAYA00022295).

    61.    ██████████████████████████████████████

██████████████████████ Ex. 8 (Paradise Dep.) at 213:24–214:11, 215:25–216:3; Ex. 14 (SKILLZ_PAPAYA00015068); Ex. 15 (SKILLZ_PAPAYA00012341).



62. ██████████████████████████████████████

████████████████████████████████████████████

█████████ Ex. 4 (Chafkin Dep.) at 141:9–24.

63. ███████████████████████████████████████

████████████████████████████████████████ Ex 8

(Paradise Dep.) at 209:2–210:2; Ex. 4 (Chafkin Dep.) at 141:9–24.

64. ██████████████████████████████████ Ex. 4

(Chafkin Dep.) at 192:12–195:3; Ex. 15 (SKILLZ_ PAPAYA000012341).

65. ███████████████████████████████████████

████████████████████████████████████████████

█████████ Ex. 8 (Paradise Dep.) at 257:24–258:8, 406:13–21; Ex. 4 (Chafkin Dep.) at

297:12–298:15; Ex. 10 (Paiz Dep.) at 64:19–22, 125:17–19, 334:12–335:5; Ex. 16 (Peleg Dep.) at

56:13–14, 84:17–20, 119:1–2; Ex. 17 (Glory Dep.) at 126:18–127:6, 140:18–23, 145:15–146:13.

66. ██████████████████████████████████████

█████████████████████████████████████████ Ex. 19

(SKILLZ_PAPAYA00022165) at -166:

    a. ████████████████████████████████████

████████████████████████████████████████████

████████ Ex. 19 (SKILLZ_PAPAYA00022165) at -166.

---

[2] ████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████ Ex. 18 (Papaya's January 31, 2025 Second Supplemental Responses and Objections to Skillz's
Interrogatory Nos. 5–6) at General Objection No. 4.

b.   Vanous

Decl. ¶¶ 6–9; Ex. 19 (SKILLZ_PAPAYA00022165) at -166.

67. Ex. 19 (SKILLZ_PAPAYA00022165) at -166.

68. Ex. 19 (SKILLZ_PAPAYA00022165) at -166.

69. Ex. 4 (Chafkin Dep.) at 299:7– 300:6.

70. Ex. 4 (Chafkin Dep.) at 116:10–17.

71. Ex. 4 (Chafkin Dep.) at 116:25–117:2.

72. Ex. 4 (Chafkin Dep.) at 117:3–5.

73. ███████████████████████████████████

██████████████████████████████████████████

███ Ex. 4 (Chafkin Dep.) at 310:7–23.

74. ███████████████████████████████████

Boeckle Decl. ¶ 6.

75. ███████████████████████████████████

███████████████████████████████████ Boeckle

Decl. ¶ 7.

76. ███████████████████████████████████

████████████████████ Boeckle Decl. ¶ 8.

77. ███████████████████████████████████

████████████ Boeckle Decl. ¶ 9.

78. ███████████████████████████████████

Boeckle Decl. ¶ 10; Ex. 4 (Chafkin Dep.) at 272:3–6.

79. ███████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

Ex. 7 (Skillz's Response to Papaya RFAs) Nos. 105–06; Boeckle Decl. ¶ 10.

80. ███████████████████████████████████

████████████████████████████ Boeckle Decl. ¶ 11 & Ex. A.

81. ███████████████████████████████████

████████████████████████████████████ Boeckle Decl. Ex. A.

82. ███████████████████████████████████████████████
███████████████████████████████ Boeckle Decl. Ex. A.

83. ███████████████████████████████████████████████
███████████████████████████ Boeckle Decl. Ex. A.

84. ███████████████████████████████████████████████
██████████████████████████ Boeckle Decl. Ex. A.

85. ██████████████████████████████████████████ Ex. 7 (Skillz's
Response to Papaya RFAs) No. 76.

86. ██████████████████████████████████████████████ Ex. 7
(Skillz's Response to Papaya RFAs) No. 77.

