# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

June 27, 2025

Granted.

/s/ Denise Cote
6/30/25

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
500 Pearl Street, Room 1910
New York, NY 10007

Re:   *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
      **No. 1:24-cv-01646 (S.D.N.Y.)**

Dear Judge Cote:

      Pursuant to Rule 8.B of the Court's Individual Practices in Civil Cases and the Court's order concerning sealing of today's filings (ECF No. 413), we write on behalf of Plaintiff and Counterclaim-Defendant Skillz Platform Inc. ("Skillz") concerning filing under seal Skillz's forthcoming Motion for Summary Judgment, omnibus *Daubert* Motion, and attached Declarations and Exhibits.

      Specifically, Skillz's Motion for Summary Judgment, 56.1 Statement, Declarations, and attached Exhibits 1-8, 10-20, 22-24, 26, 28-44, and 46-63 contain and refer to material designated as Highly Confidential-Attorney's Eyes Only by Papaya Gaming, Ltd. and Papaya Gaming, Inc. (together, "Papaya") under the parties' joint and stipulated Protective Order (ECF No. 039).

      Similarly, Skillz's omnibus *Daubert* Motion, attached Declaration, and Exhibits A–I, L–P, and R–FF contain and refer to material designated as Highly Confidential-Attorney's Eyes Only under the Protective Order.

      Accordingly, Skillz hereby requests that it be permitted to submit full versions of its forthcoming Motion for Summary Judgment and *Daubert* Motion and attached Declarations and Exhibits under seal, pending the Courts' ruling on the parties' forthcoming sealing motions; and to file public versions redacting certain portions of the Motions and Declarations, and removing the exhibits specified above.

June 27, 2025
Page 2

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

/s/ Craig Carpenito
Craig Carpenito

Cc: All counsel of record (by ECF)