SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-3097
DIRECT FAX
(917) 777-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

July 11, 2025

**BY ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

RE:   *Skillz Platform Inc. v. Papaya Gaming, Ltd., et al.*, No. 1:24-cv-01646-DLC (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Papaya Gaming, Ltd. and Papaya Gaming, Inc. (collectively "Papaya") concerning filing under seal Papaya's forthcoming response letter regarding the proposed redaction and sealing of information in accordance with the Court's Order at ECF No. 413.

Papaya's letter refers to documents and information that Papaya and Skillz have designated as Confidential, Highly Confidential, and/or Highly Confidential Outside Counsel's Eyes Only under the Protective Order, ECF No. 39.

Accordingly, Papaya seeks leave to file an unredacted version of the letter under seal.

Respectfully submitted,

*/s/ Anthony J. Dreyer*
Anthony J. Dreyer

cc: Counsel of record (by ECF)