```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
                                           :    24cv1646(DLC)
SKILLZ PLATFORM INC.,                      :
                                           :       Order
                              Plaintiff,   :
             -v-                           :
                                           :
PAPAYA GAMING, LTD., et al.,               :
                                           :
                              Defendants.  :
                                           :
----------------------------------------- X
                                           :
PAPAYA GAMING, LTD., et al.,               :
                                           :
             Counterclaim Plaintiffs,      :
                                           :
             -v-                           :
                                           :
SKILLZ PLATFORM INC.,                      :
                                           :
             Counterclaim Defendant,       :
                                           :
             and                           :
                                           :
GOLDEN WOOD COMPANY, LTD.,                 :
                                           :
    Additional Counterclaim Defendant.     :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

This Order addresses the parties' requests for sealing or redactions of documents filed on June 27, 2025 in connection with motions for summary judgment and to exclude expert testimony. The requests and responses to the requests are reflected in letters of July 7, 8, 9, 10, and 11. It is hereby

ORDERED that the parties' requests to seal or redact information in the following categories are granted.

1. Nonpublic financial information and nonpublic user engagement data, as referenced in the defendants' July 7 letter and the plaintiff's July 8 letter.

2. Nonpublic business strategy information and data, including algorithms and game log data, as referenced in the defendants' July 7 letter and the plaintiff's July 8 letter. This category includes the parties' matchmaking systems, as referenced in the defendants' July 7 letter and the plaintiff's July 8 letter. This category may include nonpublic information regarding both current and past business strategy.

3. Nonpublic complaints by users, including related settlement agreements, as referenced in the defendants' July 7 letter.

IT IS FURTHER ORDERED that the parties' requests to seal or redact information in the following categories are denied.

1. References to witnesses' assertions of their Fifth Amendment rights, as referenced in the defendants' July 7 letter.

2. The defendants' admission of their historic use of bots, as referenced in the plaintiff's July 7 letter.

IT IS FURTHER ORDERED that the June 27 submissions and the letters of July 7, 8, and 11 shall be refiled on the public docket with redactions that are consistent with this Order. The

2

exhibits to the letters of July 7, 8, and 11 need not be refiled.

Dated:   New York, New York
         July 18, 2025

                                         _____
                                                           DENISE COTE
                                       United States District Judge