# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

July 18, 2025

*Granted.*
*Denise Cote*
*July 22, 2025*

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
500 Pearl Street, Room 1910
New York, NY 10007

Re: *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
No. 1:24-cv-01646-DLC (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of the Court's Individual Practices in Civil Cases, we write on behalf of Plaintiff and Counterclaim-Defendant Skillz Platform Inc. ("Skillz") concerning filing under seal Skillz's forthcoming Summary Judgment Oppositions, *Daubert* Oppositions, and attached Declarations and Exhibits.

Specifically, Skillz's Opposition to Papaya's Motion for Summary Judgment on Skillz's Claims, 56.1 Response and Counterstatement, Declaration(s), and attached Exhibits contain and refer to material designated by the parties as Highly Confidential-Attorney's Eyes Only under the parties' joint and stipulated Protective Order (ECF No. 039).

Skillz's Opposition to Papaya's Motion for Summary Judgment on Papaya's Counterclaims, 56.1 Response and Counterstatement, Declaration, and attached Exhibits contain and refer to material designated by the parties as Highly Confidential-Attorney's Eyes Only under the Protective Order.

Skillz's James Bergman *Daubert* Opposition, Declaration, and attached Exhibits contain and refer to material designated by the parties as Highly Confidential-Attorney's Eyes Only under the Protective Order.

July 18, 2025
Page 2

Skillz's Andreas Groehn *Daubert* Opposition, Declaration, and attached Exhibits contain and refer to material designated by the parties as Highly Confidential-Attorney's Eyes Only under the Protective Order.

Skillz's Jose Zagal *Daubert* Opposition, Declaration, and attached Exhibits contain and refer to material designated by the parties as Highly Confidential-Attorney's Eyes Only under the Protective Order.

Accordingly, Skillz hereby requests that it be permitted to submit full versions of its forthcoming Oppositions to Summary Judgment, *Daubert* Oppositions, and attached Declarations and Exhibits under seal, pending the Court's ruling on the parties' forthcoming sealing motions; and to file public versions redacting certain portions of the Motions and Declarations.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

/s/ Craig Carpenito
Craig Carpenito

Cc:   All counsel of record (by ECF)