SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001

TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
—
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-3097
DIRECT FAX
(917) 777-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

July 18, 2025

[handwritten: Granted – / Denise Cote / July 22, 2025]

**BY ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

RE: *Skillz Platform Inc. v. Papaya Gaming, Ltd., et al.*, No. 1:24-cv-01646-DLC (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Papaya Gaming, Ltd. and Papaya Gaming, Inc. (collectively "Papaya") concerning filing under seal Papaya's forthcoming filings in opposition to Skillz Platform Inc.'s ("Skillz") Motion for Summary Judgment and Omnibus Motion to Exclude Papaya's Experts.

Papaya seeks leave to file certain of its forthcoming briefs in opposition, supporting declarations, and exhibits thereto fully under seal and/or in redacted form. Papaya's proposed sealing of material set forth in today's filings is consistent with the Court's June 26 Order, ECF No. 413, and the parties' prior requests to maintain confidential information under seal, as set forth in detail in ECF Nos. 465, 466 and 470.

Papaya is further in receipt of the Court's July 18, 2025 Order providing additional guidance regarding sealing of materials. With the Court's permission, Papaya will refile materials in today's filing that are affected by the Court's Order (in addition to Papaya's June 27 submissions and letters of July 7, 8, and 11, as per the Court's Order) by July 25, 2025 on the public docket in a redacted form consistent with the Court's order.

We thank the Court for its time and attention to this matter.

Honorable Denise L. Cote
July 18, 2025
Page 2

                                              Respectfully submitted,

                                              */s/ Anthony J. Dreyer*
                                              Anthony J. Dreyer

cc: Counsel of record (by ECF)