SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

DIRECT DIAL
(212) 735-3097
DIRECT FAX
(917) 777-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

July 24, 2025

**BY ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

RE:     *Skillz Platform Inc. v. Papaya Gaming, Ltd., et al.*, No. 1:24-cv-01646-DLC (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Papaya Gaming, Ltd. and Papaya Gaming, Inc. (collectively "Papaya") concerning filing under seal Papaya's forthcoming letter regarding Skillz Platform Inc.'s ("Skillz") violation of the Court's July 18 sealing order, ECF No. 475, and the appended exhibits.

Papaya's letter and exhibits contain information that Papaya and Skillz have designated as Confidential, Highly Confidential, and/or Highly Confidential Outside Counsel's Eyes Only under the Protective Order, ECF No. 39.

Accordingly, Papaya seeks leave to file an unredacted version of the letter and exhibits under seal.

Respectfully submitted,

*/s/ Anthony J. Dreyer*
Anthony J. Dreyer

cc: Counsel of record (by ECF)