```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    24cv1646 (DLC)
SKILLZ PLATFORM INC.,                    :
                                         :         ORDER
                          Plaintiff,     :
              -v-                        :
                                         :
PAPAYA GAMING, LTD., et al.,             :
                                         :
                          Defendants.    :
                                         :
---------------------------------------- X
                                         :
PAPAYA GAMING, LTD., et al.,             :
                                         :
            Counterclaim Plaintiffs,     :
                                         :
              -v-                        :
                                         :
SKILLZ PLATFORM INC.,                    :
                                         :
            Counterclaim Defendant,      :
                                         :
              and                        :
                                         :
GOLDEN WOOD COMPANY, LTD.,               :
                                         :
    Additional Counterclaim Defendant.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Pursuant to the defendants' letter of July 24, it is hereby

ORDERED that the Clerk of Court shall seal the documents publicly filed by the plaintiff, Skillz Platform Inc., on July 18 and its re-filings of certain of those documents.

IT IS FURTHER ORDERED that in applying the guidance regarding sealing contained in the Order of July 18, in advance of the public filing of materials previously sealed or the

public filing of new documents for which the parties have requested sealing, the parties shall confer in an effort to resolve any disputes regarding materials that should remain sealed. Unresolved disputes may be raised with the Court.

Dated:   New York, New York
         July 25, 2025

                                          _____
                                              DENISE COTE
                                        United States District Judge