SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

WWW.SKADDEN.COM

DIRECT DIAL
(212) 735-3097
DIRECT FAX
(917) 777-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

August 8, 2025

**BY ECF**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

RE:    _Skillz Platform Inc. v. Papaya Gaming, Ltd., et al._, No. 1:24-cv-01646-DLC (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Papaya Gaming, Ltd. and Papaya Gaming, Inc. (collectively, **"Papaya"**) concerning the sealing of Papaya's forthcoming filings in further support of Papaya's Motion for Summary Judgment on Skillz Platform Inc.'s (**"Skillz"**) claims; Motion for Summary Judgment on Papaya's counterclaims; and Motions to Exclude Skillz's expert witnesses.

Papaya seeks leave to file certain of its forthcoming reply briefs, supporting declarations, and exhibits thereto fully under seal and/or in redacted form. The proposed sealed material in these filings is consistent with the categories of information that the Court permitted to be maintained under seal in its July 18, 2025 Order (ECF No. 475). Consistent with this Court's individual practices, Papaya will separately file redacted version of the same on the public docket.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

_/s/ Anthony J. Dreyer_
Anthony J. Dreyer

Granted.

_Denise Cote_
8/14/25

cc: Counsel of record (by ECF)