SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-3097
DIRECT FAX
(917) 777-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

October 7, 2025

**VIA ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

RE: *Skillz Platform Inc. v. Papaya Gaming, Ltd. et al.*, No. 1:24-cv-01646-DLC (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Your Honor's Individual Practice 4.G, we write on behalf of Papaya Gaming, Ltd. and Papaya Gaming, Inc. (collectively "Papaya") to notify the court that the following Papaya motions have been fully briefed for sixty (60) days:

1. Motion to Exclude Report and Testimony of Skillz Platform Inc.'s ("Skillz") Proposed Expert Dr. Andreas Groehn (ECF No. 414).

2. Motion to Exclude Report and Testimony of Skillz's Proposed Expert Jose Zagal (ECF No. 417).

3. Motion for Summary Judgment on Papaya's Counterclaims (ECF No. 422).

4. Motion to Exclude Report and Testimony of Skillz's Proposed Expert Jim Bergman (ECF No. 431).

5. Motion for Summary Judgment on Skillz's Claims (ECF No. 437).

Respectfully submitted,

*/s/ Anthony J. Dreyer*
Anthony J. Dreyer

cc: Counsel of record (by ECF)