```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
SKILLZ PLATFORM INC.,                     :
                                          :
                      Plaintiff,          :    24cv1646 (DLC)
            -v-                           :
                                          :         ORDER
PAPAYA GAMING, LTD., et al.,              :
                                          :
                      Defendants.         :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Opinions of October 27 and November 21, 2025, resolved the summary judgment motions concerning the claims and counterclaims in this case. While the motions to exclude the testimony of Papaya's gaming experts Randal Heeb and Cristoffer Holmgard, damages expert Jonathan Orszag, as well as Skillz's gaming expert Joseph Zagal remain outstanding, it is hereby

ORDERED that the parties shall immediately schedule private mediation to occur in **December 2025** or **January 2026**. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

Dated:    New York, New York
          November 21, 2025

                                          _____
                                                  DENISE COTE
                                          United States District Judge