# KIRKLAND & ELLIS LLP

Devora W. Allon, P.C.
To Call Writer Directly:
+1 212 446 5967
devora.allon@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

January 15, 2026

*Granted.*

*Denise Cote*

*1/16/26*

**VIA CM/ECF**

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

> Re:   *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.,*
>       Case No. 1:24-cv-01646

Dear Judge Cote:

We represent Defendant and Counterclaim-Plaintiff Papaya Gaming, Ltd. ("Papaya)" in connection with the above-captioned action. We write pursuant to Rule 8.B of the Court's Individual Practices in Civil Cases) to respectfully request leave to seal the Corrected Supplemental Report of Jonathan Orszag, dated January 15, 2026, attached as **Exhibit A** to Papaya's letter to the Court of the same date.

The report contains and refers to information designated as Highly Confidential – Attorneys' Eyes Only by Plaintiff and Counterclaim-Defendant Skillz Platform Inc. ("Skillz") under the parties' joint and stipulated Protective Order (ECF 39).

Pursuant to Your Honor's Individual Practices, we have provided Skillz's counsel with the unsealed report by email.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Devora W. Allon*
Devora W. Allon

Cc:   All counsel of record (via CM/ECF)

Austin  Bay Area  Beijing  Boston  Brussels  Chicago  Dallas  Frankfurt  Hong Kong  Houston  London  Los Angeles  Miami  Munich  Paris  Philadelphia  Riyadh  Salt Lake City  Shanghai  Washington, D.C.