UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

SKILLZ PLATFORM INC.,                :        24cv1646 (DLC)
                                     :
                    Plaintiff,       :        ORDER
          -v-                        :
                                     :
PAPAYA GAMING, LTD., et al.,         :
                                     :
                    Defendants.      :
                                     :
------------------------------------- X

DENISE COTE, District Judge:

     Having received the parties' letters of February 10, 2026,

it is hereby

     ORDERED that the conference scheduled for **February 12,**

**2026, at 11:00 AM** shall be held telephonically.  The parties

shall use the following dial-in credentials:

          Dial-in: 1-855-244-8681

          Access code: 2312 042 2648

The parties shall use a landline if one is available.

Dated:    New York, New York
          February 11, 2026

                                  _____
                                       DENISE COTE
                                  United States District Judge