UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :

SKILLZ PLATFORM INC.,               :

                                     :

                       Plaintiff,    :      24cv1646 (DLC)
        -v-                      :

                                     :      ORDER

PAPAYA GAMING, LTD., et al.,    :

                      Defendants.   :

                                     :

------------------------------------------ X

DENISE COTE, District Judge:

Opinions of February 12, 2026, resolved the motions to exclude the testimony of Papaya's gaming experts Randal Heeb and Cristoffer Holmgard, the rebuttal testimony of damages expert Jonathan Orszag, as well as the testimony of Skillz's gaming expert Joseph Zagal.  Trial on Skillz's claims against Papaya is set for April 13.  Accordingly, it is hereby

ORDERED that the parties shall meet and confer regarding the expert testimony the parties intend to present at trial and by **March 2, 2026,** present any disputes over the application of this Court's Opinions to expert witness testimony.

Dated:    New York, New York
           February 12, 2026

                                 _____
                                    DENISE COTE
                         United States District Judge