# KIRKLAND & ELLIS LLP

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Devora W. Allon, P.C.
To Call Writer Directly:
+1 212 446 5967
devora.allon@kirkland.com

Facsimile:
+1 212 446 4900

February 18, 2026

**VIA CM/ECF**

*Granted.*

*Denise Cote*

*2/19/26*

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re:    *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.,*
       Case No. 1:24-cv-01646

Dear Judge Cote:

We represent Defendant and Counterclaim-Plaintiff Papaya Gaming, Ltd. ("Papaya)" in connection with the above-captioned action. We write pursuant to Rule 8.B of the Court's Individual Practices in Civil Cases) to respectfully request leave to redact/seal certain portions of Papaya's February 18, 2026, Reply Memorandum in support of its Motion for Leave to Supplement the Report of Jonathan Orszag or, in the Alternative, for Entry of Final Judgment on Papaya's Counterclaims Under Rule 54(b).

The Reply refers to information designated as Highly Confidential – Attorneys' Eyes Only by Plaintiff and Counterclaim-Defendant Skillz Platform Inc. ("Skillz") under the parties' joint and stipulated Protective Order (ECF 39).

Pursuant to Your Honor's Individual Practices, we have enclosed unredacted versions of the aforementioned documents with the words, phrases, and paragraphs to be redacted highlighted. We have also provided Skillz's counsel with the unredacted materials by email.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Devora W. Allon*
Devora W. Allon

Cc:    All counsel of record (by ECF)