# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas 34th Floor
New York, New York 10036

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

March 2, 2026

*Granted.*
*Denise Cote*
*3/3/26*

**BY ECF**
The Honorable Denise L. Cote
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1910
New York, NY 10007

    Re:    *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.,*
             **No. 1:24-cv-01646-DLC (S.D.N.Y.)**

Dear Judge Cote,

    Pursuant to Rule 8.B. of Your Honor's Individual Practices in Civil Cases, we write jointly on behalf of Plaintiff Skillz Platform Inc. ("Skillz") and Defendants Papaya Gaming, Ltd. and Papaya Gaming Inc. (collectively, "Papaya") regarding the parties' forthcoming Joint Letter in Response to the Court's Order at ECF No. 612.

    Exhibits A–D of the forthcoming Letter constitute expert reports designated as Highly Confidential – Attorneys' Eyes Only under the parties' joint and stipulated Protective Order (ECF 39). Accordingly, the parties seek leave to file a version of the Letter omitting Exhibits A–D on the public docket, and a version of the Letter including Exhibits A–D under seal.

    The parties appreciate the Court's time and attention to this matter.

Respectfully submitted,

*/s/ Devora Allon*
Devora Allon
*Attorney for Papaya*

*/s/ Craig Carpenito*
Craig Carpenito
*Attorney for Skillz*

cc:    All Counsel of Record (via ECF)