# KIRKLAND & ELLIS LLP

Devora W. Allon, P.C.
To Call Writer Directly:
+1 212 446 5967
devora.allon@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

*[handwritten: Granted.
Denise Cote
3/3/26]*

March 2, 2026

**VIA CM/ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*, No. 1:24-cv-01646 (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Papaya Gaming, Ltd. and Papaya Gaming, Inc. (collectively, "Papaya") to request leave to redact/seal certain portions of Papaya's March 2, 2026 letter regarding the scope of expert testimony.

The letter refers to information designated as Highly Confidential – Attorney's Eyes Only by Plaintiff Skillz Platform Inc. ("Skillz") and Papaya under the parties' joint and stipulated Protective Order (Dkt. No. 39).

Pursuant to Your Honor's Individual Practices, we have enclosed unredacted versions of the aforementioned document with the words, phrases, and paragraphs to be redacted highlighted. We have also provided Skillz's counsel with the unredacted materials by email.

We thank the Court for its attention to this matter.

Sincerely,

*/s/ Devora W. Allon*
Devora W. Allon, P.C.

cc:   All counsel of record (by ECF)