# KIRKLAND & ELLIS LLP

Devora W. Allon, P.C.
To Call Writer Directly:
+1 212 446 5967
devora.allon@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

March 13, 2026

*Granted.*
*Denise Cote*
*3/18/26*

**VIA CM/ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
>        No. 1:24-cv-01646 (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Papaya Gaming, Ltd. and Papaya Gaming, Inc. (collectively, "Papaya") to redact/seal portions of Papaya's forthcoming Pretrial Memorandum of Law, Motions *in Limine*, and the accompanying Declaration of Argie Mina and the exhibits attached thereto.

The Memorandum of Law, Motions, and the exhibits attached to the Declaration contain and refer to information designated as Confidential, Highly Confidential, and/or Highly Confidential – Outside Counsel's Eyes Only by Plaintiff Skillz Platform Inc. ("Skillz") and Papaya under the parties' joint and stipulated Protective Order (ECF No. 39).

Pursuant to Your Honor's Individual Practices, we have enclosed unredacted versions of the aforementioned documents with the words, phrases, and paragraphs to be redacted highlighted. We have also provided Skillz's counsel with the unredacted materials by email.

We thank the Court for its attention to this matter.

Sincerely,

/s/ *Devora W. Allon*
Devora W. Allon, P.C.

cc:   All counsel of record (by ECF)