# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

*Granted.*

*Denise Cote*
*3/18/26*

March 13, 2026

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
500 Pearl Street, Room 1910
New York, NY 10007

> Re:   *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.,*
>       **No. 1:24-cv-01646 (S.D.N.Y.)**

Dear Judge Cote:

Pursuant to Rule 8.B of the Court's Individual Practices in Civil Cases, we write on behalf of Plaintiff Skillz Platform Inc. ("Skillz") concerning filing under seal Skillz's forthcoming Pretrial Memorandum of Law and the forthcoming Declaration of Craig Carpenito in support of Skillz's Motions *in Limine* Nos. 1–4.

Specifically, Skillz's Pretrial Memorandum of Law and Exhibits 1, 2, 7, and 9, and 11–19 of the Carpenito Declaration contain and refer to material designated as Highly Confidential-Attorney's Eyes Only under the parties' joint and stipulated Protective Order (ECF No. 39). The material at issue constitutes "nonpublic business strategy information and data," "the parties' matchmaking systems," and "nonpublic information regarding both current and past business strategy," all of which the Court has previously held warranted sealing (ECF No. 475).

Accordingly, Skillz seeks leave to file i) a redacted version of its Pretrial Memorandum of Law on the public docket and a highlighted version under seal; and ii) a version of the Carpenito Declaration omitting Exhibits 1, 2, 7, 9, and 11–19 on the public docket and a full version of the Carpenito Declaration under seal.

Pursuant to the Court's Individual Practices, we have provided Papaya's counsel with the full, unredacted materials by email.

Thank you for Your Honor's consideration of this matter.

March 13, 2026
Page 2

Respectfully submitted,


*/s/ Craig Carpenito*
Craig Carpenito

Cc:    All counsel of record (by ECF)