UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SKILLZ PLATFORM INC.,

                    Plaintiff,

-against-

PAPAYA GAMING LTD., et. al.,

                    Defendants.

No. 24-CV-1646 (DLC)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court understands from Judge Cote that counsel and a decision maker from the respective clients will appear for a settlement conference in courtroom 12A at 500 Pearl Street on Tuesday, March 24th at 9 AM. To the extent that a decision maker is unable to attend, he or she may participate telephonically through a device provided by counsel.

To the extent that counsel wish to bring in electronic devices, they should timely submit the attached electronic device order.

The Court will accept ex parte settlement statements of no greater than five single-spaced pages in 14-point type no later than close of business on Friday, March 20th.

**SO ORDERED.**

Dated:     March 18, 2026
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————————— x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING  DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

————————————————————————————————— x

       The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

       ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/ or the General Purpose Computing  Device(s)  (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

_____.

      ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

      The date(s) for which such authorization is provided is (are)_____.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*(Attach Extra Sheet If Needed)*

      The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

      SO ORDERED:

Dated:        _____

_____
United States Judge

Revised: July 1, 2019.