# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

*Granted.*
*Denise Cote*
*3/23/26*

March 20, 2026

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
500 Pearl Street, Room 1910
New York, NY 10007

Re:　*Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
　　　**No. 1:24-cv-01646 (S.D.N.Y.)**

Dear Judge Cote:

Pursuant to Rule 8.B of the Court's Individual Practices in Civil Cases, we write on behalf of Plaintiff Skillz Platform Inc. ("Skillz") concerning filing under seal i) Skillz's forthcoming Oppositions to Papaya's Pretrial Memorandum of Law and Papaya's Motions *in limine* Nos. 1–7, 9, and 10; and ii) the forthcoming Declaration of Craig Carpenito ("Carpenito Declaration") in support of Skillz's Oppositions to Papaya's Motions *in Limine* Nos. 1–10.

Specifically, the above-mentioned Oppositions and Exhibits 1–20 and 22–27 of the Carpenito Declaration contain and refer to material designated as Highly Confidential-Attorney's Eyes Only under the parties' joint and stipulated Protective Order (ECF No. 39). The material at issue constitutes "nonpublic business strategy information and data," "the parties' matchmaking systems," and "nonpublic information regarding both current and past business strategy," all of which the Court has previously held warranted sealing (ECF No. 475).

Accordingly, Skillz seeks leave to file i) redacted versions of the above-mentioned Oppositions on the public docket and highlighted versions under seal; and ii) a version of the Carpenito Declaration omitting Exhibits 1–20 and 22–27 on the public docket and a full version of the Carpenito Declaration under seal.

Pursuant to the Court's Individual Practices, we have provided Papaya's counsel with the full, unredacted materials by email.

March 20, 2026
Page 2

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

/s/ Craig Carpenito
Craig Carpenito

Cc:    All counsel of record (by ECF)