```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
SKILLZ PLATFORM INC.,                     :
                                          :
                    Plaintiff,            :        24cv1646 (DLC)
            -v-                           :
                                          :        MEMORANDUM
PAPAYA GAMING, LTD., et al.,              :        OPINION AND
                                          :          ORDER
                    Defendants.           :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

A jury trial in this Lanham Act case is scheduled to begin on April 13, 2026.  The parties dispute whether the plaintiff must make its CEO, Andrew Paradise, available to testify live.  Paradise lives in Las Vegas, Nevada, and was deposed.

Rule 32 speaks to the use of depositions in court proceedings.  Rule 32, Fed. R. Civ. P.  Rule 32(a)(4)(B), which concerns unavailable witnesses, holds that a "party may use for any purpose the deposition of a witness" if the court finds "that the witness is more than 100 miles from the place of hearing or trial or is outside the United States, unless it appears that the witness's absence was procured by the party offering the deposition."  This provision is not restricted to use of a deposition by an adverse party, as is true for other sections of Rule 32.  This provision applies, therefore, to a party's introduction at trial of his own deposition and a

corporate party's introduction of the depositions of its own officers and employees.  See New Pac. Overseas Grp. (USA) Inc. v. Excal Int'l Dev. Corp., No. 99 CIV. 2436 (DLC), 1999 WL 820560, at *1 (S.D.N.Y. Oct. 13, 1999) (collecting cases).

It is undisputed that Mr. Paradise qualifies as an unavailable witness for the purposes of Rule 32.  Accordingly, Skillz will not be required to make Mr. Paradise available to testify live.

## Conclusion

The defendant's March 13, 2026 request to require the plaintiff to make its CEO available to testify live at trial is denied.

Dated:    New York, New York
          March 23, 2026

_____
DENISE COTE
United States District Judge

2