UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SKILLZ PLATFORM INC.,                    :          24cv1646 (DLC)
                                         :
                         Plaintiff,      :             ORDER
              -v-                        :
                                         :
PAPAYA GAMING, LTD., et al.,             :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

      Having received the defendants' letter of March 23, 2026,

it is hereby

      ORDERED that the plaintiff shall file a response by **March

26, 2026.**

Dated:    New York, New York
          March 24, 2026

                                    _____
                                         DENISE COTE
                                    United States District Judge