# KIRKLAND & ELLIS LLP

601 Lexington Avenue
New York, NY 10022
United States

Devora W. Allon, P.C.
To Call Writer Directly:
+1 212 446 5967
devora.allon@kirkland.com

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

March 23, 2026

**By eFile**

*Granted.* — CK

*Denise Cote*
3/24/26

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.,*
       No. 1:24-cv-01646 (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Papaya Gaming, Ltd. and Papaya Gaming, Inc. (collectively, "Papaya") concerning Papaya's letter regarding the testimony of certain Papaya witnesses. Papaya's letter contains information that Papaya has designated as Confidential Material under the Protective Order entered in this case. *See* ECF Nos. 153, 154. Accordingly, Papaya seeks leave to file its letter under seal.

We have informed Skillz that we are seeking leave to file the letter under seal. However, given the time sensitivity, we have filed this request for leave immediately following the notification to Skillz, so Skillz has not yet had the opportunity to respond whether it consents or opposes Papaya's request for leave to file its letter under seal.

Sincerely,

/s/ *Devora W. Allon*
Devora W. Allon, P.C.

cc:    All counsel of record (by ECF)