# KIRKLAND & ELLIS LLP

601 Lexington Avenue
New York, NY 10022
United States

Devora W. Allon, P.C.
To Call Writer Directly:
+1 212 446 5967
devora.allon@kirkland.com

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

March 26, 2026

**By eFile**

The Honorable Denise L. Cote
United States District Judge
500 Pearl Street
New York, NY 10007

Re:     *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
         No. 1:24-cv-01646 (S.D.N.Y.)

Dear Judge Cote:

We write to inform you that Papaya has stipulated to two issues to narrow the disputes for the motions *in limine* pending for tomorrow's pretrial conference. ***First***, Skillz's Motion *in Limine* No. 1 (Dkt. Nos. 648–649), seeks to preclude evidence related to, among other things, "Skillz's alleged bot usage." Dkt. No. 649 at 9. To resolve this issue, Papaya agrees not to offer evidence at trial related to Skillz's alleged bot usage. ***Second***, in opposing Papaya's Motion *in Limine* Nos. 6 and 7 (Dkt. Nos. 683–686), Skillz argues that evidence related to national origin bears on the "interstate commerce" element of Skillz's Lanham Act claim (Dkt. 725 at 1; Dkt. 727 at 1). To narrow the disputes for these two motions *in limine*, Papaya stipulates its statements were made in interstate commerce and agrees not to challenge this element of Skillz's Lanham Act claim.

Sincerely,

/s/ *Devora W. Allon*
Devora W. Allon, P.C.

cc:      All counsel of record (by ECF)