UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
SKILLZ PLATFORM INC.,                      :          24cv1646 (DLC)
                                           :
                        Plaintiff,         :          ORDER
           -v-                             :
                                           :
PAPAYA GAMING, LTD., et al.,               :
                                           :
                        Defendants.        :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

Five of Papaya's executives gave notice on the eve of their depositions in March 2025 that they would invoke their Fifth Amendment right against self-incrimination at their depositions. They did so at their depositions. Trial in this case is scheduled to begin on April 13, 2026. On March 23, Papaya notified Skillz that its five executives were withdrawing their invocation of the privilege and wished to testify at trial. Oral argument was heard on this application at today's final pretrial conference. Based on the record in this case, it is hereby

ORDERED that Papaya may call one of its five executives to testify at trial, on the condition that he submit to a pretrial deposition by Skillz at a time and place set by Skillz, with reasonable notice being given by Skillz of that time and place.

IT IS FURTHER ORDERED that the parties shall confer regarding which of the executives will testify at trial. If the

parties are unable to reach agreement, a telephonic conference will be held on **March 27, 2026** at **4:30 PM.** The parties shall use the following dial-in credentials:

Dial-in: 1-855-244-8681

Access code: 2312 042 2648

The parties shall use a landline if one is available.

Dated:     New York, New York
           March 27, 2026

_____
DENISE COTE
United States District Judge

2