# KIRKLAND & ELLIS LLP

Devora W. Allon, P.C.
To Call Writer Directly:
+1 212 446 5967
devora.allon@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

March 27, 2026

**By eFile**

*Granted.*
*Denise Cote*
*3/27/26*

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
       No. 1:24-cv-01646 (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Papaya Gaming, Ltd. and Papaya Gaming, Inc. (collectively, "Papaya") in support of Papaya's letter regarding the testimony of certain Papaya witnesses (ECF No. 765) and in response to Skillz's letter seeking preclusion of that testimony (ECF No. 771). Papaya's submission contains information that Papaya has designated as Confidential Material under the Protective Order entered in this case. *See* ECF No. 39. Accordingly, Papaya seeks leave to file its submission under seal.

Pursuant to the Court's Individual Practices, we have provided Skillz's counsel with the full, unredacted materials by email.

Sincerely,

/s/ *Devora W. Allon*
Devora W. Allon, P.C.

cc:    All counsel of record (by ECF)