# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Tel: +1 212 556 2100
www.kslaw.com

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

March 30, 2026

*Granted.*
*Denise Cote*
*3/30/26*

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
500 Pearl Street, Room 1910
New York, NY 10007

**Re:** *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.,*
**No. 1:24-cv-01646 (S.D.N.Y.)**

Dear Judge Cote:

Pursuant to Rule 8.B of the Court's Individual Practices in Civil Cases, we write on behalf of Plaintiff Skillz Platform Inc. ("Skillz") concerning filing under seal Skillz's forthcoming Motion for Reconsideration, Alternative Motion to Reopen Discovery and Continue Trial, and Declaration of Craig Carpenito.

The above-captioned forthcoming filings contain information that Papaya has designated as Confidential Material under the Protective Order entered in this case. *See* ECF Nos. 153, 154. Accordingly, Skillz seeks leave to file redacted versions of the Motions and Declaration on the public docket and full, highlighted versions, indicating the redactions, under seal.

Pursuant to the Court's Individual Practices, we have provided Papaya's counsel with the full, unredacted filings by email.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

*/s/ Craig Carpenito*
Craig Carpenito

Cc:     All counsel of record (by ECF)