UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SKILLZ PLATFORM INC.,                    :            24cv1646 (DLC)
                                         :
                            Plaintiff,   :            ORDER
            -v-                          :
                                         :
PAPAYA GAMING, LTD., et al.,             :
                                         :
                            Defendants.  :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

Having received the plaintiff's motions for reconsideration and, in the alternative, for reopening discovery and continuing trial, filed on March 30, 2026, it is hereby

ORDERED that a telephonic conference will be held on **March 30, 2026**, at **4:30 PM**. The parties shall use the following dial-in credentials:

> Dial-in: 1-855-244-8681

> Access code: 2312 042 2648

The parties shall use a landline if one is available.

Dated:    New York, New York
          March 30, 2026

                                    _____
                                         DENISE COTE
                                    United States District Judge