UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                             :

SKILLZ PLATFORM INC.,             :        24cv1646 (DLC)
                             :

                Plaintiff,   :        ORDER
       -v-                 :

PAPAYA GAMING, LTD., et al.,     :

               Defendants.  :

------------------------------------- X

DENISE COTE, District Judge:

In letters of April 1 and 2, 2026, the parties seek to file letter briefs under seal. To the extent the parties seek to redact material relating to the invocation of the Fifth Amendment privilege by the defendants' ("Papaya") executives and their withdrawal of that invocation, these issues have been addressed on the record in an Opinion filed today. The letter briefs addressing these issues are "judicial documents." See Giuffre v. Maxwell, 146 F.4th 165, 176 (2d Cir. 2025). Accordingly, it is hereby

ORDERED that the partes shall refile their submissions of April 1 and 2, 2026, in the public record with no redactions.

Dated:    New York, New York
         April 3, 2026

                                       _____
                                   DENISE COTE
                     United States District Judge