UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SKILLZ PLATFORM INC.,                    :        24cv1646 (DLC)
                                         :
                          Plaintiff,     :        ORDER
              -v-                        :
                                         :
PAPAYA GAMING, LTD., et al.,             :
                                         :
                          Defendants.    :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

At the final pretrial conference held on March 27, 2026, the parties agreed that each side would be given a 15 hour time limit at trial.  An Opinion of April 3 held that the plaintiff ("Skillz") may not offer evidence that any of the defendants' ("Papaya") witnesses invoked the Fifth Amendment privilege against self-incrimination and that the five Papaya executives who invoked their Fifth Amendment privilege may not testify. The Opinion also held that Papaya may not call Raz Revah, its Rule 30(b)(6) witness, to testify.  In light of this decision and other rulings made at the March 27 conference, it is hereby

ORDERED that the parties shall confer and indicate whether the time limits per side should be reduced to 12 hours each (not including summations).  The parties shall submit a letter with their joint or separate preferences by **April 7, 2026.**

IT IS FURTHER ORDERED that the parties shall file any remaining disputes over expert testimony or deposition

designations by **April 6, 2026.**

Dated:    New York, New York
          April 3, 2026

_____
                    DENISE COTE
          United States District Judge

2