```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
SKILLZ PLATFORM INC.,                      :        24cv1646 (DLC)
                                           :
                           Plaintiff,      :        ORDER
              -v-                          :
                                           :
PAPAYA GAMING, LTD., et al.,               :
                                           :
                           Defendants.     :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

At a final pretrial conference held in this Lanham Act litigation on March 27, 2026, the Court ruled on the parties' fourteen motions in limine. Trial is scheduled to begin on April 13, and the parties have presented remaining disputes regarding the admissibility of evidence. This Order addresses Papaya's request regarding redactions of offensive user names. Skillz has provided two sets of three documents reflecting the parties' proposed redactions. It is hereby

ORDERED that Papaya's requests for the redactions in Exhibits B, D and F are denied.

IT IS FURTHER ORDERED that Skillz's proposed redactions in Exhibits A and C are adopted. Skillz's proposed redactions in Exhibit E are granted in part. The Court will provide the parties with a copy of PX 624 reflecting further redactions that

must be made to any exhibit offered at trial.

Dated:    New York, New York
          April 8, 2026

                                    _____
                                            DENISE COTE
                                    United States District Judge