# KIRKLAND & ELLIS LLP

Devora W. Allon, P.C.
To Call Writer Directly:
+1 212 446 5967
devora.allon@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

April 6, 2026

**VIA CM/ECF**

*Granted.
[signature]
4/8/26*

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.,*
       No. 1:24-cv-01646 (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Papaya Gaming, Ltd. and Papaya Gaming, Inc. (collectively, "Papaya") to redact/seal portions of Papaya's forthcoming letters regarding remaining disputes over the Court's pretrial conference rulings, as well as the accompanying Declaration of Devora Allon and the exhibits attached thereto.

The letters and the exhibits attached to the Declaration contain and refer to information designated as Confidential, Highly Confidential, and/or Highly Confidential – Outside Counsel's Eyes Only by Plaintiff Skillz Platform Inc. ("Skillz") and Papaya under the parties' joint and stipulated Protective Order. *See* Dkt. No. 39. The material at issue concerns "nonpublic business strategy information and data," including "nonpublic information regarding both current and past business strategy" and "the parties' matchmaking systems," which the Court has previously held warranted sealing. *See* Dkt. No. 475. Additionally, certain sealed exhibits contain highly offensive and vulgar language that is of no interest at all to the public, as confirmed by the Court's ruling that this language will not be permitted at trial.

Pursuant to Your Honor's Individual Practices, we have enclosed unredacted versions of the aforementioned documents with the words, phrases, and paragraphs to be redacted highlighted. In certain cases, we have identified redactions using red boxes rather than highlights because the underlying documents were produced in a manner that does not allow highlighting (e.g., very low-contrast text on dark backgrounds). We have also provided Skillz's counsel with the unredacted materials by email.