# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

*Granted.*
*4/8/26*

April 7, 2026

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
500 Pearl Street, Room 1910
New York, NY 10007

> Re:  *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
> No. 1:24-cv-01646-DLC (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of the Court's Individual Practices in Civil Cases, we write on behalf of Plaintiff Skillz Platform Inc. ("Skillz") concerning filing under seal the parties' Joint Letter setting forth their positions concerning deposition designations and the exhibits attached thereto. Skillz inadvertently filed the Joint Letter on the public docket yesterday, Monday April 6, at ECF No. 845. The Court has temporarily sealed the filing, and Skillz seeks to re-file the Joint Letter and exhibits under seal.

The exhibits attached to the Joint Letter constitute full deposition transcripts from this in this case, including testimony concerning material designated as Highly Confidential-Attorney's Eyes Only under the parties' joint and stipulated Protective Order (ECF No. 39). The material at issue constitutes "nonpublic business strategy information and data," "the parties' matchmaking systems," and "nonpublic information regarding both current and past business strategy," which the Court has previously held satisfies the standard for sealing announced in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006) and has thus permitted the parties to seal (ECF No. 475).

Accordingly, Skillz seeks leave to file re-file a version of the Joint Letter including exhibits under seal and a version omitting exhibits on the public docket. Skillz further requests that ECF No. 845 remain permanently under seal.

Pursuant to the Court's Individual Practices, we have provided Papaya's counsel with the full, unredacted materials by email.

April 7, 2026
Page 2

       Thank you for Your Honor's consideration of this matter.

                                  Respectfully submitted,

                                  */s/ Craig Carpenito*
                                  Craig Carpenito

Cc:     All counsel of record (by ECF)