# KIRKLAND & ELLIS LLP

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Devora W. Allon, P.C.
To Call Writer Directly:
+1 212 446 5967
devora.allon@kirkland.com

Facsimile:
+1 212 446 4900

April 7, 2026

*Granted.*
*[signature]*
*4/8/26*

**VIA CM/ECF**

The Honorable Denise L. Cote
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
> No. 1:24-cv-01646 (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Papaya Gaming, Ltd. and Papaya Gaming, Inc. (collectively, "Papaya") to redact/seal portions of Papaya's forthcoming letter regarding Skillz's request to exclude numerous Papaya exhibits.

The letter contains and refers to information designated as Confidential, Highly Confidential, and/or Highly Confidential – Outside Counsel's Eyes Only by Plaintiff Skillz Platform Inc. ("Skillz") under the parties' joint and stipulated Protective Order. *See* Dkt. No. 39. The material at issue concerns Skillz's "nonpublic business strategy information and data," including "nonpublic information regarding both current and past business strategy" and "the parties' matchmaking systems," which the Court has previously held warranted sealing. *See* Dkt. No. 475; *see also* Dkt. No. 819 (requesting to seal the same information in Dkt. No. 846).

Pursuant to Your Honor's Individual Practices, we have enclosed unredacted versions of the aforementioned documents with the words, phrases, and paragraphs to be redacted highlighted. We have also provided Skillz's counsel with the unredacted materials by email.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Devora W. Allon*
Devora W. Allon, P.C.

cc:   All counsel of record (by ECF)