```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
SKILLZ PLATFORM INC.,                  :       24cv1646 (DLC)
                                       :
                     Plaintiff,        :          ORDER
          -v-                          :
                                       :
PAPAYA GAMING, LTD., et al.,           :
                                       :
                     Defendants.       :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

At a final pretrial conference held in this Lanham Act litigation on March 27, 2026, the Court ruled on the parties' fourteen motions in limine. Trial is scheduled to begin on April 13, and the parties have presented remaining disputes regarding the admissibility of evidence. This Order addresses Skillz's renewed application to offer evidence of its litigation against AviaGames ("Avia"), a competitor to both Skillz and Papaya.

Skillz seeks to offer evidence that it sued Avia concerning its bot use in its real-money skill-based ("RMSB") tournaments and that those lawsuits were resolved in a settlement. Skillz is concerned that Papaya will give the jury a false impression that Avia was able to grow its market share without the use of bots. Skillz explains as well, however, that it expects Papaya to offer evidence that Skillz was informed that Avia and Papaya were both employing bots. See DX 287. Among other things,

Papaya seeks to offer evidence that Skillz settled the litigation with Avia in a way that permits Avia to continue to use at least a certain kind of bot in its games, that is, one in which a player is matched with another player's historical playthrough for the purposes of determining the outcome of a game.

It is undisputed that evidence regarding Avia's market share is important to the calculation of damages.  Skillz has not shown, however, that evidence of Skillz's litigation against Avia is relevant in this litigation.  Any minimal probative value of such evidence is substantially outweighed by the Rule 403 factors, including the waste of the jury's time that would be involved in an exploration of the history of and issues at stake in the Avia litigation.  The Avia litigation included a patent and a copyright lawsuit, a jury verdict, and a post-verdict settlement.  It included as well sanctions litigation involved with the discovery of Avia's use of bots.  Accordingly, it is hereby

ORDERED that Skillz's renewed application to offer evidence of its litigation with Avia is denied.  Should Papaya offer evidence, however, that creates a false impression with the jury, it may renew its application or seek a curative

instruction.

Dated:     New York, New York
           April 8, 2026

                                    _____
                                    DENISE COTE
                                    United States District Judge