```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
SKILLZ PLATFORM INC.,                      :        24cv1646 (DLC)
                                           :
                          Plaintiff,       :           ORDER
              -v-                          :
                                           :
PAPAYA GAMING, LTD., et al.,               :
                                           :
                          Defendants.      :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

At a final pretrial conference held in this Lanham Act litigation on March 27, 2026, the Court ruled on the parties' fourteen motions in limine.  Trial is scheduled to begin on April 13, and the parties have presented remaining disputes regarding the admissibility of evidence.  This Order addresses the parties' requests to have paralegals introduce each other's business records.

Skillz seeks to have a paralegal from its outside counsel's law firm read portions of Papaya's business records to the jury. Papaya seeks to do the same with respect to Skillz's records. The parties are not similarly situated.  For reasons explained in an Opinion of April 3, no Papaya witness will be testifying at trial and therefore Skillz has no opportunity to examine any Papaya witness regarding Papaya's documents.  In contrast, Skillz's CEO was deposed and another of its executives will be testifying in person at trial.

The parties have agreed that their opponent's business records are authentic and are stipulating to their admission at trial.  It will be helpful to the jury to hear a witness read passages from those records which the parties believe are particularly relevant.  This mechanism is commonly employed by the Government in a criminal trial, where the records are properly admitted as statements against interest by a defendant who has a constitutional right not to testify and therefore cannot be examined about the documents.  Accordingly, it is hereby

ORDERED that Skillz may call a paralegal to read passages of Papaya documents to the jury that have been admitted into evidence.

IT IS FURTHER ORDERED that Papaya must rely on its examinations of Skillz's fact witnesses to present relevant evidence regarding Skillz's documents to the jury.  To the extent it contends that it is not feasible to do so, it shall identify those particular documents to Skillz by Friday, April 10, at 6:00 p.m. and seek agreement that Papaya may use a paralegal to read those passages to the jury during the trial.

Dated:    New York, New York
          April 8, 2026

                              _____
                              DENISE COTE
                              United States District Judge


                              2