```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
SKILLZ PLATFORM INC.,                  :        24cv1646 (DLC)
                                       :
                        Plaintiff,     :        ORDER
            -v-                        :
                                       :
PAPAYA GAMING, LTD., et al.,           :
                                       :
                        Defendants.    :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

At a final pretrial conference held in this Lanham Act litigation on March 27, 2026, the Court ruled on the parties' fourteen motions in limine. Trial is scheduled to begin on April 13, and the parties have presented remaining disputes regarding the admissibility of evidence. This Order addresses the parties' requests regarding trial logistics.

Skillz seeks to require the parties to exchange demonstratives to be used with expert witnesses during cross examination by no later than the night before the demonstrative is to be shown to the jury. It is hereby

ORDERED that neither party needs to disclose in advance of cross-examination any exhibit it intends to use with a witness. The parties are advised, however, that should disputes arise regarding the accuracy of the information contained in a demonstrative, the Court may subtract all of the time the Court expends to address issues of accuracy, whether or not that time

is in the presence of the jury, from the offering party's time. It is expected that the parties will conduct the trial in a manner that does not unreasonably interrupt the jury hearing the evidence.

Both Skillz and Papaya have designated portions of the deposition of Skillz CEO Andrew Paradise.  Papaya seeks to play all of the designations from the Paradise deposition together; Skillz seeks to play during its presentation of evidence only those passages it has designated and the associated counter-designations.  It is hereby

ORDERED that all of the Paradise deposition designations will be played together.  The jury will be instructed that both Skillz and Papaya seek to offer portions of his deposition into evidence and for the jury's convenience they are being played together.

Papaya seeks to require Skillz to give it one day's notice of the exhibits it will use during the direct examination of its executive Casey Chafkin.  It is hereby

ORDERED that Papaya's application is granted.  Skillz shall provide such notice by 6:00 p.m. the day before Mr. Chafkin is scheduled to commence his testimony.

Papaya seeks notice of whether Skillz will call Dr. Groehn, its survey expert, to testify.  It is hereby

2

ORDERED that Skillz shall inform Papaya by April 10 at noon whether it will be calling Dr. Groehn as a trial witness.

Dated:    New York, New York
          April 8, 2026

_____
DENISE COTE
United States District Judge