```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SKILLZ PLATFORM INC.,                    :      24cv1646 (DLC)
                                         :
                       Plaintiff,        :      ORDER
           -v-                           :
                                         :
PAPAYA GAMING, LTD., et al.,             :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

At a final pretrial conference held in this Lanham Act litigation on March 27, 2026, the Court ruled on the parties' fourteen motions in limine.  Trial is scheduled to begin on April 13, and the parties have presented remaining disputes regarding the admissibility of evidence.  This Order addresses the admissibility of a variety of exhibits.

Skillz sees to preclude Papaya from offering (a) three exhibits about Skillz's business and the 4FairPlay website (DX 226, 236 and 244); (b) exhibits reflecting customer support tickets and internal communications about Skillz's matchmaking; (c) DX 348 and 413; (d) exhibits regarding the ratings reset; (e) exhibits regarding Skillz's alleged bot use; (f) exhibits regarding withdrawal operations (including in particular DX 48, 67, 219 and 264); (g) three Form 8-Ks; and (h) three exhibits regarding other litigation (DX 62, 65, and 85).  It is hereby

ORDERED that Skillz's application is granted with the

following exceptions.  It is denied as to DX 64 and 286.

Dated:     New York, New York
           April 8, 2026

                                    _____
                                        DENISE COTE
                                    United States District Judge

2