```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
SKILLZ PLATFORM INC.,                 :        24cv1646 (DLC)
                                      :
                        Plaintiff,    :           ORDER
            -v-                       :
                                      :
PAPAYA GAMING, LTD., et al.,          :
                                      :
                        Defendants.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Having reviewed the parties' April 6, 2026 exemplar objections to the deposition designations for Kate Paiz, Andrew Paradise, Meidad Glory, and Orit Peleg, it is hereby

ORDERED that the objections by Skillz and Papaya are sustained with the following exception.  Papaya's objections to testimony on page 246 of Kate Paiz's deposition and page 307 of Orit Peleg's deposition are overruled.

Dated:    New York, New York
          April 8, 2026

                              _____
                                       DENISE COTE
                              United States District Judge