UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
SKILLZ PLATFORM INC.,                 :          24cv1646 (DLC)
                                      :
                          Plaintiff,  :          ORDER
            -v-                       :
                                      :
PAPAYA GAMING, LTD., et al.,          :
                                      :
                          Defendants. :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

Trial is scheduled to begin on April 13, 2026 in this Lanham Act litigation.  It is hereby

ORDERED that on Fridays the presentation of evidence to the jury will conclude at 12:45 p.m.

Dated:    New York, New York
          April 9, 2026

                              _____
                                       DENISE COTE
                              United States District Judge