UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SKILLZ PLATFORM INC.,                    :         24cv1646 (DLC)
                                         :
                       Plaintiff,        :         ORDER
          -v-                            :
                                         :
PAPAYA GAMING, LTD., et al.,             :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

On April 8, 2026, Skillz's motion to exclude DX 444 was granted.  On April 9, Papaya sought reconsideration.  The motion for reconsideration is denied.

DX 444 is a 169-page internal Skillz document reflecting notes from November 2023 through February 2024.  On April 6, Skillz moved to exclude DX 444, which Papaya sought to offer as relevant to Skillz's ratings reset.  Papaya's own letter of April 6 argued that DX 444 (Ex. W) was admissible as relevant to Skillz's communications to customers about the ratings reset.  It explained that DX 444 reflected discussion on "resetting [ratings] and communicating it to the players."  On April 8, Skillz's motion to exclude was granted.

On April 9, Papaya offered a heavily redacted copy of DX 444 and a new argument for its admissibility.  It seeks to offer internal discussions among Skillz's employees of comparisons between Skillz's and Papaya's product as admissions by a party-

opponent.    Papaya contends that sections of the redacted DX 444 were used during the deposition of Andrew Paradise.    Those passages of the Paradise deposition, however, were stricken by application of the Court's ruling on April 8 of exemplar objections to depositions.    Accordingly, it is hereby

ORDERED that Papaya's April 9 request to reconsider is denied.    Papaya had an opportunity to present all of its arguments in favor of the admission of DX 444 on April 6. Having received the April 8 ruling, Skillz's subsequent rationales for the admission of DX 444 are denied as untimely.

Dated:    New York, New York
          April 10, 2026

                    _____
                    DENISE COTE
            United States District Judge

2