Case 1:24-cv-01646-DLC    Document 889    Filed 04/15/26    Page 1 of 1

# KIRKLAND & ELLIS LLP

601 Lexington Avenue
New York, NY 10022
United States

Devora W. Allon, P.C.
To Call Writer Directly:
+1 212 446 5967
devora.allon@kirkland.com

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

April 15, 2026

**VIA CM/ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
> No. 1:24-cv-01646 (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Papaya Gaming, Ltd. and Papaya Gaming, Inc. (collectively, "Papaya") to redact/seal portions of Papaya's letter identifying disputes for the April 15, 2026 morning conference.

The letter contains and refers to information and testimony designated as Confidential, Highly Confidential, and/or Highly Confidential – Outside Counsel's Eyes Only by Plaintiff Skillz Platform Inc. ("Skillz") and Papaya under the parties' joint and stipulated Protective Order. *See* Dkt. No. 39. The material at issue concerns "nonpublic business strategy information and data," including "nonpublic information regarding both current and past business strategy" and "the parties' matchmaking systems," which the Court has previously held warranted sealing. *See* Dkt. No. 475.

Pursuant to Your Honor's Individual Practices, we have enclosed unredacted versions of the aforementioned documents with the words, phrases, and paragraphs to be redacted highlighted. We have also provided Skillz's counsel with the unredacted materials by email.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Devora W. Allon*
Devora W. Allon, P.C.

cc:    All counsel of record (by ECF)