UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                      :

SKILLZ PLATFORM INC.,                    :          24cv1646 (DLC)
                                      :

                     Plaintiff,      :            ORDER
             -v-                        :

PAPAYA GAMING, LTD., et al.,             :

                    Defendants.     :

---------------------------------------- X

DENISE COTE, District Judge:

     ORDERED that the parties shall be prepared to discuss the

attached proposed stipulation at tomorrow's conference.

Dated:     New York, New York
          April 15, 2026

                                DENISE COTE
                 United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
:
SKILLZ PLATFORM INC.,                 :
:
                          Plaintiff,  :        24cv1646 (DLC)
          -v-                         :
:
PAPAYA GAMING, LTD., et al.,          :
:
                          Defendants. :
:
------------------------------------- X

### PROPOSED STIPULATION

[To be read to the jury]:

You heard reference to Skillz being the only plaintiff in this lawsuit, and the fact that Papaya's customers are not parties to this case.

Papaya has been sued in separate lawsuits brought by consumers. Two actions were filed in March 2024: one in California and another in New York. In both of these lawsuits, the plaintiffs asserted claims, on behalf of themselves and other consumers, against Papaya for false advertising and unfair business practices. The plaintiffs claimed that Papaya described its games Solitaire Cash, Bingo Cash, Bubble Cash, and 21 Cash as fair games of skill and disclaimed having any financial interest in the outcome of its tournaments, and further claimed that these descriptions were false because, it was alleged, Papaya used bots in connection with its games and did not disclose its bot use to consumers.