COURT
EXHIBIT

13
4/23/2024
@ 11:20 AM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SKILLZ PLATFORM INC.,                    :
                                         :
                    Plaintiff,           :    24cv1646 (DLC)
                                         :
          -v-                            :    SPECIAL VERDICT
                                         :          FORM
PAPAYA GAMING, LTD., and PAPAYA          :
GAMING, INC.,                            :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X

### PLEASE CHECK (√) YOUR ANSWERS

**All jurors must agree on the answers to all of the questions:**

## LIABILITY

1.  Did Skillz establish by a preponderance of the evidence that Papaya engaged in false advertising in violation of the Lanham Act?

    YES ✓         NO _____

2.  Did Skillz establish by a preponderance of the evidence that Papaya engaged in a deceptive act or practice in violation of the GBL?

    YES ✓         NO _____

    [If you answered "no" to each preceding question, proceed to the final page and sign this form.  If you answered "yes" to either one of the preceding questions, proceed to the next section.]

## MONETARY RECOVERY

4.  Did Skillz establish by a preponderance of the evidence that it is entitled to damages?

    YES ✓         NO _____

If yes, in what amount?  $ __420M__

5.  Did Skillz establish by a preponderance of the
    evidence that it is entitled to Papaya's additional
    profits?

          YES __✓__              NO _____

    If yes, in what amount?  $ __719 M__

6.  Did Skillz establish by a preponderance of the
    evidence that it is entitled to Papaya's cost savings?

          YES __✓__              NO _____

    If yes, in what amount?  $ __$652M__

2

After completing the form, each juror who agrees with this verdict must sign below:



Foreperson