UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                             :

SKILLZ PLATFORM INC.,               :       24cv1646 (DLC)

                         :

               Plaintiff,   :         ORDER
          -v-                :

                         :

PAPAYA GAMING, LTD., and PAPAYA   :
GAMING, INC.                      :

                         :

             Defendants.  :

                         :
------------------------------------------ X

DENISE COTE, District Judge:

A jury rendered a verdict in the above-captioned case on April 23, 2026, including an advisory verdict on disgorgement. Accordingly, it is hereby

ORDERED that the plaintiff shall file any motion seeking relief by **May 1, 2026.** The defendants' opposition is due **May 8, 2026.** Any reply is due **May 13, 2026.**

IT IS FURTHER ORDERED that post-trial motions are due **June 12, 2026.** Opposition briefs are due **June 19, 2026.** Any replies are due **June 24, 2026.**

IT IS FURTHER ORDERED THAT at the time of each filing, the filer shall supply Chambers with two (2) courtesy copies by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the parties shall immediately schedule private mediation. The mediation will have no effect

upon any scheduling Order without leave of this Court.

Dated:     New York, New York
           April 23, 2026

_____
                    DENISE COTE
           United States District Judge

2