# KIRKLAND & ELLIS LLP

Devora W. Allon, P.C.
To Call Writer Directly:
+1 212 446 5967
devora.allon@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

April 27, 2026

**VIA CM/ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.,*
        No. 1:24-cv-01646 (S.D.N.Y.)

Dear Judge Cote:

Defendants Papaya Gaming, Ltd. and Papaya Gaming, Inc. (collectively, "Papaya") and Plaintiff Skillz Platform Inc. ("Skillz") jointly write to propose a briefing schedule for post-trial motions.  Consistent with one of the schedules proposed by the Court following the verdict, the parties have agreed to the following:

**May 15, 2026**:  Opening motions due.

**June 5, 2026**:  Oppositions due.

**June 19, 2026**:  Replies due.

This schedule will apply to all post-trial motions filed by the parties, including Skillz's motion for disgorgement and any motions from Papaya concerning the verdict.

Granted.

_Denise Cote_
4/28/26

Austin  Bay Area  Beijing  Boston  Brussels  Chicago  Dallas  Frankfurt  Hong Kong  Houston  London  Los Angeles  Miami  Munich  Paris  Philadelphia  Riyadh  Salt Lake City  Shanghai  Washington, D.C.