**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SKILLZ PLATFORM INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>     -against-<br><br>PAPAYA GAMING, LTD., a foreign corporation; and PAPAYA GAMING, INC., a Delaware corporation,<br><br>        Defendants. | Case No.: 1:24-cv-01646-DLC<br><br>Hon. Denise L. Cote |

## NOTICE OF EMERGENCY MOTION FOR TEMPORARY RESTRAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Emergency Motion for Temporary Restraint dated May 11, 2026, Declaration of Craig Carpenito, dated May 11, 2026, exhibits thereto, and all prior pleadings, papers, and proceedings in this action, Plaintiff Skillz Platform Inc., by and through its counsel, King & Spalding LLP, hereby moves this Court, before the Honorable Denise L. Cote, for an order pursuant to Federal Rule of Civil Procedure 64(a) and New York Civil Practice Law and Rules ("CPLR") § 5229 restraining Defendants Papaya Gaming, Ltd. and Papaya Gaming, Inc. ("Papaya") from (1) expatriating any revenue earned to Israel; and (2) selling, transferring, assigning, or otherwise interfering with any assets that may be necessary to fully satisfy the judgment in favor of Skillz until a judgment is entered.

Date: May 11, 2026
     New York, New York

Respectfully submitted,

KING & SPALDING

By: /s/ *Craig Carpenito*
Craig Carpenito

Kathleen Elizabeth McCarthy
Amy Nemetz
ccarpenito@kslaw.com
kmccarthy@kslaw.com
anemetz@kslaw.com
1290 Avenue of the Americas
14th Floor
New York, NY 10104
Tel: (212) 556-2100
Fax: (212) 556-2222

Lazar P. Raynal (*pro hac vice*)
Michael A. Lombardo (*pro hac vice*)
lraynal@kslaw.com
mlombardo@kslaw.com
110 N. Wacker Drive
Suite 3800
Chicago, IL 60606
Tel: (312) 995-6333
Fax: (312) 995-6330

*Attorneys for Skillz Platform Inc.*