**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SKILLZ PLATFORM INC., a Delaware
corporation,

    Plaintiff,

  -against-

PAPAYA GAMING, LTD., a foreign
corporation; and PAPAYA GAMING,
INC., a Delaware corporation,

    Defendants.

Civil Action No.: 1:24-cv-01646-DLC

Hon. Denise L. Cote

## DECLARATION OF CRAIG CARPENITO

I, Craig Carpenito, declare under penalty of perjury that the following statements are true and correct:

1.  I am an attorney licensed and admitted to practice in the state of New York and a Counsel at King & Spalding LLP, attorneys for Plaintiff Skillz Platform Inc. ("Skillz").

2.  I submit this Declaration in support of Skillz's Emergency Motion for Temporary Restraint.

3.  Attached hereto as Exhibit 1 is a true and correct copy of an excerpt of the 4/23/26 trial transcript.

4.  Attached hereto as Exhibit 2 is a true and correct copy of PX-00595.

5.  Attached hereto as Exhibit 3 is a true and correct copy of an excerpt of the 4/20/26 trial transcript.

6.  Attached hereto as Exhibit 4 is a true and correct copy of PX 0459.

7.      Attached hereto as Exhibit 5 is a true and correct copy of PX-598.

8.      Attached hereto as Exhibit 6 is a true and correct copy of PX-1241.

9.      Attached hereto as Exhibit 7 is a true and correct copy of PX-01268.

10.     Attached hereto as Exhibit 8 is a true and correct copy of PX-01249.

11.     Attached hereto as Exhibit 9 is a true and correct copy of *Fortress Credit Corp. v. Cohen*, Index No. 651498/2024, NYSECF 146 (N.Y. Sup. Ct. Jan. 31, 2025)

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: May 11, 2026                          By: /s/ *Craig Carpenito*
     New York, New York                      Craig Carpenito