**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SKILLZ PLATFORM INC., a Delaware corporation,<br><br>                          Plaintiff,<br><br>      -against-<br><br>PAPAYA GAMING, LTD., a foreign corporation; and PAPAYA GAMING, INC., a Delaware Corporation,<br><br>                 Defendants. | Case No. 1:24-cv-01646-DLC<br><br>Hon. Denise L. Cote |

**[PROPOSED] ORDER GRANTING PLAINTIFF SKILLZ PLATFORM INC.'S**
**<u>MOTION FOR TEMPORARY RESTRAINT</u>**

Upon the application of Plaintiff Skillz Platform Inc. ("Skillz"), by its counsel, King & Spalding LLP, the accompanying declaration of Craig Carpenito; and the Memorandum of Law in Support of Skillz's Emergency Motion for Temporary Restraint Pursuant to Federal Rule of Civil Procedure 64(a) and New York Civil Practice Law and Rules ("CPLR") § 5229, the Court hereby finds as follows:

Skillz received a favorable jury verdict on April 23, 2026. The jury determined that Defendants, Papaya Gaming, Ltd. and Papaya Gaming, Inc. ("Papaya"), are liable to Skillz for $420 million in damages and, in an advisory opinion, that Skillz is further entitled to recover $719 million in Papaya's additional profits and $652 million in Papaya's cost savings. ECF No. 899 at 1-2. The Court deferred entry of judgment pending post-trial briefing on the disgorgement penalty.

Pursuant to Rule 64, Skillz is entitled to every remedy available that, "under the law of the state where the court is located, provides for seizing a person or property to secure satisfaction of

the potential judgment." Under New York law "the trial judge may order examination of the adverse party and order him restrained with the same effect as if a restraining notice had been served upon him after judgment." CPLR § 5229. "Other than having received a favorable verdict or decision, there are no prerequisites to obtaining the relief provided in CPLR 5229." *Sequa Cap. Corp. v. Nave*, 921 F. Supp. 1072, 1076 (S.D.N.Y. 1996) (citations omitted).

Accordingly, it is hereby

**ORDERED** that the motion pursuant to Rule 64 and CPLR § 5229 is **GRANTED**; Papaya is restrained from (1) expatriating any revenue earned in the United States; and (2) selling, transferring, assigning, or otherwise interfering with any assets in which Skillz has an interest until a judgment is entered.

Dated: _____, 2026

New York, New York

SO ORDERED:

_____

HON. DENISE L. COTE

UNITED STATES DISTRICT JUDGE