```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SKILLZ PLATFORM INC.,                   :
                                        :        24cv1646 (DLC)
                     Plaintiff,         :
         -v-                            :        ORDER
                                        :
PAPAYA GAMING, LTD., and PAPAYA         :
GAMING, INC.                            :
                                        :
                     Defendants.        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On May 11, 2026, plaintiff Skillz Platform Inc. ("Skillz") filed an emergency motion for temporary restraint pursuant to Rule 64(a), Fed. R. Civ. P., and § 5229, N.Y. C.P.L.R., against defendants Papaya Gaming Ltd. and Papaya Gaming, Inc. ("Papaya"). Accordingly, it is hereby

ORDERED that Papaya's opposition is due **May 13, 2026** at **5:00 P.M.** Skillz's reply is due **May 14, 2026** at **12:00 P.M.**

IT IS FURTHER ORDERED THAT at the time of each filing, the filer shall supply Chambers with two (2) courtesy copies by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the parties shall appear for a conference on **May 15, 2026** at **10:00 A.M.** in Courtroom 18B,

United States Courthouse, 500 Pearl Street, New York, New York.

Dated:     New York, New York
           May 12, 2026

                              _____
                              DENISE COTE
                              United States District Judge