# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

May 11, 2026

**BY ECF**

*Granted.*
*Yunie Cho*
*5/12/26*

The Honorable Denise L. Cote
United States District Judge
500 Pearl Street, Room 1910
New York, NY 10007

> Re:    ***Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.,***
> **No. 1:24-cv-01646-DLC (S.D.N.Y.)**

Dear Judge Cote:

Pursuant to Rule 8.B of the Court's Individual Practices in Civil Cases, we write on behalf of Plaintiff Skillz Platform Inc. ("Skillz") concerning filing under seal the forthcoming Declaration of Craig Carpenito (the "Carpenito Declaration") in Support of Skillz's forthcoming Motion for Restraint.

Exhibits 4 and 8 of the Carpenito Declaration contain and refer to material designated as Highly Confidential-Attorney's Eyes Only under the parties' joint and stipulated Protective Order (ECF No. 39). The material at issue constitutes "nonpublic business strategy information and data," "the parties' matchmaking systems," and "nonpublic information regarding both current and past business strategy," which the Court has previously held satisfies the standard for sealing announced in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006) and has thus permitted the parties to seal (ECF No. 475).

Accordingly, Skillz seeks leave to file a version of the Carpenito Declaration including all exhibits under seal and a version of the Carpenito Declaration omitting exhibits 4 and 8 on the public docket. Pursuant to the Court's Individual Practices, we have provided Papaya's counsel with the Carpenito Declaration including all exhibits.

Thank you for Your Honor's consideration of this matter.