# King & Spalding

King & Spalding LLP
110 N Wacker Drive
Suite 3800
Chicago, Illinois 60606

Lazar P. Raynal
Partner
Direct Dial: +1 312 764 6947
lraynal@kslaw.com

May 13, 2026

**BY ECF**

The Honorable Denise L. Cote
United States District Court, Southern District of New York
500 Pearl St., Room 1910
New York, NY 10007

> Re: ***Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
> No. 1:24-cv-01646-DLC (S.D.N.Y.)**

Dear Judge Cote,

We write on behalf of Plaintiff Skillz Platform Inc. ("Skillz") in response to the letter motion to adjourn the conference on Skillz's Emergency Motion for Temporary Restraining Order filed by Papaya Gaming, Ltd. and Papaya Gaming, Inc. (together, "Papaya") (ECF 913).

Skillz filed its Emergency Motion (ECF No. ) on the evening of Monday May 11, 2026 (ECF No. 905). On Tuesday morning, the Court scheduled the hearing for this Friday May 15, 2026 at 10:00 a.m. (ECF No. 911). The parties had previously scheduled mediation before Judge Preska for Monday May 18, 2026, a date that Skillz's counsel had understood was selected in order to accommodate the schedule of Papaya's lead counsel, Ms. Allon.

On Tuesday afternoon, counsel for Papaya asked counsel Skillz to adjourn the hearing on Skillz's Emergency Motion to Monday May 18 or Tuesday May 19; given the preexisting mediation, Skillz's counsel responded that the hearing could be adjourned to Monday provided that Judge Preska agreed to a delay or break in the mediation session. After Skillz consented to Papaya's original request, Papaya's counsel changed position, asking instead to adjourn the hearing to Wednesday May 20 or Thursday May 21 to accommodate Ms. Allon. I am the partner most familiar with the Emergency Motion and I am unavailable on those dates. In addition, Mr. Carpenito is also unavailable on Thursday May 21.

Skillz's counsel also pointed out that Papaya had been relying upon a large outside legal team from Kirkland & Ellis before, during, and after trial, such that it should be feasible that one of the many partners from that firm who have participated in this matter should be able to appear before this Court on either Friday or Monday, even if Ms. Allon cannot.

Skillz's position is that the hearing on the Emergency Motion should be held this Friday (as ordered by the Court) or on Monday (assuming Judge Preska's mediation schedule can accommodate a break) to avoid unnecessary delay and undue prejudice to Skillz, which will result if the hearing is adjourned to Wednesday or later.

May 13, 2026
Page 2

Respectfully submitted,

*/s/ Lazar P. Raynal*

Lazar P. Raynal
*Attorney for Skillz Platform Inc.*

cc:    All Counsel of Record (via ECF)