# KIRKLAND & ELLIS LLP

Devora W. Allon, P.C.
To Call Writer Directly:
+1 212 446 5967
devora.allon@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

May 12, 2026

*Denied.*

*Denise Cote*

*5/13/26*

**Via CM/ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
No. 1:24-cv-01646 (S.D.N.Y.)

Dear Judge Cote:

I write on behalf of Defendants Papaya Gaming, Ltd. and Papaya Gaming, Inc. respectfully to request that the Court adjourn the conference on Skillz's Emergency Motion for Temporary Restraining Order, currently scheduled for Friday, May 15, 2026, Dkt. No. 911, to Wednesday afternoon, May 20, 2026, or such later date as is convenient for the Court (other than Friday, May 22, which is the Jewish holiday of Shavuot).

The basis for this request is that I am currently in Hawaii on vacation. Given the significance of the relief sought in Skillz's motion, Defendants respectfully submit that lead counsel should be permitted to appear before the Court in connection with the application. Although I was originally scheduled to return on Thursday, May 21, I have arranged to return early and can appear before the Court on Wednesday afternoon, May 20.

Shortly after the conference was set, but prior to confirming available travel arrangements, Defendants sought and obtained Skillz's consent to seek an adjournment until Monday. After confirming that the earliest workable return flight would not arrive in New York until Wednesday morning, Defendants sought Skillz's consent to adjourn the conference until Wednesday afternoon. Skillz declined to consent to adjournment through Wednesday, stating that Mr. Raynal was unavailable on both Wednesday and Thursday, and that Mr. Carpenito was unavailable on Thursday, but counsel could not confirm whether Mr. Carpenito was also unavailable on Wednesday afternoon.

# KIRKLAND & ELLIS LLP

The Honorable Denise L. Cote
May 12, 2026
Page 2

The requested adjournment is modest and would not prejudice Skillz. Skillz's motion papers do not identify any imminent change in Papaya's longstanding operational practices, which Skillz has known about for an extended period of time. Under these circumstances, a brief adjournment of several days to permit lead counsel's appearance will not result in prejudice or irreparable harm.

I appreciate the Court's consideration of this request.

Sincerely,

*/s/ Devora W. Allon*
Devora W. Allon, P.C.

cc:    All counsel of record (by ECF)