# KIRKLAND & ELLIS LLP

Devora W. Allon, P.C.
To Call Writer Directly:
+1 212 446 5967
devora.allon@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

May 13, 2026

Granted.
/s/ Denise Cote
5/14/26

**VIA CM/ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
No. 1:24-cv-01646 (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Papaya Gaming, Ltd. and Papaya Gaming, Inc. (collectively, "Papaya") to redact/seal portions of Papaya's Opposition to Skillz's Emergency Motion for Temporary Restraint and Declaration of Raz Revah in Support of Papaya's Opposition ("Revah Declaration").

The opposition and declaration contain and refer to information designated as Confidential, Highly Confidential, and/or Highly Confidential – Outside Counsel's Eyes Only under the parties' joint and stipulated Protective Order. *See* Dkt. No. 39. The material at issue concerns "nonpublic business strategy information and data," including "nonpublic information regarding both current and past business strategy." *See* Dkt. No. 475.

Accordingly, Papaya seeks leave to file the Revah Declaration under seal and a redacted version of Papaya's opposition on the public docket. Pursuant to Your Honor's Individual Practices, we have enclosed unredacted versions of the aforementioned documents with the words, phrases, and paragraphs to be redacted highlighted. We have also provided Skillz's counsel with the unredacted materials by email.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Devora W. Allon*
Devora W. Allon, P.C.