# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

May 14, 2026

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
500 Pearl Street, Room 1910
New York, NY 10007

> Re:   *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
> **No. 1:24-cv-01646-DLC (S.D.N.Y.)**

Dear Judge Cote:

Pursuant to Rule 8.B of the Court's Individual Practices in Civil Cases, we write on behalf of Plaintiff Skillz Platform Inc. ("Skillz") concerning filing under seal Skillz's forthcoming Reply in Further Support of its Motion for Restraint and its forthcoming Declaration of Craig Carpenito (the "Carpenito Declaration"). These filings contain and refer to material that Papaya previously sealed in its May 13, 2026 filings. ECF Nos. 917, 919.

Skillz's position is that the relevant material does *not* meet the standard for sealing announced in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006) or constitute any of the categories of confidential material described in the Court's Order at ECF No. 475. Nevertheless, out of an abundance of caution and in deference to Papaya, Skillz seeks to seal the material at issue pending the Court's ruling on Papaya's May 13 sealing letter (ECF No. 915).

Accordingly, Skillz seeks leave to file unredacted and complete versions of its filings under seal; and redacted versions of its filings, omitting exhibits 10 and 13, on the public docket. Pursuant to the Court's Individual Practices, we have provided Papaya's counsel with the full, unredacted materials by email.

Thank you for Your Honor's consideration of this matter.