UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------X
                                          :
SKILLZ PLATFORM INC.,                     :
                                          :        24cv1646 (DLC)
                      Plaintiff,          :
          -v-                             :        ORDER
                                          :
PAPAYA GAMING, LTD., and PAPAYA           :
GAMING, INC.                              :
                                          :
                      Defendants.         :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On May 11, 2026, plaintiff Skillz Platform Inc. ("Skillz")

filed an emergency motion for temporary restraint pursuant to

Rule 64(a), Fed. R. Civ. P., and § 5229, N.Y. C.P.L.R., against

defendants Papaya Gaming Ltd. and Papaya Gaming, Inc.

("Papaya"). For the reasons stated on the record at a

conference held on May 15, it is hereby

ORDERED that Skillz's emergency motion is denied.

Dated:    New York, New York
          May 15, 2026

_____
          DENISE COTE
United States District Judge