**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SKILLZ PLATFORM INC., a Delaware corporation, <br><br>          Plaintiff, <br><br>       -against- <br><br> PAPAYA GAMING, LTD., a foreign corporation; and PAPAYA GAMING, INC., a Delaware corporation, <br><br>          Defendants. | Civil Action No.: 1:24-cv-01646 <br><br><br> Hon. Denise L. Cote |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion for Post-Trial Injunctive Relief, dated May 15, 2026, Declaration of Craig Carpenito, dated May 15, 2026, exhibits thereto, and all prior pleadings, papers, and proceedings in this action, Plaintiff Skillz Platform Inc., by and through its counsel, King & Spalding LLP, hereby moves this Court, before the Honorable Denise L. Cote, for a Permanent Injunction Order (i) permanently prohibiting Defendants Papaya Gaming, Ltd. and Papaya Gaming, Inc. (collectively, "Papaya") from deploying bots in cash games, and (ii) requiring Papaya to temporarily display a corrective advertising pop-up on its gaming applications and website informing players of its historical use of bots and the existence of this lawsuit. Skillz's Proposed Permanent Injunction Order is submitted herewith.

Date: May 15, 2026
     New York, New York

Respectfully submitted,

KING & SPALDING

By: /s/ *Craig Carpenito*
Craig Carpentio
Kathleen Elizabeth McCarthy
Amy Nemetz

ccarpenito@kslaw.com
kmccarthy@kslaw.com
anemetz@kslaw.com
1290 Avenue of the Americas
14th Floor
New York, NY 10104
Tel: (212) 556-2100
Fax: (212) 556-2222

Lazar P. Raynal (*pro hac vice*)
lraynal@kslaw.com
Michael A. Lombardo (*pro hac vice*)
mlombardo@kslaw.com
110 N. Wacker Drive
Suite 3800
Chicago, IL 60606
Tel: (312) 995-6333
Fax: (312) 995-6330

*Attorneys for Skillz Platform Inc.*