**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SKILLZ PLATFORM INC.,

        *Plaintiff*,

    vs.

PAPAYA GAMING, LTD. AND PAPAYA
GAMING, INC.,

        *Defendants*.

Case No. 1:24-CV-01646-DLC

Hon. Denise L. Cote

**ECF Case**

---

### DEFENDANTS' NOTICE OF MOTION FOR JUDGMENT AS A MATTER OF LAW

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants Papaya Gaming, Ltd. and Papaya Gaming, Inc.'s Motion for Judgment as a Matter of Law, dated May 15, 2026, and all pleadings and proceedings had herein, Defendants will move this Court, before the Honorable Denise L. Cote at the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 18B, New York, New York, at a date and time to be determined by the Court, a for an Order pursuant to Federal Rule of Civil Procedure 50(b), granting Papaya judgment as a matter of law.

Dated: May 15, 2026

Respectfully submitted,

*/s/ Devora W. Allon*

Devora W. Allon
Gilad Bendheim
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-5967

Danielle R. Sassoon
Jeffrey C. Thalhofer
CLEMENT & MURPHY, PLLC
767 Fifth Avenue, 15th Floor
New York, NY 10153

Allison M. Brown
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
(212) 268-5100

George W. Hicks, Jr. (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 389-5031

Cole T. Carter (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-1951

Samuel Carno Leifer
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7707
(617) 385 7501

Michael W. De Vries (*pro hac vice*)
Argie Mina (*pro hac vice*)
KIRKLAND & ELLIS LLP
695 Town Center Drive, Suite 1700
Costa Mesa, California 92626
(213) 680-8590
(714) 982-8844

Sharre Lotfollahi (*pro hac vice*)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, California 90067
(213) 680-8673
(310) 552-5900

Adam R. Alper (*pro hac vice*)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1876
(415) 439-1500

*Counsel for Defendants Papaya
Gaming Ltd. and Papaya Gaming, Inc.*