# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Craig Carpenito
Partner
Direct Dial: +1 212 556 2142
ccarpenito@kslaw.com

*Granted.*
*Denise Cote*
*5/19/26*

May 15, 2026

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
500 Pearl Street, Room 1910
New York, NY 10007

> Re:   *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
> No. 1:24-cv-01646-DLC (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of the Court's Individual Practices in Civil Cases, we write on behalf of Plaintiff Skillz Platform Inc. ("Skillz") concerning filing under seal the Declaration of Lazar Raynal ("Raynal Declaration") in support of Skillz's forthcoming Motion for Attorneys' Fees, Costs, and Prejudgment and Post-Judgment Interest.

Exhibit 1 of the Raynal Declaration is Skillz's Fees Records, which details attorneys' fees that Skillz's counsel, King & Spalding, charged Skillz in connection with this litigation. The Fees Records include specific time-entry narratives that do not affect the reasonableness of the appropriate fee award. Courts have allowed parties to publicly redact time-entry narratives while making them available to the court and opposing party for review. *See, e.g., Hershkowitz v. ARstrat, LLC*, 21CV6093EKTAM, 2023 WL 2311429, at *1 (E.D.N.Y. Jan. 25, 2023) (directing plaintiff to file "unredacted billing records *ex parte* and under seal for the Court's review" and allowing redactions to remain on public docket because "the redacted information does not impact the Court's determination about the appropriate fee award in this case."); *Major League Baseball Props., Inc. v. Corporación de Televisión y Microonda Rafa, S.A.*, 2020 WL 5518361, at *4 (S.D.N.Y. Sept. 14, 2020) ("courts often review invoices and billing records *in camera* when calculating awards of attorneys' fees and costs.") (collecting cases).

Accordingly, Skillz seeks leave to file a full version of the Raynal Declaration under seal, and a version of the Raynal Declaration with time-entry narratives redacted from Exhibit 1 on the

May 15, 2026
Page 2

public docket. Pursuant to the Court's Individual Practices, we have provided Papaya's counsel with the full version of the Raynal Declaration.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

*/s/ Craig Carpenito*
Craig Carpenito

Cc:    All counsel of record (by ECF)