# KIRKLAND & ELLIS LLP

601 Lexington Avenue
New York, NY 10022
United States

Devora W. Allon, P.C.
To Call Writer Directly:
+1 212 446 5967
devora.allon@kirkland.com

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

June 6, 2026

**VIA CM/ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
              No. 1:24-cv-01646 (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Section 4(F) of Your Honor's Individual Practices for Civil Cases, we write on behalf of Papaya Gaming, Ltd. and Papaya Gaming, Inc. to respectfully request oral argument on the pending post-trial motions.  (Dkt. Nos. 932, 936, 940, 943, and 947.)

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Devora W. Allon*
Devora W. Allon, P.C.

cc:    All counsel of record (by ECF)