# KIRKLAND & ELLIS LLP

Devora W. Allon, P.C.
To Call Writer Directly:
+1 212 446 5967
devora.allon@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

June 5, 2026

*Granted.*
*Denise Cote*
*6/8/26*

**VIA CM/ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Skillz Platform Inc. v. Papaya Gaming, Ltd. and Papaya Gaming, Inc.*,
No. 1:24-cv-01646 (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Rule 8.B of Your Honor's Individual Practices, we write on behalf of Papaya Gaming, Ltd. and Papaya Gaming, Inc. (collectively, "Papaya") to redact/seal portions of Papaya's forthcoming Declaration of Raz Revah in support of Papaya's Opposition to Plaintiff Skillz Platform Inc.'s ("Skillz") Motion for Permanent Injunction (the "Revah Declaration"), as well as Exhibits A, J, K, and L to the Declaration of Devora W. Allon in support of Papaya's Opposition to Skillz's Motion for Attorneys' Fees, Costs, Prejudgment Interest, and Post-Judgment Interest (the "Allon Declaration").

The Revah Declaration contains and refers to "nonpublic financial information and nonpublic user engagement data," which is the same type of confidential commercial information the Court has previously held warrants sealing. *See* Dkt. No. 475; *see also* Dkt. No. 381. The redactions to this Declaration are narrowly tailored and apply to only 30 words that reflect the commercially sensitive confidential information referenced above.

Exhibit A to the Allon Declaration is an annotated version of Skillz's attorneys' fees records, the original version of which the Court has previously held warrants sealing. *See* Dkt Nos. 946, 948-1, 953. The redactions to Exhibit A are narrowly tailored and consistent with the Court's sealing order; they apply to only two columns containing narrative descriptions of the work completed by Skillz's counsel and Papaya's annotations. *See* Dkt. 953. Exhibits J, K, and L to the Allon Declaration are copies of the transcripts of the court conferences held on January 30, 2025, February 20, 2025, and March 7, 2025, respectively, which the Court has previously held warrant sealing as well. *See* Dkt. Nos. 232-233 (sealing transcript of January 30, 2025

## KIRKLAND & ELLIS LLP

The Honorable Denise L. Cote
June 5, 2026
Page 2

conference); Allon Decl., Ex. K at 40:24-41:2 (sealing transcript of February 20, 2025 conference); Allon Decl., Ex. L at 2:22-24 (sealing transcript of March 7, 2025 conference).

 Pursuant to Your Honor's Individual Practices, we have enclosed unredacted versions of the Revah Declaration and Exhibit A to the Allon Declaration with the portions to be redacted highlighted. We have also provided Skillz's counsel with the unredacted and sealed materials by email.

 We thank the Court for its attention to this matter.

Sincerely,

/s/ *Devora W. Allon*
Devora W. Allon

cc: All counsel of record (by ECF)