UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                        :

SKILLZ PLATFORM INC.,          :

                        :       24cv1646 (DLC)
              Plaintiff,   :
      -v-                 :       ORDER

                        :

PAPAYA GAMING, LTD., and PAPAYA  :
GAMING, INC.                :

                        :

             Defendants.  :

                        :
------------------------------------X
DENISE COTE, District Judge:

An Opinion of July 27, 2026 denied Papaya's post-trial motions attacking the verdict and granted in part Skillz's post-trial motions for requested relief. Accordingly, it is hereby

ORDERED that Skillz provide Papaya with a proposed judgment reflecting the awards made in the July 27 Opinion by **July 28, 2026.**

IT IS FURTHER ORDERED that the parties shall submit by **July 30, 2026** to the Court a proposed judgment, with any disagreements noted.

Dated:    New York, New York
          July 27, 2026

                        _____
                          DENISE COTE
                 United States District Judge