**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SKILLZ PLATFORM INC.,<br><br>     *Plaintiff*,<br><br>  vs.<br><br>PAPAYA GAMING, LTD. AND PAPAYA GAMING, INC.,<br><br>     *Defendants*. | Case No. 1:24-CV-01646-DLC<br><br>Hon. Denise L. Cote<br><br>**DECLARATION OF QUINN ZHANG IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |

I, Quinn Zhang, an attorney admitted *pro hac vice* to practice in this Court, hereby affirm under penalty of perjury under the laws of the United States as follows:

1.     I was admitted to practice in this Court as *pro hac vice* counsel for Papaya Gaming, Ltd. and Papaya Gaming, Inc. ("Papaya") on March 23, 2026 (Dkt. No. 759).

2.     I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am resigning from the firm of Kirkland & Ellis LLP.

3.     Other attorneys at Kirkland & Ellis LLP who have appeared as counsel of record for Papaya will continue to represent Papaya in this proceeding, so my withdrawal will not delay the matter or prejudice any party.

4.     Based on the foregoing, it is respectfully requested that I be permitted to withdraw as counsel from this action.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 28, 2026

/s/ *Quinn Zhang*

Quinn Zhang (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-3454
Fax: (202) 389-5200

*Attorney for Defendants Papaya Gaming,
Ltd. and Papaya Gaming, Inc.*