UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKILLZ PLATFORM INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>-against-<br><br>PAPAYA GAMING, LTD., a foreign corporation; and PAPAYA GAMING, INC., a Delaware corporation,<br><br>        Defendants. | Civil Action No.: 1:24-cv-01646<br><br>Hon. Denise L. Cote |

## [PROPOSED] FINAL JUDGMENT

WHEREAS, on March 4, 2024, Plaintiff Skillz Platform Inc. ("Skillz") filed a Complaint against Defendants Papaya Gaming, Ltd. and Papaya Gaming, Inc. (together, "Papaya"), alleging False Advertising Under the Lanham Act and Violations of New York General Business Law (GBL) § 349 and seeking, *inter alia*, actual damages, disgorgement of Papaya's profits, and injunctive relief (Dkt. No. 1);

WHEREAS, from April 13 to April 26, 2026, this Court held a jury trial on Skillz's claims against Papaya, upon which the jury found that:

    a.    Skillz established by a preponderance of the evidence that Papaya engaged in false advertising in violation of the Lanham Act;

    b.    Skillz established by a preponderance of the evidence that Papaya engaged in a deceptive act or practice in violation of the GBL;

    c.    Skillz established by a preponderance of the evidence that it is entitled to damages in the amount of $420 million;

1

WHEREAS, the jury also issued an advisory verdict on Skillz's request for disgorgement, finding:

    a.    Skillz established by a preponderance of the evidence that it is entitled to disgorgement in the amount of Papaya's additional profits in the amount of $719 million; and

    b.    Skillz established by a preponderance of the evidence that it is entitled to disgorgement in the amount of Papaya's cost savings in the amount of $652 million;

WHEREAS, on May 15, 2026, Skillz filed a Motion for Award of Disgorgement of Papaya's Profits and Enhanced Damages (Dkt. No. 936) and a Motion for Attorneys' Fees, Costs, Prejudgment Interest, and Post-Judgment Interest (Dkt. No. 947);

WHEREAS, on July 27, 2026, this Court issued an Opinion and Order (Dkt. No. 1004):

    a.    Granting in part Skillz's Motion for Award of Disgorgement of Papaya's Profits and Enhanced Damages, awarding Skillz a total of $719 million in disgorgement; and

    b.    Granting in part Skillz's Motion for Attorneys' Fees, Costs, Prejudgment Interest, and Post-Judgment Interest, awarding Skillz its attorneys' fees for 2024 and 2025, awarding Skillz its costs incurred in 2025 from the invocation of the Fifth Amendment by the Papaya witnesses, and awarding Skillz post-judgment interest;

WHEREAS, Skillz incurred $10,155,354.04 in attorneys' fees in 2024 and 2025 (*see* Dkt. No. 948-1);

WHEREAS, Skillz incurred $69,261.56 in costs in 2025 from the invocation of the Fifth Amendment by the Papaya witnesses (*see* Dkt. No. 948-2);

2

IT IS HEREBY ORDERED that Skillz recover from Papaya the total amount of **$729,224,615.60**, comprising $719,000,000.00 in disgorgement, $10,144,354.04 in attorneys' fees, and $69,261.56 in costs, plus post-judgment interest pursuant to 28 U.S.C. § 1961.

Dated: July __31__, 2026
New York, New York

_____
DENISE COTE
United States District Judge

3