UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------X
                                           :
SKILLZ PLATFORM INC.,                      :
                                           :        24cv1646 (DLC)
                      Plaintiff,           :
          -v-                              :        JUDGMENT
                                           :
PAPAYA GAMING, LTD., and PAPAYA            :
GAMING, INC.                               :
                                           :
                      Defendants.          :
                                           :
-------------------------------------------X

DENISE COTE, District Judge:

        Pursuant to Opinions of February 7 and November 21, 2025,

see Skillz Platform Inc. v. Papaya Gaming, Ltd., No.

24CV1646(DLC), 2025 WL 438387, at *13 (S.D.N.Y. Feb. 7, 2025),

and Skillz, 2025 WL 3268799, at *7 (S.D.N.Y. Nov. 21, 2025), it

is hereby

        ORDERED that judgment is entered in favor of the plaintiff

on the defendants' counterclaims.

Dated:    New York, New York
          July 31, 2026

                              _____
                                       DENISE COTE
                              United States District Judge