87. ████████████████████████████████████████████████████ Ex.
4 (Chafkin Dep.) at 211:8–17.

88.    At times, when a player opened a Skillz gaming app, a screen would appear showing the phrases "COMMITTED TO FAIR PLAY," "Match with REAL PLAYERS of equal skill," "REAL CASH PRIZES with easy withdrawals," and "Play real people, NO BOTS, guaranteed!" Ex. 4 (Chafkin Dep.) at 38:3–25; Ex. 20 (SKILLZ_PAPAYA00011077).

89. ████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
████████████████ Ex. 4 (Chafkin Dep.) at 41:25–42:23 & Ex. 11.

90. ████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████ Ex. 4 (Chafkin Dep.) at 43:6–44:5 & Ex. 12.

91. ███████████████████████████████████████████

██████████████████████████████████ Ex. 8 (Paradise Dep.) at 225:16–

226:6; Ex. 4 (Chafkin Dep.) at 86:13–87:19; Ex. 10 (Paiz Dep.) at 145:2–10.

92.     Skillz informs players that when they seek an opponent for a match, "a potential

side effect of the way that we match" is that "[i]f for some reason we can't find a worthy opponent

for you within 7 days, the tournament will be automatically canceled and your cash or Z entry fee

will be refunded." Ex. 21 (*Why Are Some of My Games Pending or Canceled?*, SKILLZ

SUPPORT, https://support.skillz.com/hc/en-us/articles/204372915-Why-are-some-of-my-games-

pending-or-canceled (last visited June 27, 2025)).

93.     Skillz uploaded a post to Facebook on October 1, 2023 that read, in part, "To our

player community at Skillz, there is an unwavering commitment that we hold close to our hearts,

the unwavering assuredness of fairness. This principle guides us in all that we do, and it is our

solemn promise that Skillz will never ever employ Bots." Ex. 4 (Chafkin Dep.) at 296:15–297:5;

Ex. 22 (PGSKZ-001-00000333).

94. ███████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████ Ex. 8 (Paradise Dep.) at 162:8–164:12; Ex. 23 (Paiz Dep. Ex. 59).

95.     Skillz had a video advertisement for Solitaire Cube that asks the question, "Reliably

Cash Out At Anytime Instead of Getting Scammed?" followed by a human clicking "Yes." Ex. 4

(Chafkin Dep.) at 268:14–270:2; Ex. 24 (PGSKZ-001-00000349).

96.     Skillz informs customers that Skillz takes "extra steps and security precautions" before approving withdrawal requests and takes "time to review gameplay and account histories, along with having a sophisticated fraud-detection system in place" "[i]n order to ensure fair competition," which is a process that might result in a player not receiving their withdrawal into their banking account for up to 4–6 weeks. Ex. 25 (*Why Does It Take 4–6 Weeks to Receive My Withdrawal?*, SKILLZ SUPPORT, https://support.skillz.com/hc/en-us/articles/204372895-Why-does-it-take-4-6-weeks-to-receive-my-withdrawal (last visited June 27, 2025)).

97.  Ex. 26 (SKILLZ_PAPAYA00008557); Ex. 4 (Chafkin Dep.) at 280:11–284:8.

98.     Ex. 4 (Chafkin Dep.) at 284:19–21; Ex. 16 (Peleg Dep.) at 183:2–21.

99.     Ex. 1 (Bergman Rpt.) ¶ 44.

100.     Ex. 1 (Bergman Rpt.) ¶ 59.

101.     Ex. 1 (Bergman Rpt.) ¶ 64.

## UNDISPUTED MATERIAL FACTS ABOUT PAPAYA

102.     Papaya's Rule 26(a) Initial Disclosures in this Action identify only Oriel Bachar, Andrey Birman, Alex Liakhovetsky, and Uri Pearl Stein as "individuals who are likely to have

discoverable information that Papaya may use to support claims and defenses." Ex. 27 (Papaya Initial Disclosures) at 3–5.

103.    Papaya's Rule 26(a) Initial Disclosures in this Action identify only Oriel Bachar, Andrey Birman, and Alex Liakhovetsky as "individuals who are likely to have discoverable information" concerning "[h]arm to Papaya caused by Skillz's conduct and activities as set forth in [Papaya's] Counterclaims." Ex. 27 (Papaya Initial Disclosures) at 3–5.

104.     Ex. 28 (Papaya's Sept. 5, 2024 Response to Skillz's Interrogatories) No. 1; Ex. 29 (Papaya's Mar. 31, 2025 Response to Skillz's Interrogatories) No. 17.

105.    Ex. 28 (Papaya's Sept. 5, 2024 Response to Skillz's Interrogatories) No. 2.

106.    All five of Papaya's fact witnesses with personal knowledge about Skillz's claims, Papaya's defenses to those claims, and Papaya's counterclaims in this Action asserted their Fifth Amendment rights in response to all questions concerning the claims, counterclaims, and defenses in this Action. *See generally* Ex. 30 (Bachar Dep.); Ex. 31 (Birman Dep.); Ex. 32 (Liakhovetsky Dep.); Ex. 33 (Stein Dep.); Ex. 34 (Zvik Dep.).

107.    

*See generally* Ex. 30 (Bachar Dep.); Ex. 31 (Birman Dep.); Ex. 32 (Liakhovetsky Dep.); Ex. 33 (Stein Dep.); Ex. 34 (Zvik Dep.).

108.    

*See generally* Ex. 30 (Bachar Dep.); Ex. 31 (Birman Dep.); Ex. 32 (Liakhovetsky Dep.); Ex. 33 (Stein Dep.); Ex. 34 (Zvik Dep.).

109.    

Ex. 30 (Bachar Dep.) at 89:3–7; Ex. 31 (Birman Dep.) at 168:9–13; Ex. 32 (Liakhovetsky Dep.) at 124:16–125:3; Ex. 33 (Stein Dep.) at 168:1–169:7; Ex. 34 (Zvik Dep.) at 158:21–160:1.

110.    Papaya was founded in 2016. Compl. ¶ 40; Answer ¶ 40.

111.    Papaya Gaming, Ltd. is a foreign limited liability company with its principal place of business in Tel Aviv-Yafo, Israel. Compl. ¶ 9; Answer ¶ 9.

112.    Papaya Gaming, Inc. is a Delaware corporation. Compl. ¶ 10; Answer ¶ 10.

113.    

Ex. 2 (Revah Dep.) at 23:12–13.

114.    Oriel Bachar is Papaya's Chief Executive Officer & Co-Founder. Ex. 27 (Papaya Initial Disclosures) at 3.

115.    Andrey Birman is Papaya's Chief Technology Officer & Co-Founder. Ex. 27 (Papaya Initial Disclosures) at 3.

116.    Alex Liakhovetsky is Papaya's Vice President, Research & Development. Ex. 27 (Papaya Initial Disclosures) at 3.

117.    ██████████████████████████████████████ Ex. 33 (Stein Dep.) at 7:14–15.

118.    ██████████████████████████████████████████ Ex. 35 (Zvik Dep. Ex. 2).

119.    ██████████████████████████████ Ex. 2 (Revah Dep.) at 10:16–17.

120.    ██████████████████████████████ Ex. 2 (Revah Dep.) at 10:21–22.

121.    ██████████████████████████████████████████████

████████ Ex. 2 (Revah Dep.) at 11:2–10.

122.    ████████████████████████ Ex. 2 (Revah Dep.) at 22:7–8.

123.    Papaya's gaming applications are available for free download on the Apple App Store and the Samsung Galaxy Store. Compl. ¶ 44; Answer ¶ 44.

124.    Papaya offers games, including "Solitaire Cash," "21 Cash," "Bingo Cash," and "Bubble Cash," in which players can compete to win cash prizes. Compl. ¶¶ 3, 41; Answer ¶¶ 3, 41.

125.    ██████████████████████████████████████

████████████████████████████████████████

████████████████████ Ex. 36 (PGSKZ-010-00001778) at -1783, -1785, -1792, -1795.

126.    Papaya's games offer multiplayer tournaments in which players can compete against more than one opponent at a time, including up to 20 players or more. Compl. ¶ 52; Answer ¶ 52.

127. ████████████████████████████████████████████ Ex. 11 (Zagal Rebuttal Rpt.) at 11–12.

128.    Papaya's multi-player tournaments may involve larger cash prizes for the same entry fee than two-player, head-to-head matches. Compl. ¶ 53; Answer ¶ 53.

129.    Players in Papaya's cash-entry games typically pay cash entry fees. Compl. ¶¶ 54, 104; Answer ¶¶ 54, 104.

130.    Prior to any cash-entry competition or tournament, Papaya discloses the number of players and the prize pool. Answer ¶ 54; Ex. 2 (Revah Dep.) at 54:19–24.

131.    Papaya claims to use a matchmaking algorithm to match players according to their relative skill levels to compete in tournaments on Papaya's platform. Compl. ¶ 56; Answer ¶ 56.

132.    Papaya's multiplayer tournaments require more players to populate the tournament than head-to-head, two-player matches would require. Compl. ¶ 56; Answer ¶ 56.

133.    Papaya does not offer a chat function to players on its platform. Compl. ¶ 70; Answer ¶ 70; Ex. 37 (Papaya's Response to Skillz RFAs) No. 50.

134.    Papaya does not offer a function for users on its platform to access a competitor's gaming history. Compl. ¶ 71; Answer ¶ 71; Ex. 37 (Papaya's Response to Skillz RFAs) No. 52.



135. ████████████████████████████████████████████
████████████████████████████ Ex. 2 (Revah Dep.) at 22:20–23:1.

136. ████████████████████████████████████ Ex. 2 (Revah Dep.) at 22:20–23:4.

137. ████████████████████████████████████████████
████████████████████████████ Ex. 2 (Revah Dep.) at 23:5–10.

138. 

Ex. 38 (Papaya's Response to Skillz RFAs) Nos. 8–9, 11.

139. Ex. 38 (Papaya's Response to Skillz RFAs) No. 4.

140. Ex. 39 (Zagal Rpt.) at 16.

141. Ex. 2 (Revah Dep.) at 24:1–2; Ex. 6 (Heeb Rpt.) at 147.

142. Ex. 2 (Revah Dep.) at 24:3–4; Ex. 6 (Heeb Rpt.) at 147.

143. Ex. 2 (Revah Dep.) at 24:15–16; Ex. 6 (Heeb Rpt.) at 147.

144. Ex. 2 (Revah Dep.) at 24:17–18; Ex. 6 (Heeb Rpt.) at 147).

145. Ex. 6 (Heeb Rpt.) at 147.

146. Ex. 2 (Revah Dep.) at 130:10–12.

147. Ex. 40 (PGSKZ-006-00000681).



148. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ex. 2 (Revah Dep.) at 130:13–16.

149. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ex. 2 (Revah Dep.) at 130:17–20.

150. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮ Ex. 2 (Revah Dep.) at 28:21–29:3, 31:20–32:14.

151. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ex. 2 (Revah Dep.) at 29:7–11, 33:16–20.

152. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮ Ex. 2 (Revah Dep.) at 35:24–36:2.

153. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮ Ex. 2 (Revah Dep.) at 29:8–9, 170:21–171:1; 174:20–175:3, 175:21–24; Ex. 40 (PGSKZ-006-00000681); Ex. 41 (PGSKZ-007-00000423).

154. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮ Ex. 2 (Revah Dep.) at 97:11–98:9; Ex. 42 (PGSKZ-006-00001202).

155. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮ Ex. 40 (PGSKZ-006-00000681).



156. ████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████ Ex. 2 (Revah Dep.) at 43:15–44:4.

157. ████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████ Ex. 2 (Revah Dep.) at 44:5–7,

44:19–45:11.

158. ████████████████████████████████████████████

████████████ Ex. 2 (Revah Dep.) at 50:19–21.

159. ████████████████████████████████████████████

██████████████████████ Ex. 2 (Revah Dep.) at 143:16–144:19.

160. Papaya has advertised its tournaments as "fair." Compl. ¶¶ 3, 100; Answer ¶¶ 3, 100.

161. Papaya has advertised its tournaments as skill-based and "games of skill." Compl. ¶¶ 4, 98, 101; Answer ¶¶ 4, 98, 101.

162. Papaya has advertised that, in its tournaments, the "[w]inners are determined solely by [] objective criteria." Compl. ¶ 4; Answer ¶ 4.

163. Papaya has advertised that it has "no vested interest in who wins or loses" its tournaments. Compl. ¶ 4; Answer ¶ 4.

164. Papaya has advertised that it does not "profit on the outcome of a Tournament that [it] provide[s]." Compl. ¶ 4; Answer ¶ 4.

165. Papaya has advertised that its games are "played by players." Compl. ¶ 67; Answer ¶ 67.

166.    Papaya advertises that its games are for players who are 18 years of age or older. Compl. ¶ 4; Answer ¶ 4.

167.    Papaya has advertised that it prohibits the "[u]se of robotic, mechanical, or other forms of pre-programmed entry method." Compl. ¶ 5; Answer ¶ 5.

168.    Papaya has advertised that it bans "any form of gambling." Compl. ¶ 5; Answer ¶ 5.

169.    The FAQ page on Papaya's Solitaire Cash website has stated, "Is Solitaire Cash legal? Yes. Solitaire Cash isn't considered gambling as the outcome of our Tournaments is based on the skill of the players, rather than luck or chance. Solitaire Cash has no vested interest in who wins or loses, nor does it profit on the outcome of a Tournament that we provide. We are solely in the business of creating and managing Tournaments." Compl. ¶ 59; Answer ¶ 59.

170.    The Apple App Store preview page for Papaya's 21 Cash has stated, "You'll be matched with other players within the same skill level, and get the exact same card deck as them—so the game is totally fair and skill-based." Compl. ¶ 61; Answer ¶ 61.

171.    The Apple App Store preview page for Papaya's Bingo Cash has stated, "You'll be matched with other players within the same skill level, and you will get and see the same balls & cards—so the game is totally fair and skill-based." Compl. ¶ 62; Answer ¶ 62.

172.    The Apple App Store preview page for Papaya's Bubble Cash has referred to the game as a "multiplayer game" that leverages players' "skills," and where "[a]ll users receive the same layout." Compl. ¶ 63; Answer ¶ 63.

173.    The "Help" section on Papaya's Solitaire Cash app has stated that it "match[es] players against others with a similar skill level to ensure a fun and fair experience for everyone. The matchmaking becomes more accurate the more you play, as the algorithm learns your skill

better. It's important to note that we cannot actively alter or manage the matchmaking manually—the algorithm is completely automated." Compl. ¶ 65; Answer ¶ 65.

174.    The "Help" section on Papaya's Solitaire Cash app has stated that Papaya takes "time to review gameplay and account logs to ensure fairness at all times, prevent fraudulent activities, and protect all of our players' funds." Compl. ¶ 66; Answer ¶ 66.

175.    ███████████████████████████████████████████████

████████████ Ex. 43 (Stein Dep. Ex. 27 (screenshot of PGSKZ-001-00000001)).

176.    ███████████████████████████████████████████████

████████████ Ex. 44 (Stein Dep. Ex. 29 (screenshot of PGSKZ_001_00000054)).

177.    ████████████████████████████████████████████████ Ex.

2 (Revah Dep.) at 51:3–11, 52:13–53:5, 67:2–15, 79:15-80:5; Compl. ¶ 77; Answer ¶ 77.

178.    ███████████████████████████████████████████████

████████████ Ex. 2 (Revah Dep.) at 51:3–11, 67:2–15; Compl. ¶ 77; Answer ¶ 77; Ex. 45 (*Terms of Use*, PAPAYA GAMING, https://www.papaya.com/terms-of-use (last visited June 27, 2025)).

179.    ███████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████ Ex. 47 (PGSKZ-007-00008045).

180.    Papaya's December 27, 2023 Terms of Use stated in part, "All competitions and tournaments offered on the Services are games of skill. Winners are determined solely by the objective criteria described in the Rules, including without limitation, scoring and any other applicable documentation associated with the competitions. The individuals who better use their relevant skill and knowledge and accumulate the highest scores will be the winner(s). The Services may not be used for any form of gambling." Compl. ¶ 77; Answer ¶ 77.

181.    The Papaya Promotion Rules have stated in part, "Use of robotic, mechanical or other forms of pre-programmed entry methods is strictly prohibited. Entrants may not use such manipulation tools and Papaya reserves the right (in its sole discretion), from time to time, to implement entry processes that may frustrate or prohibit such automated entry; provided, however, that no entrant in any Promotion may rely upon or insist upon Papaya's failure or refusal to take any of the foregoing actions or to determine, in its sole discretion, that one entrant's entry should be discounted because another entrant's entry was or vice versa. Unless otherwise specifically allowed with respect to any Promotion, you may not use multiple email addresses, accounts or identities or any other method in order to participate in any Promotion. Any use of automated system or any similar method to participate in any Promotion is strictly prohibited and may result in your disqualification from the Promotion and/or future use of the Services. The person to whom the email address was assigned by the applicable operator shall be deemed as the owner of such email address." Compl. ¶ 93; Answer ¶ 93.

182.    Papaya marketing and advertising materials have referred to "players" and "individuals" as the only types of participants in its Tournaments. Compl. ¶ 102; Answer ¶ 102.

183.    ████████████████████████████████████████████████ ████████████████████████████████████████ Ex. 48 (PGSKZ-006-00002636); Ex. 49 (PGSKZ-006-00002753); Ex. 50 (PGSKZ-006-00003220); Ex. 2 (Revah Dep.) at 80:21–81:2.

184.    ████████████████████████████████████████████████ ████████████████████████████████████ Ex. 58 (PGSKZ-007-00002984; Ex. 59 (PGSKZ-006-00000103).

185.    ████████████████████████████████████████████████ ████████████████████████████████████████████████

███████████████████████ Ex. 51 (PGSKZ-007-00012728); Ex. 52 (PGSKZ-010-00011748); Ex. 53 (PGSKZ-010-00012440).

186.    ████████████████████████████████████████████

████████████████████████████████████████ Ex. 2 (Revah Dep.) at 189:16–19; Ex. 54 (PGSKZ-003-00000155) at -159, -165; Ex. 55 (PGSKZ-003-00000194); Ex. 56 (PGSKZ-010-00000219) at -220.

187.    ████████████████████████████████████████████

█████████████████ Ex. 57 (PGSKZ-012-00000001).

188.    Papaya stated in a May 19, 2023 blog post that it had "over 50,000 daily downloads." Compl. ¶ 43; Answer ¶ 43.

Date:  June 27, 2025
       New York, New York

Respectfully submitted,

KING & SPALDING LLP

By: */s/ Craig Carpenito*
Craig Carpenito
ccarpenito@kslaw.com
Amy Nemetz
anemetz@kslaw.com
Curtis R. Crooke
curtis.crooke@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036-2601
Tel: (212) 556-2100
Fax: (212) 556-2222

Lazar P. Raynal (*pro hac vice*)
lraynal@kslaw.com
Michael A. Lombardo (*pro hac vice*)
mlombardo@kslaw.com
KING & SPALDING LLP
110 N. Wacker Drive
Suite 3800
Chicago, IL 60606
Tel: (312) 995-6333
Fax: (312) 995-6330

*Attorneys for Skillz Platform Inc.*